Steve Wilson Briggs

4322 Chico Ave.,

Santa Rosa, CA 95407

510 200 3763

snc.steve@gmail.com

PLAINTIFF In Propria Persona

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE WILSON BRIGGS, <br><br> Appellant/Plaintiff, <br><br> vs <br><br> KEVIN SPACEY;  ARI EMANUEL; <br><br> MATT DAMON;  BEN AFFLECK, <br><br> et al, <br><br> Appellees/Defendants. | No. 19-15128 <br><br> **APPELLANT'S MOTION** <br><br> **FOR LEAVE TO FILE** <br><br> **SUBSTITUTE OR CORRECTED** <br><br> **BRIEF** |

The Appellant, Steve Wilson Briggs, hereby moves this Court for leave to file a substitute/corrected *Appellant Brief* (opening brief); the original opening brief was submitted to this Court on March 22, 2019. The corrections and clarifications are few, but necessary and useful. The Appellant seeks leave on the

grounds that the necessary corrections and clarifications will better enable this Court to understand and assess the issues.  The corrected Brief is attached.

    DATED: April 1, 2019

                Respectfully submitted,

                    /s/ Steve Wilson Briggs
                    Steve Wilson Briggs
                    Appellent, In Propria Persona