## CERTIFICATE OF SERVICE

I certify that on April 1, 2019, I electronically filed the foregoing document, captioned, "**Appellant's Motion For Leave To File Substitute Or Corrected Brief**," with the Clerk of the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. I certify that all participants in this case are registered CM/ECF users, thus service will be executed by said filing through the appellate CM/ECF system.

DATED: April 1, 2019          Respectfully submitted,

                              /s/ Steve Wilson Briggs
                              Steve Wilson Briggs
                              Appellant, In Propria Persona