|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | APR 18 2019 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

STEVE K. WILSON BRIGGS,

        Plaintiff-Appellant,

v.

KEVIN SPACEY; et al.,

        Defendants-Appellees,

and

SOUND POINT CAPITAL MANAGEMENT, LC,

        Defendant.

No. 19-15128

D.C. No. 3:18-cv-04952-VC
Northern District of California,
San Francisco

ORDER

    The appellant's motion (Docket Entry No. 4) for leave to file a substitute opening brief is granted. The Clerk will file the substitute opening brief (Docket Entry No. 5) and strike the previously filed opening brief (Docket Entry No. 3). The appellees' answering briefs remain due May 28, 2019. The appellant's optional reply brief is due within 21 days after service of the last-served answering brief.

    The appellant is reminded that all requests for relief from this court should state the position of opposing counsel. *See* Circuit Advisory Committee Note to Ninth Circuit Rule 27-1, paragraph (5).

tah/4.8.19/Pro Mo

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7