No. 19-15128

# In the United States Court of Appeal for the Ninth Circuit

STEVE WILSON BRIGGS

*Appellant/Petitioner,*

*v.*

ARI EMANUEL, MATT DAMON, BEN AFFLECK, MRC, NEILL BLOMKAMP, NBCUNIVERSAL, ASIF SATCHU, BILL BLOCK, SONY PICTURES ENT, MORDECAI WICZYK, DANA BRUNETTI

*Appellees/Respondents.*

On Appeal from the U.S. District Court for Northern District of California
CASE NO. 3:18-CV-4952-VC
THE HONORABLE VINCE CHHABRIA

**APPELLEES' JOINT SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 5 of 7
[PAGES 786 - 1019]**

\*Stephen G. Larson (SBN 145225)
Jonathan E. Phillips (SBN 233965)
A. Alexander Lowder (SBN 269362)
**Larson O'Brien LLP**
555 S. Flower Street, 44th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000
Email: Slarson@larsonobrienlaw.com

*Counsel For Appellee* Trigger Street
Productions, Inc.

Kelli L. Sager (SBN 120162)
Rochelle L. Wilcox (SBN 197790)
Brendan N. Charney (SBN 293378)
**Davis Wright Tremaine LLP**
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899
Email: Kellisager @dwt.com

*Counsel For Appellee* NBCUniversal Media, LLC

Michael J. Kump (SBN 100983)
Gregory P. Korn (SBN 205306)
Kate Mangels (SBN 301811)
**Kinsella Weitzman Iser Kump & Aldisert LLP**
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: (310) 566-9800
Email: Mkump@kwikalaw.com

*Counsel For Appellee* MRC II Distribution Company,
LP, Mordecai Wiczyk, Asif Satchu, Sony Pictures
Entertainment, Inc., and Ariel Emanuel

# TABLE OF CONTENTS

| DATE | DESCRIPTION | VOL. | PAGE |
|---|---|---|---|
| 01/22/19 | [Dkt. 94] Order Denying (92) Motion for Leave to File Motion for Reconsideration, Motion to Alter Judgement filed by Plaintiff Steve Kenyatta Wilson Briggs | 1 | ER 1 |
| 12/22/18 | [Dkt. 91] Judgment Signed by Judge Vince Chhabria | 1 | ER 2 |
| 12/22/18 | [Dkt. 90] Order Granting Motions to Dismiss (Dkts. 27, 48, and 51) and Denying Motion to Declare Plaintiff a Vexatious Litigant | 1 | ER 3 |
| 01/22/19 | [Dkt. 95] Notice of Appeal to the 9th Circuit Court of Appeals filed by Plaintiff Steve Kenyatta Wilson Briggs | 2 | ER 5 |
| 01/14/19 | [Dkt. 92] Motion for Leave to File Motion for Reconsideration, Motion to Alter Judgment filed by Plaintiff Steve Kenyatta Wilson Briggs | 2 | ER 12 |
| 12/17/18 | [Dkt. 89] Errata by Plaintiff Steve Kenyatta Wilson Briggs (Certificate of Service) | 2 | ER 67 |
| 11/30/18 | [Dkt. 79] Reply re (51) Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) and/or 12(b)(1) filed by Ari Emanuel, MRC, Asif Satchu, Sony Pictures Ent. Inc., Mordecai Wiczyk | 2 | ER 71 |
| 11/30/18 | [Dkt. 78] Reply re (48) Motion to Dismiss filed by NBCUniversal Media, LLC | 2 | ER 79 |
| 11/23/18 | [Dkt. 68] Opposition/Response re (48) NBCU Motion to Dismiss filed by Plaintiff Steve Kenyatta Wilson Briggs | 2 | ER 94 |
| 11/21/18 | [Dkt. 67] Opposition/Response re (51) MRC Defendants' Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) and/or 12(b)(1) filed by Plaintiff Steve Kenyatta Wilson Briggs | 2 | ER 106 |
| 11/20/18 | [Dkt. 66] Reply re (27) Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) and/or 9(B) filed by Trigger Street Productions | 2 | ER 118 |

## TABLE OF CONTENTS

| DATE | DESCRIPTION | VOL. | PAGE |
|------|-------------|------|------|
| 11/19/18 | [Dkt. 63] Opposition/Response re (27) Trigger Street Productions' Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) and/or 9(B) filed by Plaintiff Steve Kenyatta Wilson Briggs | 2 | ER 129 |
| 11/14/18 | [Dkt. 62] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Declaration of Zena Briggs, concerning the refusal of service of process by Defs. Spacey and Brunettis agency for service of process) (Altman, Greenfield & Selvaggi) | 2 | ER 159 |
| 11/14/18 | [Dkt. 61] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Proof of Service by certified mail, with return receipt and Acknowledgment of Receipt of Summons, Declaration of Cecile Lusby) | 2 | ER 162 |
| 11/13/18 | [Dkt. 60] Status Report (Addendum) regarding Service of Process developments concerning Defs. Spacey and Brunetti, and their agents final efforts to evade and refuse service by Plaintiff Steve Kenyatta Wilson Briggs | 2 | ER 165 |
| 11/12/18 | [Dkt. 59] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Proof of Service of Defs. Damon and Affleck, Declaration of Melvin Jackson) | 2 | ER 172 |
| 11/12/18 | [Dkt. 58] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Proof of Service, Declaration of Nexus Asson, Re service of Defs. MRC, Satchu, Wiczyk) | 2 | ER 175 |
| 11/09/18 | [Dkt. 53] Declaration of Gregory Korn in Support of (51) Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) and/or 12(b)(1) filed by Ari Emanuel, MRC, Asif Satchu, Sony Pictures Ent. Inc., Mordecai Wiczyk (358 pgs)  (Part 1)  ER 182-ER 256 | 2 | ER 182 |
| 11/09/18 | [Dkt. 53] Declaration of Gregory Korn in Support of (51) Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) and/or 12(b)(1) filed by Ari Emanuel, MRC, Asif Satchu, Sony Pictures Ent. Inc., Mordecai Wiczyk (358 pgs)  (Part 2) ER 257-ER 539 | 3 | ER 257 |

## TABLE OF CONTENTS

| DATE | DESCRIPTION | VOL. | PAGE |
|------|-------------|------|------|
| 11/09/18 | [Dkt. 52] Request for Judicial Notice in Support of Defendants' Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(6) and/or 12(b)(1) filed by Ari Emanuel, MRC, Asif Satchu, Sony Pictures Ent. Inc., Mordecai Wiczyk | 4 | ER 540 |
| 11/09/18 | [Dkt. 51] Motion to Dismiss Complaint Pursuant to FRCP 12(b)(6) and/or 12(b)(1) filed by Ari Emanuel, MRC, Asif Satchu, Sony Pictures Ent. Inc., Mordecai Wiczyk | 4 | ER 542 |
| 11/09/18 | [Dkt. 49] Request for Judicial Notice re (48) Motion to Dismiss filed by NBCUniversal Media, LLC | 4 | ER 562 |
| 11/09/18 | [Dkt. 48] Motion to Dismiss filed by NBCUniversal Media, LLC | 4 | ER 722 |
| 11/09/18 | [Dkt. 46] Order by Judge Vince Chhabria denying (39) Motion for Service by Publication, and Motion for Extension of Service Deadline | 4 | ER 749 |
| 11/08/18 | [Dkt. 45] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (temporary "illustrative" service statements) | 4 | ER 750 |
| 11/08/18 | [Dkt. 44] Second Motion for Service by Publication for Defs Spacey and Brunetti filed by Plaintiff Steve Kenyatta Wilson Briggs | 4 | ER 765 |
| 11/05/18 | [Dkt. 41] Clerk's Declination of Default as to Kevin Spacey and Dana Brunetti. (Plaintiff has not submitted evidence satisfactory to the court establishing actual delivery to the persons to be served per CA CCP Section 417.20) | 4 | ER 785 |
| 11/05/18 | [Dkt. 40] Request for Judicial Notice filed by Plaintiff Steve Kenyatta Wilson Briggs | 5 | ER 786 |
| 11/05/18 | [Dkt. 39] Motion for Service by Publication filed by Plaintiff Steve Kenyatta Wilson Briggs | 5 | ER 886 |

# TABLE OF CONTENTS

| DATE | DESCRIPTION | VOL. | PAGE |
|------|-------------|------|------|
| 11/05/18 | [Dkt. 38] Status Report Regarding Service of Process on All Defendants by Plaintiff Steve Kenyatta Wilson Briggs | 5 | ER 893 |
| 11/05/18 | [Dkt. 37] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Service of Process of Summons and Complaint by U.S. mail, C. Lusby) | 5 | ER 903 |
| 11/05/18 | [Dkt. 36] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Service of Process of Summons and Complaint by U.S. mail 9/27/18) | 5 | ER 906 |
| 11/05/18 | [Dkt. 35] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Service of Process of Summons and Complaint by U.S. mail) | 5 | ER 909 |
| 11/05/18 | [Dkt. 34] Notice of Voluntary Dismissal of Sound Point Capital Management by Plaintiff Steve Kenyatta Wilson Briggs | 5 | ER 912 |
| 10/31/18 | [Dkt. 33] Fourth Motion for Default Judgment by the Clerk as to Request for Entry of Default filed by Plaintiff Steve Kenyatta Wilson Briggs | 5 | ER 914 |
| 10/31/18 | [Dkt. 32] Certificate of Service (correction) by Plaintiff Steve Kenyatta Wilson Briggs | 5 | ER 946 |
| 10/31/18 | [Dkt. 31] Clerk's Declination of Default | 5 | ER 949 |
| 10/31/18 | [Dkt. 29] Joinder re (27) Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) and/or 9(B) by Sound Point Capital Management, LC | 5 | ER 950 |
| 10/29/18 | [Dkt. 28] Motion for Default Judgment by the Clerk as to Request for Entry of Default against Defs. Trigger Street Productions, and Sound Point filed by Plaintiff Steve Kenyatta Wilson Briggs | 5 | ER 953 |
| 10/29/18 | [Dkt. 27] Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) and/or 9(B) filed by Trigger Street Productions (Part 1) ER 982- ER 1019 | 5 | ER 982 |

# TABLE OF CONTENTS

| DATE | DESCRIPTION | VOL. | PAGE |
|---|---|---|---|
| 10/29/18 | [Dkt. 27] Motion to Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(B)(6) and/or 9(B) filed by Trigger Street Productions (Part 2) ER 1020-ER 1190 | 6 | ER 1020 |
| 10/29/18 | [Dkt. 26] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs re (17) Certificate of Service, (16) Certificate of Service (Supplemental) proof of signed return receipts received for Defs. Trigger Street Productions, Inc. and Sound Point Capital Management, LC (09/17/18); and for Kevin Spacey, Dana Brunetti, (09/27/18) | 6 | ER 1191 |
| 10/26/18 | [Dkt. 25] Clerk's Declination of Default | 6 | ER 1212 |
| 10/25/18 | [Dkt. 24] Second Motion for Default Judgment by the Clerk as filed by Plaintiff Steve Kenyatta Wilson Briggs | 6 | ER 1213 |
| 10/22/18 | [Dkt. 23] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Declaration re service of process of Defs MRC, Satchu, and Wiczyk) | 6 | ER 1224 |
| 10/22/18 | [Dkt. 22] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Proof of Service of Def. Sony Picture Entertainment, Inc.) | 6 | ER 1227 |
| 10/22/18 | [Dkt. 21] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Proof of Service of Def. NBCUniversal) | 6 | ER 1230 |
| 10/22/18 | [Dkt. 20] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Proof of Service of Defs. Ari Emanuel, Neill Blomkamp, Matt Damon, and Ben Affleck) | 6 | ER 1232 |
| 10/22/18 | [Dkt. 19] Certificate of Service by Plaintiff Steve Kenyatta Wilson Briggs (Declaration re service of Spacey, Brunetti, and Trigger Street Productions) | 6 | ER 1235 |

# TABLE OF CONTENTS

| DATE | DESCRIPTION | VOL. | PAGE |
|------|-------------|------|------|
| 10/22/18 | [Dkt. 18] Request for Entry of Default Against Defendants Kevin Spacey, Dana Brunetti, and Trigger Street productions, Inc. filed by Plaintiff Steve Kenyatta Wilson Briggs | 6 | ER 1237 |
| 10/09/18 | [Dkt. 17] (Second) Proof of Service of Summons and Complaint; Declaration of Dr. Morgan Marchbanks by Plaintiff Steve Wilson Briggs | 6 | ER 1242 |
| 10/09/18 | [Dkt. 16] (First Proof of Service of Summons and Complaint; Declaration of Dr. Morgan Marchbanks by Steve Willson Briggs | 6 | ER 1245 |
| 10/04/18 | [Dkt. 11] Notice of Service of Process Issues by Steve Wilson Briggs | 6 | ER 1248 |
| 08/15/18 | [Dkt. 3] Summons Issued as to Ben Affleck, William Block, Neill Blomkamp, Dana Brunetti, Matt Damon, Ari Emanuel, MRC, NBCUniversal Media, LLC, Asif Satchu, Sony Pictures Ent., Inc., Sound Point Capital Management, LC, Kevin Spacey, Trigger Street Productions, Mordecai Wiczyk | 7 | ER 1287 |
| 08/15/18 | [Dkt. 1] Complaint against Ben Affleck, William Blcok, Neill Blomkamp, Dana Brunetti, Matt Damon, Ari Emanuel, MRC, NBCUniversal Media, LLC, Asif Satchu, Sony Pictures Ent., Inc., Sound Point Capital Management, LC, Kevin Spacey, Trigger Street Productions, Mordecai Wiczyk filed by Steve Wilson Briggs | 7 | ER 1288 |
| | Court Docket | 7 | ER 1528 |

| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave.,<br>Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com<br>PLAINTIFF In Propria Persona |
| 5 | |
| 6 | |
| 7 | |

<div align="center">

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

</div>

| | | |
|---|---|---|
| 11 | STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
| 12 | Plaintiff, | REQUEST FOR JUDICIAL NOTICE |
| 13 | vs | IN SUPPORT OF: |
| 14 | KEVIN SPACEY;  ARI EMANUEL; | 1.  PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE FOR DEF BILL BLOCK; |
| 15 | MATT DAMON;  BEN AFFLECK;<br>NBCUNIVERSAL MEDIA, LLC; | 2.  PLAINTIFF'S MOTION FOR AWARD OF SERVICE OF PROCESS EXPENSES & REMUNERATION; |
| 16 | SONY PICTURES ENT INC.;<br>TRIGGER STREET PRODUCTIONS; | |
| 17 | NEILL BLOMKAMP;  ASIF SATCHU;<br>MORDECAI WICZYK; WILLIAM | 3.  PLAINTIFF'S COMPLAINT'S ALLEGATIONS OF NEGLIGENCE AND FRAUD |
| 18 | (BILL) BLOCK; DANA BRUNETTI; | |
| 19 | MRC (and all MRC entities and subs.), | |
| 20 | Defendants. | Date:        Thurs, December 13, 2018 |
| 21 | | Time:        10:00 a.m. |
| 21 | | Courtroom: 4 |
| 22 | | Judge:      Hon. Vince Chhabria |

| | |
|---|---|
| 23 | |
| 24 | <div align="center">REQUEST FOR JUDICIAL NOTICE</div> |
| 25 | Pursuant to Federal Rules of Evidence Rule 201, Plaintiff Steve WIlson Briggs respectfully |
| 26 | asks the Court to take judicial notice of the attached exhibits. |
| 27 | Judicial notice of court records are proper under Federal Rule of Evidence 201(b), which |
| 28 | allows the court to judicially notice "a fact that is not subject to reasonable dispute because it is |

<div align="center">

1

REQUEST FOR JUDICIAL NOTICE

</div>

1  generally known within the trial court's territorial jurisdiction"; or "can be accurately and readily

2  determined from sources whose accuracy cannot reasonably be questioned."

3      Rule 201(c) allows the Court  to take judicial notice on its own, or the Court "must take

4  judicial notice if a party requests it and the court is supplied with the necessary information."

5      And Rule 201(d), which holds that a court must take judicial notice of facts if requested by

6  a party and supplied with the necessary information.

7      Rule 201(d) gives the Court authority to take judicial notice at any stage of the

8  proceedings.

9       The exhibits submitted for judicial notice are attached. They are three (3) court documents

10  and various other government records and public records (e.g., California Secretary of State

11  business entity statements of information).

12                          Court Records

13      <u>Exhibit A</u>: "Defendants' Answer And Affirmative Defenses To Plaintiff's First Amended

14  Complaint For Copyright Infringement," case document from Briggs v Blomkamp et al,

15  13-cv-04679 -PJH.   Please, notice page 3, para #13, the Defendant MRC II Distribution

16  Company, LP misleads the Court that it principal place of business is 9665 Wilshire Blvd, Beverly

17  Hills, CA 90212. Prepared by Michael J. Kump, Esquire.

18      <u>Exhibit B</u>: "Defendants' Certification Of Interested Entities Or Persons," case document

19  from Briggs v Blomkamp et al, 13-cv-04679 -PJH. Please notice on page 1, paragraph 1,

20  Defendant MRC II Distribution Company, LP claims to be a Defendant, and Media Rights Capital

21  II, LP claims to be the "Parent of Defendant" corporation. Prepared by Michael J. Kump, Esquire.

21      <u>Exhibit C</u>: "Corporate Disclosure Statement Of Sony Pictures Entertainment, Inc., Tristar

22  Pictures, Inc., MRC II Distribution Company, L.P., And QED International, LLC," case

23  document from Briggs v Blomkamp et al, 13-cv-04679 -PJH. Please notice page 1, paragraph

24  1, as MRC II Distribution misleads the Court that it has no parent. Prepared by Michael J. Kump,

25  Esquire.

26                      Government & Public Records, Etc.

27      <u>Exhibit D</u>: "Filing Periods" and "Tips for Filing" from the California Secretary of State

28  website. Please note

1    a.   the "Filing Periods" guideline specifies how often businesses are required to re-submit and

2         update their CA Secretary of State statement of information. Please, notice all

3         corporations are required to submit a new business entity statement of information

4         every 1 or 2 years, depending on their business type.

5    b.   Under "Tips for Filing Corporation Statements of Information," bullet #3 states: "If the

6         agent for service of process of the entity has changed or resigned, a fully completed

7         statement must be submitted." And bullet #6 states  that each corporate officer must have

8         a complete business or residential address."

9         Exhibit E: California Corporations Code 1502 (for corporation designating agents for

10   service of process). Please note that this statute requires that if a corporation designates a natural

11   person as its agent for service of process, this person must reside in California.

12        Exhibit F: California Corporations Code 1507. Please note this law holds corporate

13   officers personally liable if they make or publish false business statements, documents, reports, etc.

14        Exhibit G: CA Secretary of State "Entity Detail" for MRC II Distribution Company, LP

15   (from the CA Secretary of State website). Please note the company has not updated its statement

16   of information since 2007. (As a "foreign" entity updates are due every year.)

17        Exhibit H: Current and active CA Secretary of State business entity statement of

18   information for MRC II Distribution Company, LP. Please note the company claims its Principal

19   Address is 9601 Wilshire Blvd, Suite 610, Beverly Hills, CA 90210.

20        Exhibit I: CA Secretary of State Amendment to Application for Registration, which

21   changes only the agent for service of process (to Scott Tenley), but leaves the address unchanged.

21        Exhibit J: CA Secretary of State "Entity Detail" for William Morris Endeavor (from the

22   CA Secretary of State website). Please note the company statements of information have been

23   properly filed for successive years (as a"foreign" entity updates are due every year).

24        Exhibit K: Current and active CA Secretary of State business entity statement of

25   information for William Morris Endeavor, LLC. Please note the company claims its Principal

26   Address is 9601 Wilshire Blvd, 3rd Floor, Beverly Hills, CA 90210.

27        Exhibit L: CA Secretary of State "Entity Detail" for Sony Pictures Entertainment, Inc.

28   (from the CA Secretary of State website). Please note the company statements of information

3
REQUEST FOR JUDICIAL NOTICE

1   have been properly filed for successive years ("foreign" entity updates are due every year).

2       <u>Exhibit M</u>: Current and active CA Secretary of State business "Entity Detail" for Media

3   Rights Capital II, LP (from the CA Secretary of State website). Please note that the CA Sec State

4   statement of information reports have NOT been filed in 10 years (they are due every year for a

5   foreign corporation).

6       <u>Exhibit N</u>: Current and active CA Secretary of State business entity statement of

7   information for Media Rights Capital II, L.P. Please note the address claimed is 1800 Century

8   Park East, 10th Floor, Los Angeles, CA 90067, and Scott Tenley is the agent for service of

9   process.

10       <u>Exhibit O</u>: Current and active CA Secretary of State business "Entity Detail" for Trigger

11   Street Productions, Inc (from the CA Secretary of State website). Please note that the CA Sec

12   State statement of information reports have NOT been filed in 15 years (they are due every year

13   for a foreign corporation). The "No Change" report means no information has changed since the

14   last report.

15       <u>Exhibit P</u>: Current and active CA Secretary of State business entity statement of

16   information for Trigger Street Productions, Inc. Please note:

17     a.  Franks Selvaggi signs this document himself, and falsely claims to be a California resident.

18     b.  The current Principal California Address claimed is 11766 Wilshire Blvd, #1610, Los

19         Angeles 90025.

20       <u>Exhibit Q</u>: The National Directory of Registered Tax Return Preparers & Professionals

21   website identifies Frank Selvaggi as a CPA working in New York City.

21       <u>Exhibit R</u>: FreedomToMarry.Org's website has a page dedicated to Frank Selvaggi,

22   which states he lives in New York state.

23       <u>Exhibit S</u>: Current and active CA Secretary of State business "Entity Detail" for GDS,

24   LLC (from the CA Secretary of State website). Please note that the CA Sec State statement of

25   information reports have NOT been filed in 12 years (they are due <u>every 2 years</u> for an LLC).

26       <u>Exhibit T</u>: Current and active CA Secretary of State business entity statement of

27   information for GDS, LLC. Please note that on line 7 and 8 company managers Ben Affleck and

28   Matt Damon claim their address is 2401 Main Street, Santa Monica, CA 90405.

4

REQUEST FOR JUDICIAL NOTICE

1    Exhibit U: Current and active CA Secretary of State business "Entity Detail" for GDS,

2  LLC (from the CA Secretary of State website). Please note that the CA Sec State statement of

3  information reports have NOT been filed in 13 years (they are due every 2 years for an LLC).

4    Exhibit V: Current and active CA Secretary of State business entity statement of

5  information for Mad Post Productions, LLC. Please note that on line 7 and 8 company managers

6  Ben Affleck and Matt Damon claim their address is 2401 Main Street, Santa Monica, CA 90405.

7    Exhibit W: Current and active CA Secretary of State business entity statement of

8  information for Miramax, LLC. Please note address is 2450 Colorado, Suite 100 East Tower, Los

9  Angeles, CA 90404.

10

11    In addition to the federal authorities, cited in the opening paragraphs of this document, the

12  California Code of Evidence § 452(g) allows judicial notice of facts and propositions that are of

13  such common knowledge within the territorial jurisdiction of the court that they cannot reasonably

14  be the subject of dispute; and California Code of Evidence § 452(h) allows judicial notice of facts

15  and propositions that are not reasonably subject to dispute and are capable of immediate and

16  accurate determination by resort to sources of reasonably indisputable accuracy. All of the exhibits

17  herein adhere to these standards for judicial notice.

18

19  Dated: November 5, 2018.              Signed:  /s/ Steve Wilson Briggs

20                                        STEVE WILSON BRIGGS
                                          Plaintiff, In Propria Persona
21

21

22

23

24

25

26

27

28

# EXHIBIT A

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT INC.,
TRISTAR PICTURES, INC., MRC II
DISTRIBUTION COMPANY L.P. (erroneously
named as MEDIA RIGHTS CAPITAL), and
QED INTERNATIONAL, LLC

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. CV 13-4679-PJH |
| Plaintiff, | |
| vs. | **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL, | |
| Defendants. | |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3ᴿᴰ FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1   Defendants Neill Blomkamp, Sony Pictures Entertainment Inc., TriStar Pictures, Inc.,

2   MRC II Distribution Company L.P. (erroneously sued as Media Rights Capital), and QED

3   International, LLC (collectively, "Defendants") answer the Amended Complaint for Copyright

4   Infringement ("Complaint") as follows:

5   **NATURE OF ACTION**

6   1.   Answering Paragraph 1 of the Complaint, Defendants admit that this is an action

7   for copyright infringement of a screenplay purportedly written by Plaintiff entitled "Butterfly

8   Drive," which screenplay is purportedly attached as Exhibit A to the Complaint (hereinafter,

9   "Plaintiff's Screenplay"). Defendants admit that the film "Elysium" was initially theatrically

10   released in the United States on or about August 9, 2013 (hereinafter, the "Film"). Defendants

11   deny each and every remaining allegation in Paragraph 1.

12   2.   Answering Paragraph 2 of the Complaint, Defendant MRC II Distribution

13   Company L.P. (hereinafter, "MRC"), erroneously sued as "Media Rights Capital," denies that an

14   entity named "Media Rights Capital" is properly named in the Complaint. MRC denies that it is

15   attempting to mislead the Court in answering the Complaint and alleges that it is a company

16   organized and existing under the laws of the State of California and that it, rather than the named

17   "Media Rights Capital," is the entity referred to colloquially as "MRC" or "Media Rights Capital"

18   which contracted in connection with the Film and which owns the relevant copyrights in the Film.

19   The remaining Defendants (excluding MRC) lack sufficient information and belief upon which to

20   admit or deny the allegations concerning the "MRC" entities in Paragraph 2, and on that basis

21   those allegations are denied by those remaining Defendants. All Defendants deny each and every

22   remaining allegation in Paragraph 2.

23   3.   Answering Paragraph 3 of the Complaint, and for the reasons set forth in Paragraph

24   2 above, Defendant MRC denies that an entity named "Media Rights Capital" is properly named

25   in the Complaint and alleges that it is the relevant "MRC" entity which contracted in connection

26   with the Film and which owns the relevant copyrights in the Film. MRC denies all remaining

27   allegations in Paragraph 3. The remaining Defendants (excluding MRC) lack sufficient

28   information upon which to admit or deny the allegations in Paragraph 3, and on that basis the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1

1    allegations are denied.

2        4.      Answering Paragraph 4 of the Complaint, Defendants deny each and every

3    allegation thereof.

4        5.      Answering Paragraph 5 of the Complaint, Defendants admit that the Amended

5    Complaints purports to have "added a personal information section."  Except as so admitted,

6    Defendants deny each and every allegation in Paragraph 5.

7                                   **JURISDICTION**

8        6.      Answering Paragraph 6 of the Complaint, Defendants admit that the Court has

9    subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Defendants deny each and

10   every remaining allegation in Paragraph 6.

11       7.      Answering Paragraph 7 of the Complaint, Defendants admit that the Complaint

12   alleges that venue is proper and alleges that the Court has personal jurisdiction.  Defendants deny

13   each and every remaining allegation in Paragraph 7.

14       8.      Answering Paragraph 8 of the Complaint, Defendants admit that the Complaint

15   alleges that the action is properly assigned to the San Francisco division of the Northern District of

16   California.  Defendants deny each and every remaining allegation in Paragraph 8.

17                                  **THE PARTIES**

18       9.      Answering Paragraph 9 of the Complaint, Defendants lack sufficient information

19   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20   denied.

21       10.     Answering Paragraph 10 of the Complaint, Defendants admit the allegations

22   thereof.

23       11.     Answering Paragraph 11 of the Complaint, Defendants admit that Sony Pictures

24   Entertainment Inc. ("SPE") has its principal place of business at 10202 W. Washington Boulevard,

25   Culver City, California.  Defendants deny each and every remaining allegation in Paragraph 11.

26       12.     Answering Paragraph 12 of the Complaint, Defendants admit that TriStar Pictures,

27   Inc. ("TriStar") is an indirect subsidiary of SPE and has its principal place of business in Culver

28   City, California.  Defendants admit that TriStar is a distributor of the Film.  Defendants deny each

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    and every remaining allegation in Paragraph 12.

2        13.    Answering Paragraph 13 of the Complaint, Defendants admit that MRC II

3    Distribution Company (erroneously sued as Media Rights Capital) ("MRC") has its principal place

4    of business at 9665 Wilshire Boulevard, Beverly Hills, CA 90212.  Defendants admit that MRC

5    was involved in the development and production of the Film.  Defendants deny each and every

6    remaining allegation in Paragraph 13.

7        14.    Answering Paragraph 14 of the Complaint, Defendants admit that QED

8    International ("QED") is located at 1800 N. Highland Ave., 5th Floor, Los Angeles, California

9    90028.  Defendants admit that QED is credited as a producer of the Film.  Defendants deny each

10   and every remaining allegation in Paragraph 14.

11                                   **BACKGROUND**

12       15.    Answering Paragraph 15 of the Complaint, Defendants lack sufficient information

13   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

14   denied.

15       16.    Answering Paragraph 16 of the Complaint, Defendants lack sufficient information

16   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17   denied.

18       17.    Answering Paragraph 17 of the Complaint, Defendants lack sufficient information

19   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20   denied.

21       18.    Answering Paragraph 18 of the Complaint, Defendants lack sufficient information

22   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

23   denied.

24       19.    Answering Paragraph 19 of the Complaint, Defendants lack sufficient information

25   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26   denied.

27       20.    Answering Paragraph 20 of the Complaint, Defendants lack sufficient information

28   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   denied.

2       21.     Answering Paragraph 21 of the Complaint, Defendants deny the allegation that

3   "MRC was a struggling new film company with but 1 credit for 2007, 'Couples', filmed for only

4   $2500." Defendants lack sufficient information and belief upon which to admit or deny the

5   remaining allegations in Paragraph 21, and on that basis the remaining allegations are denied.

6       22.     Answering Paragraph 22 of the Complaint, Defendants lack sufficient information

7   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8   denied.

9       23.     Answering Paragraph 23 of the Complaint, Defendants deny each and every

10  allegation thereof.

11      24.     Answering Paragraph 24 of the Complaint, Defendants lack sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      25.     Answering Paragraph 25 of the Complaint, Defendants lack sufficient information

15  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16  denied.

17      26.     Answering Paragraph 26 of the Complaint, Blomkamp denies that he was aware of

18  the triggerstreet.com website at any time prior to the filing of this lawsuit.  Blomkamp denies that

19  he contacted Plaintiff regarding Plaintiff's Screenplay.  All Defendants deny that they were

20  familiar with and/or accessed Plaintiff's Screenplay in any way or at any time, including without

21  limitation on triggerstreet.com.  Defendants lack sufficient information and belief upon which to

22  admit or deny the remaining allegations in Paragraph 26, and on that basis, those remaining

23  allegations are denied.

24      27.     Answering Paragraph 27 of the Complaint, Defendants lack sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27      28.     Answering Paragraph 28 of the Complaint, Defendants lack sufficient information

28  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  denied.

2      29.    Answering Paragraph 29 of the Complaint, Defendants lack sufficient information

3  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

4  denied.

5      30.    Answering Paragraph 30 of the Complaint, Defendants lack sufficient information

6  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

7  denied.

8      31.    Answering Paragraph 31 of the Complaint, Defendants lack sufficient information

9  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

10  denied.

11      32.    Answering Paragraph 32 of the Complaint, Defendants lack sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      33.    Answering Paragraph 33 of the Complaint, Defendants deny that the Film and the

15  trailer for the Film feature a plot, characters, and/or settings that misappropriated Plaintiff's

16  Screenplay.  Defendants lack sufficient information and belief upon which to admit or deny the

17  remaining allegations in Paragraph 33, and on that basis those remaining allegations are denied.

18      34.    Answering Paragraph 34 of the Complaint, Defendants deny that the story structure

19  of the Film conforms to Plaintiff's Screenplay in any way.  Defendants lack sufficient information

20  and belief upon which to admit or deny the remaining allegations in Paragraph 34, and on that

21  basis those remaining allegations are denied.

22      35.    Answering Paragraph 35 of the Complaint, Defendants lack sufficient information

23  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

24  denied.

25      36.    Answering Paragraph 36 of the Complaint, Defendants lack sufficient information

26  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

27  denied.

28      37.    Answering Paragraph 37 of the Complaint, Defendants object on the basis that the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

1    allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

2    Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

3          38.      Answering Paragraph 38 of the Complaint, Defendants lack sufficient information

4    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

5    denied.

6          39.      Answering Paragraph 39 of the Complaint, Defendants lack sufficient information

7    and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8    denied.

9              **STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**

10         40.      Answering Paragraph 40 of the Complaint, Defendants admit that the Film was

11   theatrically released in the United States and certain other territories on August 9, 2013.

12   Defendants deny each and every remaining allegation in Paragraph 40 and specifically deny that

13   the Film infringes Plaintiff's alleged copyright interests.

14         41.      Answering Paragraph 41 of the Complaint, Defendants lack sufficient information

15   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16   denied.

17         42.      Answering Paragraph 42 of the Complaint, Defendants deny that the Film infringes

18   any copyright interests Plaintiff might have in the Screenplay in whole or part. Defendants lack

19   sufficient information and belief upon which to admit or deny the remaining allegations in

20   Paragraph 42, and on that basis those remaining allegations are denied.

21         43.      Answering Paragraph 43 of the Complaint, Defendants deny each and every

22   allegation thereof.

23         44.      Answering Paragraph 44 of the Complaint, Defendants admit that Plaintiff's

24   Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and

25   every allegation in Paragraph 44.

26         45.      Answering Paragraph 45 of the Complaint, Defendants admit that the Film is the

27   best evidence of its contents. Defendants admit that Exhibit B to the Complaint is the best

28   evidence of its contents. Except as so admitted, Defendants deny each and every allegation in

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

6

CV 13-4679-PJH

1    Paragraph 45.

2        46.    Answering Paragraph 46 of the Complaint, Defendants admit that Plaintiff's

3    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4    every allegation in Paragraph 46.

5        47.    Answering Paragraph 47 of the Complaint, Defendants admit that Plaintiff's

6    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

7    every allegation in Paragraph 47 and specifically deny that the "plot features" referenced in

8    Paragraph 47 constitute either Plaintiff's original or copyrightable expression.

9        48.    Answering Paragraph 48 of the Complaint, Defendants deny each and every

10   allegation thereof.

11       49.    Answering Paragraph 49 of the Complaint, Defendants deny each and every

12   allegation thereof.

13       50.    Answering Paragraph 50 of the Complaint, Defendants deny each and every

14   allegation thereof.

15       51.    Answering Paragraph 51 of the Complaint, Defendants admit that Plaintiff's

16   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

17   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

18   each and every allegation in Paragraph 51.

19       52.    Answering Paragraph 52 of the Complaint, Defendants admit that Plaintiff's

20   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21   every allegation in Paragraph 52.

22       53.    Answering Paragraph 53 of the Complaint, Defendants admit that the Film is the

23   best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best

24   evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in

25   Paragraph 53.

26       54.    Answering Paragraph 54 of the Complaint, Defendants admit that Plaintiff's

27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28   every allegation in Paragraph 54.

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

CV 13-4679-PJH

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

55.     Answering Paragraph 55 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 55.

56.     Answering Paragraph 56 of the Complaint, Defendants admit that the Film is the best evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 56 and specifically deny that any characters from the Film or the screenplay on which the Film is based infringe Plaintiff's alleged copyright interests.

57.     Answering Paragraph 57 of the Complaint, Defendants deny each and every allegation thereof.

58.     Answering Paragraph 58 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 58.

59.     Answering Paragraph 59 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 59.

60.     Answering Paragraph 60 of the Complaint, Defendants admit that the Film is the best evidence of its contents.  Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 60.

61.     Answering Paragraph 61 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 61.

62.     Answering Paragraph 62 of the Complaint, Defendants admit the purported document entitled "Uberopolis: City of Light" and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 62.

63.     Answering Paragraph 63 of the Complaint, Defendants admit that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so

2  admitted, Defendants deny each and every allegation in Paragraph 63.

3      64.    Answering Paragraph 64 of the Complaint, Defendants admit that Plaintiff's

4  Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so

5  admitted, Defendants deny each and every allegation in Paragraph 64.

6      65.    Answering Paragraph 65 of the Complaint, Defendants deny each and every

7  allegation thereof.

8      66.    Answering Paragraph 66 of the Complaint, Defendants deny each and every

9  allegation thereof.

10      67.    Answering Paragraph 67 of the Complaint, Defendants admit that Exhibit B to the

11  Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and

12  every allegation in Paragraph 67.

13      68.    Answering Paragraph 68 of the Complaint, Defendants deny each and every

14  allegation thereof.

15      69.    Answering Paragraph 69 of the Complaint, Defendants admit that Plaintiff's

16  Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so

17  admitted, Defendants deny each and every allegation in Paragraph 69.

18      70.    Answering Paragraph 70 of the Complaint, Defendants deny each and every

19  allegation thereof.

20      71.    Answering Paragraph 71 of the Complaint, Defendants admit that Plaintiff's

21  Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and

22  every allegation in Paragraph 71.

23      72.    Answering Paragraph 72 of the Complaint, Defendants admit that Exhibit B to the

24  Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and

25  every allegation in Paragraph 72.

26      73.    Answering Paragraph 73 of the Complaint, Defendants deny each and every

27  allegation thereof.

28      74.    Answering Paragraph 74 of the Complaint, Defendants admit that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

9

CV 13-4679-PJH

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1    Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so
2    admitted, Defendants deny each and every allegation in Paragraph 74.

3         75.    Answering Paragraph 75 of the Complaint, Defendants admit that Plaintiff's
4    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
5    every allegation in Paragraph 75.

6         76.    Answering Paragraph 76 of the Complaint, Defendants admit that Plaintiff's
7    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
8    every allegation in Paragraph 76 and specifically deny that the "characteristics, actions,
9    motivations and conditions listed in paragraph 75" constitute either Plaintiff's original or
10   copyrightable expression.

11        77.    Answering Paragraph 77 of the Complaint, Defendants deny each and every
12   allegation thereof.

13        78.    Answering Paragraph 78 of the Complaint, Defendants deny each and every
14   allegation thereof.

15        79.    Answering Paragraph 79 of the Complaint, Defendants admit that Plaintiff's
16   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
17   every allegation in Paragraph 79.

18        80.    Answering Paragraph 80 of the Complaint, Defendants deny each and every
19   allegation thereof.

20        81.    Answering Paragraph 81 of the Complaint, Defendants admit the Film is the best
21   evidence of its contents.  Defendants admit that Exhibit B to the Complaint is the best evidence of
22   its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 81.

23        82.    Answering Paragraph 82 of the Complaint, Defendants admit that Plaintiff's
24   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
25   every allegation in Paragraph 82.

26        83.    Answering Paragraph 83 of the Complaint, Defendants admit that Plaintiff's
27   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and
28   every allegation in Paragraph 83 and specifically deny that the characteristics listed in Paragraph

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ER 802

82 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

84.   Answering Paragraph 84 of the Complaint, Defendants deny each and every allegation thereof.

85.   Answering Paragraph 85 of the Complaint, Defendants deny each and every allegation thereof.

86.   Answering Paragraph 86 of the Complaint, Defendants deny each and every allegation thereof.

87.   Answering Paragraph 87 of the Complaint, Defendants deny each and every allegation thereof.

88.   Answering Paragraph 88 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 88.

89.   Answering Paragraph 89 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants admit that the purported website www.welcometoelysium.com is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 89.

90.   Answering Paragraph 90 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 90 and specifically deny that the characteristics listed in Paragraph 89 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

91.   Answering Paragraph 91 of the Complaint, Defendants deny each and every allegation thereof.

92.   Answering Paragraph 92 of the Complaint, Defendants deny each and every allegation thereof.

93.   Answering Paragraph 93 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 93.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

94.     Answering Paragraph 94 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 94 and specifically deny that the characteristics listed in Paragraph 93 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

95.     Answering Paragraph 95 of the Complaint, Defendants deny each and every allegation thereof.

96.     Answering Paragraph 96 of the Complaint, Defendants deny each and every allegation thereof.

97.     Answering Paragraph 97 of the Complaint, Defendants deny each and every allegation thereof.

98.     Answering Paragraph 98 of the Complaint, Defendants lack sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

99.     Answering Paragraph 99 of the Complaint, Defendants admit that the referenced episode of *Star Trek* is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 99.

100.    Answering Paragraph 100 of the Complaint, Defendants admit that Plaintiff's Screenplay, the Film, and the referenced episode of *Star Trek* are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 100.

101.    Answering Paragraph 101 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit Q to the Complaint are the best evidence of their contents.  Defendants admit that the Film and any screenplay on which the Film is based are the best evidence of their contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 101.

102.    Answering Paragraph 102 of the Complaint, Defendants deny each and every allegation thereof.

103.    Answering Paragraph 103 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

1  each and every allegation in Paragraph 103.

2          104.    Answering Paragraph 104 of the Complaint, Defendants admit that Plaintiff's

3  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

4  every allegation in Paragraph 104 and specifically deny that the characteristics listed in Paragraph

5  103 (as incorporated by reference) constitute either Plaintiff's original or copyrightable

6  expression.

7          105.    Answering Paragraph 105 of the Complaint, Defendants deny each and every

8  allegation thereof.

9          106.    Answering Paragraph 106 of the Complaint, Defendants deny each and every

10  allegation thereof.

11          107.    Answering Paragraph 107 of the Complaint, Defendants admit that Plaintiff's

12  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

13  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

14  each and every allegation in Paragraph 107.

15          108.    Answering Paragraph 108 of the Complaint, Defendants admit that Plaintiff's

16  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

17  every allegation in Paragraph 108 and specifically deny that the "themes" listed in Paragraph 107

18  (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

19          109.    Answering Paragraph 109 of the Complaint, Defendants deny each and every

20  allegation thereof.

21          110.    Answering Paragraph 110 of the Complaint, Defendants deny each and every

22  allegation thereof.

23          111.    Answering Paragraph 111 of the Complaint, Defendants deny each and every

24  allegation thereof and further allege that Paragraph 111 contains no allegation of fact and is

25  unintelligible.

26          112.    Answering Paragraph 112 of the Complaint, Defendants admit that Plaintiff's

27  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

28  every allegation in Paragraph 112.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

113.    Answering Paragraph 113 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and every allegation in Paragraph 113.

114.    Answering Paragraph 114 of the Complaint, Defendants deny each and every allegation thereof and further allege that Paragraph 114 contains no allegation of fact and is unintelligible.

115.    Answering Paragraph 115 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so admitted, Defendants deny each and every allegation in Paragraph 115.

116.    Answering Paragraph 116 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and every allegation in Paragraph 116.

117.    Answering Paragraph 117 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and every allegation in Paragraph 117.

118.    Answering Paragraph 118 of the Complaint, Defendants deny each and every allegation thereof and further allege that Paragraph 118 contains no allegation of fact and is unintelligible.

119.    Answering Paragraph 119 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendants deny each and every allegation in Paragraph 119.

120.    Answering Paragraph 120 of the Complaint, Defendants admit that the Film is the best evidence of its contents. Defendants admit that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendants deny each and every allegation in Paragraph 120.

121.    Answering Paragraph 121 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so admitted, Defendants deny each and every allegation in Paragraph 121.

ER 806

1    122.    Answering Paragraph 122 of the Complaint, Defendants deny each and every

2  allegation thereof.

3    123.    Answering Paragraph 123 of the Complaint, Defendants deny each and every

4  allegation thereof.

5    124.    Answering Paragraph 124 of the Complaint, Defendants deny each and every

6  allegation thereof and further allege that Paragraph 124 contains no allegation of fact and is

7  unintelligible.

8    125.    Answering Paragraph 125 of the Complaint, Defendants admit that Plaintiff's

9  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

10  admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

11  each and every allegation in Paragraph 125.

12    126.    Answering Paragraph 126 of the Complaint, Defendants admit that Plaintiff's

13  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

14  every allegation in Paragraph 126.

15    127.    Answering Paragraph 127 of the Complaint, Defendants admit that Exhibit B to the

16  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

17  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

18  127.

19    128.    Answering Paragraph 128 of the Complaint, Defendants deny each and every

20  allegation thereof.

21    129.    Answering Paragraph 129 of the Complaint, Defendants deny each and every

22  allegation thereof.

23    130.    Answering Paragraph 130 of the Complaint, Defendants deny each and every

24  allegation thereof.

25    131.    Answering Paragraph 131 of the Complaint, Defendants admit that Plaintiff's

26  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27  every allegation in Paragraph 131.

28    132.    Answering Paragraph 132 of the Complaint, Defendants admit that Exhibit B to the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1 | Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

2 | every allegation in Paragraph 132.

3 |   133. Answering Paragraph 133 of the Complaint, Defendants lack sufficient information

4 | and belief on which to admit or deny the allegation that Plaintiff chose the word "repatriation" to

5 | "reference immigration in a warlike state," and on that basis the allegation is denied.  Defendants

6 | deny each and every remaining allegation in Paragraph 133.

7 |   134. Answering Paragraph 134 of the Complaint, Defendants admit that Plaintiff's

8 | Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

9 | every allegation in Paragraph 134.

10 |   135. Answering Paragraph 135 of the Complaint, Defendants admit that Exhibit B to the

11 | Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

12 | every allegation in Paragraph 135.

13 |   136. Answering Paragraph 136 of the Complaint, Defendants admit that Plaintiff's

14 | Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

15 | admitted, Defendants deny each and every allegation in Paragraph 136.

16 |   137. Answering Paragraph 137 of the Complaint, Defendants admit that Plaintiff's

17 | Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18 | every allegation in Paragraph 137.

19 |   138. Answering Paragraph 138 of the Complaint, Defendants admit that Exhibit B to the

20 | Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21 | every allegation in Paragraph 138.

22 |   139. Answering Paragraph 139 of the Complaint, Defendants admit that Plaintiff's

23 | Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24 | every allegation in Paragraph 139.

25 |   140. Answering Paragraph 140 of the Complaint, Defendants admit that Exhibit B to the

26 | Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27 | every allegation in Paragraph 140.

28 |   141. Answering Paragraph 141 of the Complaint, Defendants admit that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3ᴿᴰ FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

16

CV 13-4679-PJH

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1    Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

2    every allegation in Paragraph 141.

3        142.    Answering Paragraph 142 of the Complaint, Defendants admit that Exhibit B to the

4    Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

5    of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

6    142 and specifically deny that the Film "follows the Plaintiff's model" in any way.

7        143.    Answering Paragraph 143 of the Complaint, Defendants deny each and every

8    allegation thereof.

9        144.    Answering Paragraph 144 of the Complaint, Defendants admit that Plaintiff's

10   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

11   admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny

12   each and every allegation in Paragraph 144.

13       145.    Answering Paragraph 145 of the Complaint, Defendants deny each and every

14   allegation thereof.

15       146.    Answering Paragraph 146 of the Complaint, Defendants admit that Plaintiff's

16   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

17   admitted, Defendants deny each and every allegation in Paragraph 146.

18       147.    Answering Paragraph 147 of the Complaint, Defendants admit that Plaintiff's

19   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

20   every allegation in Paragraph 147.

21       148.    Answering Paragraph 148 of the Complaint, Defendants admit that Exhibit B to the

22   Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

23   of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

24   148.

25       149.    Answering Paragraph 149 of the Complaint, Defendants deny each and every

26   allegation thereof.

27       150.    Answering Paragraph 150 of the Complaint, Defendants admit that Plaintiff's

28   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 admitted, Defendants deny each and every allegation in Paragraph 150.

2          151.    Answering Paragraph 151 of the Complaint, Defendants deny each and every

3 allegation thereof.

4          152.    Answering Paragraph 152 of the Complaint, Defendants deny each and every

5 allegation thereof.

6          153.    Answering Paragraph 153 of the Complaint, Defendants admit that Plaintiff's

7 Screenplay is the best evidence of its contents.   Except as so admitted, Defendants deny each and

8 every allegation in Paragraph 153.

9          154.    Answering Paragraph 154 of the Complaint, Defendants admit that Exhibit B to the

10 Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

11 of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

12 154.

13          155.    Answering Paragraph 155 of the Complaint, Defendants admit that Plaintiff's

14 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

15 every allegation in Paragraph 155.

16          156.    Answering Paragraph 156 of the Complaint, Defendants admit that Exhibit B to the

17 Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18 every allegation in Paragraph 156.

19          157.    Answering Paragraph 157 of the Complaint, Defendants admit that Plaintiff's

20 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21 every allegation in Paragraph 157.

22          158.    Answering Paragraph 158 of the Complaint, Defendants admit that Exhibit B to the

23 Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24 every allegation in Paragraph 158.

25          159.    Answering Paragraph 159 of the Complaint, Defendants admit that Plaintiff's

26 Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27 every allegation in Paragraph 159.

28          160.    Answering Paragraph 160 of the Complaint, Defendants admit that Exhibit B to the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

2   every allegation in Paragraph 160.

3        161.    Answering Paragraph 161 of the Complaint, Defendants admit that Plaintiff's

4   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

5   admitted, Defendants deny each and every allegation in Paragraph 161.

6        162.    Answering Paragraph 162 of the Complaint, Defendants admit that Plaintiff's

7   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

8   every allegation in Paragraph 162.

9        163.    Answering Paragraph 163 of the Complaint, Defendants admit that Exhibit B to the

10  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

11  every allegation in Paragraph 163.

12       164.    Answering Paragraph 164 of the Complaint, Defendants deny each and every

13  allegation thereof.

14       165.    Answering Paragraph 165 of the Complaint, Defendants deny each and every

15  allegation thereof.

16       166.    Answering Paragraph 166 of the Complaint, Defendants admit that Plaintiff's

17  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18  every allegation in Paragraph 166.

19       167.    Answering Paragraph 167 of the Complaint, Defendants admit that Exhibit B to the

20  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

21  every allegation in Paragraph 167.

22       168.    Answering Paragraph 168 of the Complaint, Defendants admit that Plaintiff's

23  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24  every allegation in Paragraph 168.

25       169.    Answering Paragraph 169 of the Complaint, Defendants admit that Exhibit B to the

26  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27  every allegation in Paragraph 169

28       170.    Answering Paragraph 170 of the Complaint, Defendants deny each and every

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

19

allegation thereof.

171.   Answering Paragraph 171 of the Complaint, Defendants admit that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 171.

172.   Answering Paragraph 172 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 172.

173.   Answering Paragraph 173 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 173.

174.   Answering Paragraph 174 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 174.

175.   Answering Paragraph 175 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 175.

176.   Answering Paragraph 176 of the Complaint, Defendants deny each and every allegation thereof.

177.   Answering Paragraph 177 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 177.

178.   Answering Paragraph 178 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 178.

179.   Answering Paragraph 179 of the Complaint, Defendants deny each and every allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

180.     Answering Paragraph 180 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 180.

181.     Answering Paragraph 181 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 181.

182.     Answering Paragraph 182 of the Complaint, Defendants deny each and every allegation thereof.

183.     Answering Paragraph 183 of the Complaint, Defendants deny each and every allegation thereof.

184.     Answering Paragraph 184 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 184.

185.     Answering Paragraph 185 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 185.

186.     Answering Paragraph 186 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 186.

187.     Answering Paragraph 187 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 187.

188.     Answering Paragraph 188 of the Complaint, Defendants admit that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 188.

189.     Answering Paragraph 189 of the Complaint, Defendants admit that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 189.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    190.    Answering Paragraph 190 of the Complaint, Defendants admit that Plaintiff's

2  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

3  every allegation in Paragraph 190.

4    191.    Answering Paragraph 191 of the Complaint, Defendants admit that Exhibit B to the

5  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

6  every allegation in Paragraph 191.

7    192.    Answering Paragraph 192 of the Complaint, Defendants admit that Plaintiff's

8  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

9  every allegation in Paragraph 192.

10    193.    Answering Paragraph 193 of the Complaint, Defendants admit that Exhibit B to the

11  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

12  every allegation in Paragraph 193.

13    194.    Answering Paragraph 194 of the Complaint, Defendants admit that Plaintiff's

14  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

15  every allegation in Paragraph 194.

16    195.    Answering Paragraph 195 of the Complaint, Defendants admit that Exhibit B to the

17  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

18  every allegation in Paragraph 195.

19    196.    Answering Paragraph 196 of the Complaint, Defendants admit that Plaintiff's

20  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

21  admitted, Defendants deny each and every allegation in Paragraph 196.

22    197.    Answering Paragraph 197 of the Complaint, Defendants admit that Plaintiff's

23  Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

24  every allegation in Paragraph 197.

25    198.    Answering Paragraph 198 of the Complaint, Defendants admit that Exhibit B to the

26  Complaint is the best evidence of its contents.  Except as so admitted, Defendants deny each and

27  every allegation in Paragraph 198.

28    199.    Answering Paragraph 199 of the Complaint, Defendants deny each and every

1   allegation thereof.

2       200.   Answering Paragraph 200 of the Complaint, Defendants admit that Plaintiff's

3   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendants

4   admit that the purported "official Elysium website" is the best evidence of its contents.

5   Defendants admit that the Film is the best evidence of its contents.  Except as so admitted,

6   Defendants deny each and every allegation in Paragraph 200.

7       201.   Answering Paragraph 201 of the Complaint, Defendants admit that Plaintiff's

8   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

9   every allegation in Paragraph 201.

10       202.   Answering Paragraph 202 of the Complaint, Defendants admit that Exhibit B to the

11   Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

12   of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

13   202.

14       203.   Answering Paragraph 203 of the Complaint, Defendants admit that Plaintiff's

15   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16   every allegation in Paragraph 203.

17       204.   Answering Paragraph 204 of the Complaint, Defendants admit that the purported

18   "official ELYSIUM website" is the best evidence of its contents.  Except as so admitted,

19   Defendants deny each and every allegation in Paragraph 204.

20       205.   Answering Paragraph 205 of the Complaint, Defendants admit that Plaintiff's

21   Screenplay is the best evidence of its contents.  Defendants admit that the purported "Elysium

22   official website" is the best evidence of its contents.  Except as so admitted, Defendants deny each

23   and every allegation in Paragraph 205.

24       206.   Answering Paragraph 206 of the Complaint, Defendants admit that Plaintiff's

25   Screenplay is the best evidence of its contents.  Except as so admitted, Defendants deny each and

26   every allegation in Paragraph 206.

27       207.   Answering Paragraph 207 of the Complaint, Defendants admit that the purported

28   "official Elysium website" is the best evidence of its contents.  Except as so admitted, Defendants

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

23

CV 13-4679-PJH

1  deny each and every allegation in Paragraph 207.

2      208.    Answering Paragraph 208 of the Complaint, Defendants deny each and every

3  allegation thereof.

4      209.    Answering Paragraph 209 of the Complaint, Defendants admit that the purported

5  "synopsis" is the best evidence of its contents.  Except as so admitted, Defendants deny each and

6  every allegation in Paragraph 209 and specifically deny that Defendants created a synopsis of the

7  Film which is patterned after Plaintiff's alleged synopsis.

8      210.    Answering Paragraph 210 of the Complaint, Defendants admit that the "synopsis"

9  purportedly quoted in Paragraph 210 is the best evidence of its contents.  Except as so admitted,

10  Defendants deny each and every allegation in Paragraph 210.

11      211.    Answering Paragraph 211 of the Complaint, Defendants admit that the purported

12  synopsis quoted in Paragraph 211 is the best evidence of its contents.  Except as so admitted,

13  Defendants deny each and every allegation in Paragraph 211.

14      212.    Answering Paragraph 212 of the Complaint, Defendants admit that the purported

15  synopsis is the best evidence of its contents.  Except as so admitted, Defendants deny each and

16  every allegation in Paragraph 212 and specifically deny that Defendants created a synopsis of the

17  Film which "follows" Plaintiff's alleged synopsis in any way.

18      213.    Answering Paragraph 213 of the Complaint, Defendants deny each and every

19  allegation thereof.

20      214.    Answering Paragraph 214 of the Complaint, Defendants deny each and every

21  allegation thereof.

22      215.    Answering Paragraph 215 of the Complaint, Defendants deny each and every

23  allegation thereof.

24      216.    Answering Paragraph 216 of the Complaint, Defendants object on the basis that the

25  allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

26  Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

27      217.    Answering Paragraph 217 of the Complaint, Defendants admit that Exhibit B to the

28  Complaint is the best evidence of its contents.  Defendants admit that the Film is the best evidence

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

24                                              CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1  of its contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph

2  217 and specifically deny that they were aware of Plaintiff's Screenplay before the filing of this

3  lawsuit and edited the Film for any reasons relating to Plaintiff's Screenplay.

4      218.    Answering Paragraph 218 of the Complaint, Defendants deny each and every

5  allegation thereof.

6      219.    Answering Paragraph 219 of the Complaint, Defendants deny each and every

7  allegation thereof.

8      220.    Answering Paragraph 220 of the Complaint, Defendants deny each and every

9  allegation thereof.

10     221.    Answering Paragraph 221 of the Complaint, Defendants admit that the documents

11  referenced in Paragraph 221 are the best evidence of their contents.  Except as so admitted,

12  Defendants deny each and every allegation in Paragraph 221.

13     222.    Answering Paragraph 222 of the Complaint, Defendants lack sufficient information

14  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

15  denied.

16     223.    Answering Paragraph 223 of the Complaint, Defendants deny each and every

17  allegation thereof.

18     224.    Answering Paragraph 224 of the Complaint, Defendants deny each and every

19  allegation thereof.

20     225.    Answering Paragraph 225 of the Complaint, Defendants admit that the Ninth

21  Circuit opinion quoted in Paragraph 225 is the best evidence of its contents.  Except as so

22  admitted, Defendants deny each and every allegation in Paragraph 225.

23     226.    Answering Paragraph 226 of the Complaint, Defendants admit that no one was

24  complicit in Defendants' alleged access to Plaintiff's Screenplay, as none of Defendants were

25  aware of or accessed Plaintiff's Screenplay prior to the filing of this action.  Defendants deny each

26  and every remaining allegation in Paragraph 226.

27     227.    Answering Paragraph 227 of the Complaint, Defendants deny each and every

28  allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ER 817

228.    Answering Paragraph 228 of the Complaint, MRC admits that it and Trigger Street Productions are among the producers of the television series *House of Cards*.  MRC denies each and every remaining allegation in Paragraph 228.  The remaining Defendants (excluding MRC) lack sufficient information and belief upon which to admit or deny the allegations in Paragraph 228, and on that basis the allegations are denied by those Defendants.

229.    Answering Paragraph 229 of the Complaint, QED admits that it was for some period of time contracted as a sales agent on the film "Inseparable."  QED denies the remaining allegations in Paragraph 229.  The remaining Defendants (excluding QED) lack sufficient information and belief upon which to admit or deny the allegations in Paragraph 229, and on that basis the allegations are denied by those Defendants.

230.    Answering Paragraph 230 of the Complaint, SPE and TriStar deny each and every allegation thereof.  The remaining Defendants (excluding SPE and TriStar) lack sufficient information and belief upon which to admit or deny the allegations in Paragraph 230, and on that basis the allegations are denied by those Defendants.

231.    Answering Paragraph 231 of the Complaint, Defendants admit that Blomkamp is a well-known writer and director of feature films.  Defendants lack sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 231, and on that basis those remaining allegations are denied.

232.    Answering Paragraph 232 of the Complaint, Defendants admit that Blomkamp was a screenwriter and filmmaker as of 2007.  Defendants deny that Blomkamp was aware of the website triggerstreet.com in 2007.  Defendants lack sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 232, and on that basis those remaining allegations are denied.

233.    Answering Paragraph 233 of the Complaint, Defendants admit that Blomkamp was a filmmaker as of 2007.  Defendants admit that the film *District 9* was theatrically released in 2009.  Defendants lack sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 233, and on that basis those remaining allegations are denied.

234.    Answering Paragraph 234 of the Complaint, Defendants admit that their Answer

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  and Affirmative Defenses to Complaint for Copyright Infringement is the best evidence of its

2  contents.  Except as so admitted, Defendants deny each and every allegation in Paragraph 234.

3      235.    Answering Paragraph 235 of the Complaint, Defendants deny each and every

4  allegation thereof.

5      236.    Answering Paragraph 236 of the Complaint, Defendants admit that this action

6  alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendants lack

7  sufficient information and belief upon which to admit or deny the remaining allegations in

8  Paragraph 236, and on that basis those remaining allegations are denied.

9      237.    Answering Paragraph 237 of the Complaint, Defendants admit that this action

10  alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendants lack

11  sufficient information and belief upon which to admit or deny the remaining allegations in

12  Paragraph 237, and on that basis those remaining allegations are denied.

13      238.    Answering Paragraph 238 of the Complaint, Defendants lack sufficient information

14  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

15  denied.

16      239.    Answering Paragraph 239 of the Complaint, Defendants lack sufficient information

17  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

18  denied.

19          **THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

20      240.    Answering Paragraph 240 of the Complaint, Defendants deny each and every

21  allegation thereof.

22      241.    Answering Paragraph 241 of the Complaint, Defendants lack sufficient information

23  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

24  denied.

25      242.    Answering Paragraph 242 of the Complaint, Defendants lack sufficient information

26  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

27  denied.

28      243.    Answering Paragraph 243 of the Complaint, Defendants lack sufficient information

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

1  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

2  denied.

3      244.    Answering Paragraph 244 of the Complaint, Defendants lack sufficient information

4  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

5  denied.

6      245.    Answering Paragraph 245 of the Complaint, Defendants lack sufficient information

7  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8  denied.

9      246.    Answering Paragraph 246 of the Complaint, Defendants lack sufficient information

10  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

11  denied.

12      247.    Answering Paragraph 247 of the Complaint, Defendants lack sufficient information

13  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

14  denied.

15      248.    Answering Paragraph 248 of the Complaint, Defendants lack sufficient information

16  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17  denied.

18      249.    Answering Paragraph 249 of the Complaint, Defendants lack sufficient information

19  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20  denied.

21                          **COUNT ONE**

22      250.    Answering Paragraph 250 of the Complaint, Defendants incorporate by reference

23  the admissions and denials in Paragraphs 1 through 249, inclusive, as though fully set forth herein.

24      251.    Answering Paragraph 251 of the Complaint, Defendants lack sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27      252.    Answering Paragraph 252 of the Complaint, Defendants deny each and every

28  allegation thereof.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1     253.    Answering Paragraph 253 of the Complaint, Defendants deny each and every

2  allegation thereof.

3     254.    Answering Paragraph 254 of the Complaint, Defendants deny each and every

4  allegation thereof.

5     255.    Answering Paragraph 255 of the Complaint, Defendants deny each and every

6  allegation thereof.

7     256.    Answering Paragraph 256 of the Complaint, Defendants deny each and every

8  allegation thereof.

9     257.    Answering Paragraph 257 of the Complaint, Defendants deny each and every

10  allegation thereof.

11     258.    Answering Paragraph 258 of the Complaint, Defendants lack sufficient information

12  and belief upon which to admit or deny the allegations concerning the accessibility of

13  triggerstreet.com, and on that basis those allegations are denied.  Defendants deny each and every

14  remaining allegation in Paragraph 258 and specifically deny that they were aware of and accessed

15  Plaintiff's Screenplay prior to the filing of this action.

16     259.    Answering Paragraph 259 of the Complaint, Defendants deny each and every

17  allegation thereof.

18     260.    Answering Paragraph 260 of the Complaint, Defendants deny each and every

19  allegation thereof.

20     261.    Answering Paragraph 261 of the Complaint, Defendants deny each and every

21  allegation thereof.

22                    **AFFIRMATIVE DEFENSES**

23     Defendants set forth the following affirmative defenses without admitting that they have

24  the burden of proof with regard to these matters:

25                  **FIRST AFFIRMATIVE DEFENSE**

26                    **(Failure To State A Claim)**

27     262.    Plaintiff's Complaint fails to state a claim upon which relief may be granted.

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**SECOND AFFIRMATIVE DEFENSE**

**(No Statutory Damages Or Attorneys' Fees)**

263.    One or more of Plaintiffs' claims for statutory damages and/or attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

**THIRD AFFIRMATIVE DEFENSE**

**(Invalid Copyright)**

264.    Plaintiff's Complaint fails on the basis that the copyright asserted therein is invalid.

**FOURTH AFFIRMATIVE DEFENSE**

**(Laches, Estoppel, and Waiver)**

265.    Plaintiff's Complaint and the relief requested therein are barred in whole or part under the doctrines of laches, estoppel, and/or waiver.

**FIFTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

266.    Plaintiff is precluded form recovering on any of his claims for relief by the doctrine of unclean hands.

**PRAYER FOR RELIEF**

WHEREFORE, Defendants pray for judgment as follows:

1.    That Plaintiff shall take nothing by way of the Complaint;

2.    That the Complaint shall be dismissed with prejudice;

3.    For an award of attorneys' fees and costs; and

4.    For such other and further relief as the Court deems just and proper.

Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    DATED: January 9, 2014

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP


By:        /s/ Michael J. Kump
        Michael J. Kump
        Attorneys for NEILL BLOMKAMP, SONY
        PICTURES ENTERTAINMENT INC., TRISTAR
        PICTURES, INC., MRC II DISTRIBUTION
        COMPANY L.P., and QED INTERNATIONAL,
        LLC

10021.00015/196948

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

31

CV 13-4679-PJH

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On January 9, 2014, I served true copies of the following document(s) described as **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** on the interested parties in this action as follows:

Steve Wilson Briggs                           *Plaintiff*
681 Edna Way                                  Tel.: (510) 200-3763
San Mateo, CA 94402                           Email: snc.steve@hotmail.com
                                                      snc.steve@gmail.com

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (310) 566-9850. No error was reported by the fax machine that I used.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address choffman@kwikalaw.com to the person at the e-mail address above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 9, 2014, at Santa Monica, California.

*Candace Hoffman*
Candace E. Hoffman

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

10021.00015/194734.1

# EXHIBIT

# B

1   KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
    MICHAEL J. KUMP (SBN 100983)
2    mkump@kwikalaw.com
    GREGORY P. KORN (SBN 205306)
3    gkorn@kwikalaw.com
    808 Wilshire Boulevard, 3rd Floor
4   Santa Monica, California 90401
    Telephone: 310.566.9800
5   Facsimile: 310.566.9850

6   Attorneys for Defendants NEILL BLOMKAMP,
    SONY PICTURES ENTERTAINMENT INC.,
7   TRISTAR PICTURES, INC., MRC II
    DISTRIBUTION COMPANY L.P. (erroneously
8   sued as MEDIA RIGHTS CAPITAL), and QED
    INTERNATIONAL, LLC

9

10              UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

12

13  STEVE WILSON BRIGGS,                 Case No. CV 13-4679-PJH

14              Plaintiff,

15       vs.                             **DEFENDANTS' CERTIFICATION OF
                                         INTERESTED ENTITIES OR PERSONS**
16  NEILL BLOMKAMP; SONY PICTURES
    ENT., INC., TRISTAR PICTURES, INC.,  [Local Rule 3-16]
17  MEDIA RIGHTS CAPITAL, and QED
    INTERNATIONAL,

18
                Defendants.
19

20

21

22

23

24

25

26

27

28

    10021.00015/194858.1
    _____
              CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 · FAX 310.566.9850

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6         Steve Wilson Briggs (Plaintiff)

7         Neill Blomkamp (Defendant)

8         Sony Pictures Entertainment Inc. (Defendant)

9         TriStar Pictures, Inc. (Defendant)

10        MRC II Distribution Company L.P. (Defendant)

11        QED International, LLC (Defendant)

12        Media Rights Capital II, L.P. (Parent of Defendant)

13

14  DATED: November 27, 2013          KINSELLA WEITZMAN ISER
                                      KUMP & ALDISERT LLP
15

16

17

18                                    By:    /s/ Michael J. Kump
                                             Michael J. Kump
19                                           Attorneys for NEILL BLOMKAMP, SONY
                                             PICTURES ENTERTAINMENT INC., TRISTAR
20                                           PICTURES, INC., MRC II DISTRIBUTION
                                             COMPANY L.P., and QED INTERNATIONAL,
21                                           LLC

22

23

24

25

26

27

28

10021.00015/194858.1

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3        At the time of service, I was over 18 years of age and **not a party to this action**. I am
   employed in the County of Los Angeles, State of California. My business address is 808 Wilshire
4  Boulevard, 3rd Floor, Santa Monica, CA 90401.

5        On **November 27, 2013**, I served true copies of the following document(s) described as:

6  **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR
   PERSONS**

7
   on the interested parties in this action as follows:

8

9  | Steve Wilson Briggs | *Plaintiff Pro Se* |
   | 681 Edna Way | |
10 | San Mateo, CA 94402 | |
   | Tele.:   510.200.3763 | |
11 | Email:  snc.steve@gmail.com | |

12 ☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the
   persons at the address listed above and placed the envelope for collection and mailing, following
13 our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump &
   Aldisert's practice for collecting and processing correspondence for mailing. On the same day that
14 the correspondence is placed for collection and mailing, it is deposited in the ordinary course of
   business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

15 ☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package
16 provided by the overnight service carrier and addressed to the person at the address above. I
   placed the envelope or package for collection and overnight delivery at an office or a regularly
17 utilized drop box of the overnight service carrier or delivered such document(s) to a courier or
   driver authorized by the overnight service carrier to receive documents.

18
   ☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of
19 the addressee(s).

20        I declare under penalty of perjury under the laws of the United States of America that the
   foregoing is true and correct and that I am employed in the office of a member of the bar of this
21 Court at whose direction the service was made.

22        Executed on **November 27, 2013**, at Santa Monica, California.

23

24

25                                          /s/  Barbara DiPalma
                                          Barbara DiPalma
26

27

28

10021.00015/195203.1

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# EXHIBIT

# C

1  KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
   MICHAEL J. KUMP (SBN 100983)
2    mkump@kwikalaw.com
   GREGORY P. KORN (SBN 205306)
3    gkorn@kwikalaw.com
   808 Wilshire Boulevard, 3rd Floor
4  Santa Monica, California 90401
   Telephone: 310.566.9800
5  Facsimile: 310.566.9850

6  Attorneys for Defendants NEILL BLOMKAMP,
   SONY PICTURES ENTERTAINMENT INC.,
7  TRISTAR PICTURES, INC., MRC II
   DISTRIBUTION COMPANY L.P. (erroneously
8  sued as MEDIA RIGHTS CAPITAL), and QED
   INTERNATIONAL, LLC

9

10              UNITED STATES DISTRICT COURT

11        NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

12

13  STEVE WILSON BRIGGS,                    Case No. CV 13-4679-PJH

14              Plaintiff,
                                           **CORPORATE DISCLOSURE**
15        vs.                              **STATEMENT OF DEFENDANTS SONY**
                                           **PICTURES ENTERTAINMENT INC.,**
16  NEILL BLOMKAMP; SONY PICTURES          **TRISTAR PICTURES, INC., MRC II**
    ENT., INC., TRISTAR PICTURES, INC.,    **DISTRIBUTION COMPANY L.P., AND**
17  MEDIA RIGHTS CAPITAL, and QED          **QED INTERNATIONAL, LLC**
    INTERNATIONAL,
18                                         [Fed. R. Civ. P. 7.1]
                Defendants.
19

20

21

22

23

24

25

26

27

28

10021.00015/194859.1

CORPORATE DISCLOSURE STATEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sony Pictures

2   Entertainment Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no

3   other publicly held corporation owns 10% or more of its stock.

4    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TriStar Pictures,

5   Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly

6   held corporation owns 10% or more of its stock.

7    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant MRC II

8   Distribution Company L.P. hereby states that it has no parent corporation and that no publicly held

9   corporation owns 10% or more of its stock.

10    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant QED

11   International, LLC hereby states that it has no parent corporation and that no publicly held

12   corporation owns 10% or more of its stock.

13

14   DATED: November 27, 2013                    KINSELLA WEITZMAN ISER
                                                  KUMP & ALDISERT LLP
15

16

17

18                                      By:      /s/ Michael J. Kump
                                                 Michael J. Kump
19                                               Attorneys for NEILL BLOMKAMP, SONY
                                                 PICTURES ENTERTAINMENT INC., TRISTAR
20                                               PICTURES, INC., MRC II DISTRIBUTION
                                                 COMPANY L.P., and QED INTERNATIONAL,
21                                               LLC

22

23

24

25

26

27

28

10021.00015/194859.1
                                                1
                                  CORPORATE DISCLOSURE STATEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

<div align="center">

**PROOF OF SERVICE**

</div>

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

      On **November 27, 2013**, I served true copies of the following document(s) described as:

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES INC., MRC II DISTRIBUTION COMPANY L.P., AND QED INTERNATIONAL LLC**

on the interested parties in this action as follows:

| | |
|---|---|
| Steve Wilson Briggs<br>681 Edna Way<br>San Mateo, CA 94402<br>Tele.:   510.200.3763<br>Email:  snc.steve@gmail.com | *Plaintiff Pro Se* |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on **November 27, 2013**, at Santa Monica, California.


                          /s/  Barbara DiPalma
                      Barbara DiPalma

10021.00015/195203.1

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# EXHIBIT

# D

Alex Padilla
*California Secretary of State*

---

What can we help you with?

Search



# Statement of Information Help



(http://bizfile.sos.ca.gov)

All LLC Statements of Information and the required Statement of Information for most corporations can be submitted electronically (http://www.sos.ca.gov/business-programs/bizfile/) using a credit card. PDF copies of imaged business entity documents, including Statements of Information are available for free on the Secretary of State's Business Search (https://businesssearch.sos.ca.gov/).

Note: Statements of Information for common interest developments must be submitted on paper, by mail or in person (drop off), at this time.

## Topics of Interest

- Filing Periods

- Tips for Online Filing

- Tips for Filing Corporation Statements of Information

- Tips for Filing Limited Liability Company (LLC) Statements of Information

- Filing Schedule

ER 834

## Filing Periods

- Domestic stock and agricultural cooperative corporations must file a complete Statement of Information (Form SI-550) within the first 90 days of filing the Articles of Incorporation, after which a Statement of Information is due every year. <u>See Filing Schedule.</u>

- Domestic nonprofit corporations must file a complete Statement of Information (Form SI-100) within the first 90 days of filing the Articles of Incorporation, after which a Statement of Information is due every two years (every odd year or every even year based on year of initial registration). <u>See Filing Schedule.</u>
  - Note: Credit unions and general cooperative corporations are required to file every year instead of every two years.

  - Filing tip: If the corporation's Articles of Incorporation were originally filed with the California Secretary of State in an even-numbered year, file the SI-100 (and SI-CID, if applicable) every even-numbered year. If the corporation originally filed Articles of Incorporation with the California Secretary of State in an odd-numbered year, file every odd-numbered year.

- Foreign corporations must file a complete Statement of Information (Form SI-550) within the first 90 days of filing the Statement and Designation by Foreign Corporation, after which a Statement of Information is due every year. <u>See Filing Schedule.</u>

- Limited liability companies must file a complete Statement of Information (Form LLC-12) within the first 90 days of filing the Articles of Organization or Application to Register, after which a Statement of Information is due every two years (every odd year or every even year based on year of initial registration). <u>See Filing Schedule.</u>
  - Filing tip: If the limited liability company's Articles of Organization or Application to Register was originally filed with the California Secretary of State in an even-numbered year, file the LLC-12 every even-numbered year. If the limited liability company originally filed with the California Secretary of State in an odd-numbered year, file every odd-numbered year.

In addition, any time there are information changes in between statutory filing periods, an updated statement should be filed.

Failure to file the required Statement of Information with the Secretary of State as outlined in statute may result in penalties being assessed by the Franchise Tax Board and suspension or forfeiture.

<u>Back to Top</u>

## Tips for Filing Online

Please visit <u>Statements of Information (/business-programs/business-entities/statements/)</u> to obtain forms to submit by paper.

To file online, users will need:

- Internet Explorer version 8 or later.

- A valid Visa or MasterCard.

- Software to view PDF/A files if a free electronic copy is requested.

A statement is not submitted for filing until after the credit card payment has been accepted, and the payment confirmation screen is displayed. The payment confirmation screen provides the ability to enter an email address for a free PDF copy. Statements are normally filed within 1 business day and, if requested, electronic copies are sent out within 3 business days.

The returned electronic copy will be in a secure PDF/A format. Forms may appear blank if viewed with software that is incompatible with the file format, or when viewed on cell phones or tablets. The Secretary of State recommends viewing the return copies on a desktop, laptop or notebook computer.

ER 835

Note: If "no change" is selected, the "no change" box on the form image will be checked and the form will only display the entity name, the corporation number, the date submitted, and the name and title of the submitter.

Back to Top

## Tips for Filing Corporation Statements of Information

- Include the appropriate filing fee when submitting Statements of Information. Filing fees are available on Forms, Samples and Fees (/business-programs/business-entities/forms/). If a statement is being filed to update any information on a previously filed statement and is being filed outside the statutory filing period, no fee is required. If filing the statutory required statement, the total filing fee is $25 for stock corporations and $20 for non-stock corporations.

- The name of the corporation must be entered exactly as it is registered with the California Secretary of State. The name and entity number can be researched on Business Search (https://businesssearch.sos.ca.gov/).

- If the agent for service of process of the entity has changed or resigned, a fully completed statement must be submitted.

- For California stock, agricultural cooperatives and foreign corporations, if a current fully completed Statement of Information has been filed previously with the Secretary of State's office and no changes need to be made on the current required statement, a Statement of No Change (Form SI-550 NC) can be submitted. If ANY changes have occurred since the last fully completed Statement of Information was filed, a new fully completed Statement of Information (Form SI-550) must be submitted. Please read and follow the instructions on each form.

- Addresses must be completed with the city, state and zip. The submitted form will be returned unfiled if an address is incomplete or if a P.O. Box is entered as a street address.

- Corporations must have all three statutory officers. (Chief Executive Officer, Secretary and Chief Financial Officer.) Comparable titles may be added, but the preprinted titles on the form must not be altered. Each officer must have a complete business or residential address.

- A complete California street address is required for an agent for service of process. The submitted form will be returned unfiled if a P.O. Box is entered as the agent address. If the entity named as agent is a corporation, it must meet the requirements of California Corporations Code section 1505. A corporation cannot act as its own agent.

- The type of business entered must be specific to the type of business in which the corporation currently is engaged.

- The information on the form must be legible for scanning. Either type or write the information legibly.

- The most current forms are available at Statements of Information (/business-programs/business-entities/statements/). Submissions on incorrect or outdated forms will be returned unfiled.

- The required Statement of Information for most corporations can be submitted online and is processed generally in one business day.

- If the entity is a Common Interest Development, the CID box on the Form SI-100 must be checked and both the Statement by Common Interest Development (Form SI-CID) and Form SI-100 must be submitted on paper, by mail or in person, with appropriate fees.

Back to Top

## Tips for Limited Liability Company (LLC) Statements of Information

- Include the appropriate filing fee when submitting Statements of Information. Filing fees are available on Forms, Samples and Fees (/business-programs/business-entities/forms/). If a statement is being filed to

update any information on a previously filed statement and is being filed outside the statutory filing period, no fee is required. If filing the statutory required statement, the filing fee is $20.

- The name of the limited liability company must be entered exactly as it is registered with the California Secretary of State. The name and entity number can be researched on Business Search (https://businesssearch.sos.ca.gov/).

- The jurisdiction must match the Secretary of State's records. The jurisdiction can be researched on Business Search (http://kepler.sos.ca.gov/).

- If a current fully complete Statement of Information has been filed previously with the Secretary of State's office and no changes need to be made to the information provided on the current filed fully complete Statement of Information, a Statement of No Change (Form LLC-12NC) can be submitted. If ANY changes have occurred to the information provided on the current fully complete Statement of Information, a new fully complete Statement of Information (Form LLC-12) must be submitted. Please read and follow the instructions on each form.

- Addresses must be completed with city, state and zip. The submitted form will be returned unfiled if an address is incomplete or if a P.O. Box is entered as a street address.

- Every limited liability company is required to have at least one member. If no manager is appointed or elected, all members are managers. Each listed manager or member-manager must have a complete business or residential address.

- A complete California street address is required for an individual named as agent for service of process. The submitted form will be returned unfiled if a P.O. Box is entered as the agent's address. If the named agent is a corporation, the corporation must have a current California Corporations Code section 1505 registration on file with the California Secretary of State.

- Provide the general type of business or service in which the limited liability company is engaged or will be engaged.

- The information on the form must be legible for imaging. Either type or write the information neatly.

- The most current forms are available at Statements of Information (/business-programs/business-entities/statements/). Submissions on incorrect or outdated forms will be returned unfiled.

Back to Top


# Filing Schedule

After the initial statement is filed, the following chart can be used to determine the filing period when subsequent statements are due.

The incorporation, registration, formation or conversion date of an entity is listed under "Date Filed" on the Business Search (https://businesssearch.sos.ca.gov/).

Domestic stock, agricultural cooperatives, credit unions, general cooperatives and all foreign corporations must file a statement every year. Domestic nonprofit corporations and all limited liability companies must file a statement every two years.

Filing tip for entities that must file every two years: If the entity's year of incorporation, registration, formation, or conversion was an even numbered year, file every even numbered year. If the year of incorporation, registration, formation, or conversion was an odd numbered year, file in every odd year.

## Statutory Required 6 Month Filing Window

| Month of Incorporation, Registration, Formation, or Conversion | Statement of Information Filing Period | |
|---|---|---|
| | First day of | |

ER 837

| | | Through last day of |
|---|---|---|
| January | August | January |
| February | September | February |
| March | October | March |
| April | November | April |
| May | December | May |
| June | January | June |
| July | February | July |
| August | March | August |
| September | April | September |
| October | May | October |
| November | June | November |
| December | July | December |

Statements to update information on a previous filing and submitted outside the statutory filing period must be submitted on paper. Statements submitted on paper should be directed to the Secretary of State's office in Sacramento (/business-programs/business-entities/contact/), either by mail or delivered in person. Current processing times for paper forms may be found on Processing Times (/business-programs/business-entities/processing-times/).

Back to Top

ER 838

# EXHIBIT

# E



# California
## LEGISLATIVE INFORMATION

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

Code: Select Code ▼   Section: [        ]   Search   ⓘ

---

Up^     << Prev ous     Next >>        cross-reference chaptered bills      PDF | Add To My Favorites

[        ] Highlight

CORPORATIONS CODE - CORP
   TITLE 1. CORPORATIONS [100 - 14631]  ( Title 1 enacted by Stats. 1947, Ch. 1038. )
      DIVISION 1. GENERAL CORPORATION LAW [100 - 2319]  ( Division 1 repealed and added by Stats. 1975, Ch. 682. )

CHAPTER 15. Records and Reports [1500 - 1512]  ( Chapter 15 added by Stats. 1975, Ch. 682. )

1502.  (a) Every corporation shall file, within 90 days after the filing of its original articles and annually thereafter during the applicable filing period, on a form prescribed by the Secretary of State, a statement containing all of the following:

(1) The name of the corporation and the Secretary of State's file number.

(2) The names and complete business or residence addresses of its incumbent directors.

(3) The number of vacancies on the board, if any.

(4) The names and complete business or residence addresses of its chief executive officer, secretary, and chief financial officer.

(5) The street address of its principal executive office.

(6) The mailing address of the corporation, if different from the street address of its principal executive office.

(7) If the address of its principal executive office is not in this state, the street address of its principal business office in this state, if any.

(8) If the corporation chooses to receive renewal notices and any other notifications from the Secretary of State by electronic mail instead of by United States mail, the corporation shall include a valid electronic mail address for the corporation or for the corporation's designee to receive those notices.

(9) A statement of the general type of business that constitutes the principal business activity of the corporation (for example, manufacturer of aircraft; wholesale liquor distributor; or retail department store).

(b) The statement required by subdivision (a) shall also designate, as the agent of the corporation for the purpose of service of process, a natural person residing in this state or a corporation that has complied with Section 1505 and whose capacity to act as an agent has not terminated. If a natural person is designated, the statement shall set forth that person's complete business or residence street address. If a corporate agent is designated, no address for it shall be set forth.

(c) If there has been no change in the information in the last filed statement of the corporation on file in the Secretary of State's office, the corporation may, in lieu of filing the statement required by subdivisions (a) and (b), advise the Secretary of State, on a form prescribed by the Secretary of State, that no changes in the required information have occurred during the applicable filing period.

(d) For the purposes of this section, the applicable filing period for a corporation shall be the calendar month during which its original articles were filed and the immediately preceding five calendar months. The Secretary of State shall provide a notice to each corporation to comply with this section approximately three months prior to the close of the applicable filing period. The notice shall state the due date for compliance and shall be sent to the last address of the corporation according to the records of the Secretary of State or to the last electronic mail address according to the records of the Secretary of State if the corporation has elected to receive notices from the Secretary of State by electronic mail. The failure of the corporation to receive the notice is not an excuse for failure to comply with this section.

(e) Whenever any of the information required by subdivision (a) is changed, the corporation may file a current statement containing all the information required by subdivisions (a) and (b). In order to change its agent for service of process or the address of the agent, the corporation must file a current statement containing all the

information required by subdivisions (a) and (b). Whenever any statement is filed pursuant to this section, it supersedes any previously filed statement and the statement in the articles as to the agent for service of process and the address of the agent.

(f) The Secretary of State may destroy or otherwise dispose of any statement filed pursuant to this section after it has been superseded by the filing of a new statement.

(g) This section shall not be construed to place any person dealing with the corporation on notice of, or under any duty to inquire about, the existence or content of a statement filed pursuant to this section.

(h) The statement required by subdivision (a) shall be available and open to the public for inspection. The Secretary of State shall provide access to all information contained in this statement by means of an online database.

(i) In addition to any other fees required, a corporation shall pay a five-dollar ($5) disclosure fee when filing the statement required by subdivision (a). One-half of the fee shall, notwithstanding Section 12176 of the Government Code, be deposited into the Business Programs Modernization Fund established in subdivision (k), and one-half shall be deposited into the Victims of Corporate Fraud Compensation Fund established in Section 2280.

(j) A corporation shall certify that the information it provides pursuant to subdivisions (a) and (b) is true and correct. No claim may be made against the state for inaccurate information contained in the statements.

(k) There is hereby established the Business Programs Modernization Fund in the State Treasury. Moneys deposited into the fund shall, upon appropriation by the Legislature, be available to the Secretary of State to further the purposes of this section, including the development and maintenance of the online database required by subdivision (h), and by subdivision (c) of Section 2117.

(Amended by Stats. 2013, Ch. 364, Sec. 1. (AB 554) Effective January 1, 2014.)

# EXHIBIT

# F

 

| Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

Code: Select Code ▾   Section: [        ]   Search   ⓘ

Up^   << Previous   Next >>   cross-reference chaptered bills   PDF | Add To My Favorites   🖨

[        ] Highlight

CORPORATIONS CODE - CORP
TITLE 1. CORPORATIONS [100 - 14631]  ( Title 1 enacted by Stats. 1947, Ch. 1038. )
DIVISION 1. GENERAL CORPORATION LAW [100 - 2319]  ( Division 1 repealed and added by Stats. 1975, Ch. 682. )

CHAPTER 15. Records and Reports [1500 - 1512]  ( Chapter 15 added by Stats. 1975, Ch. 682. )

1507. Any officers, directors, employees or agents of a corporation who do any of the following are liable jointly and severally for all the damages resulting therefrom to the corporation or any person injured thereby who relied thereon or to both:

(a) Make, issue, deliver or publish any prospectus, report, circular, certificate, financial statement, balance sheet, public notice or document respecting the corporation or its shares, assets, liabilities, capital, dividends, business, earnings or accounts which is false in any material respect, knowing it to be false, or participate in the making, issuance, delivery or publication thereof with knowledge that the same is false in a material respect.

(b) Make or cause to be made in the books, minutes, records or accounts of a corporation any entry which is false in any material particular knowing such entry is false.

(c) Remove, erase, alter or cancel any entry in any books or records of the corporation, with intent to deceive.

(Repealed and added by Stats. 1975, Ch. 682.)

# EXHIBIT

# G

Alex Padilla
California Secretary of State

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200704800009    MRC II DISTRIBUTION COMPANY, L.P.

| | |
|---|---|
| Registration Date: | 02/15/2007 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN |
| Status: | ACTIVE |
| Agent for Service of Process: | SCOTT TENLEY |
| | 1800 CENTURY PRK EAST 10TH FL |
| | LOS ANGELES CA 90067 |
| Entity Address: | 9601 WILSHIRE BLVD SUITE 610 |
| | BEVERLY HILLS CA 90212 |
| Entity Mailing Address: | * |

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| AMENDMENT | 02/06/2012 | |
| AMENDMENT | 11/14/2011 | |
| REGISTRATION | 02/15/2007 | |

\* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

ER 845

# EXHIBIT

# H



**State of California**
**Secretary of State**

**FOREIGN LIMITED PARTNERSHIP**
**APPLICATION FOR REGISTRATION**

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

File # 2 0 0 7 0 4 8 0 0 0 0 9



**FILED**
in the office of the Secretary of State
of the State of California

**FEB 1 5 2007**

This Space For Filing Use Only

**ENTITY NAME** (End the name in Item 1 with the words 'Limited Partnership" or the abbreviation "L.P.")

1. NAME UNDER WHICH THE FOREIGN LIMITED PARTNERSHIP PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA
MRC II DISTRIBUTION COMPANY, L.P.

2. NAME OF THE FOREIGN LIMITED PARTNERSHIP, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

| | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 3. | ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE | | |
| | 9601 WILSHIRE BLVD., SUITE 610 | BEVERLY HILLS, CA | 90212 |

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. | ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY | | | |
| | 9601 WILSHIRE BLVD., SUITE 610 | BEVERLY HILLS | CA | 90212 |

**DATE AND PLACE OF ORGANIZATION**

5. THIS FOREIGN LIMITED PARTNERSHIP WAS FORMED ON ___11___ - ___30___ - ___06___ IN ___DELAWARE___
(MONTH) (DAY) (YEAR) (STATE OR COUNTRY)
AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 6 and 7 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 6 must be completed (leave Item 7 blank).)

6. NAME OF AGENT FOR SERVICE OF PROCESS
MICHAEL S. SHERMAN, ESQ.

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. | IF AN INDIVIDUAL, ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | | | |
| | 1900 AVENUE OF THE STARS, 7TH FLOOR | LOS ANGELES | CA | 90067 |

**APPOINTMENT** (The following statement is required by statute and may not be altered.)

8. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED PARTNERSHIP.

**GENERAL PARTNERS** (Enter the names and addresses of all of the general partners. Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 9a. | MRC II SUB GP, LLC | 9601 WILSHIRE BLVD., # 610 | BEVERLY HILLS, CA | 90212 |
| 9b. | | | | |

**EXECUTION**

10. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

SEE ATTACHED SIGNATURE PAGE

| SIGNATURE OF GENERAL PARTNER | DATE | TYPE OR PRINT NAME OF GENERAL PARTNER |
|---|---|---|

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 11. | NAME | MICHAEL S. SHERMAN, ESQ. |
|---|---|---|
| | FIRM | JEFFER, MANGELS, BUTLER & MARMARO |
| | ADDRESS | 1900 AVENUE OF THE STARS, 7TH FLOOR |
| | CITY/STATE/ZIP | LOS ANGELES, CA 90067 |

| LP-5 (REV 03/2005) | APPROVED BY SECRETARY OF STATE |
|---|---|

FOREIGN LIMITED PARTNERSHIP
APPLICATION FOR REGISTRATION
ADDENDUM

MRC II DISTRIBUTION COMPANY, L.P.
a Delaware limited partnership

EXECUTION
10. General Partner

MRC II SUB GP, LLC, a Delaware
limited liability company
Its General Partner

February 15, 2007
Date

By:   Media Rights Capital II, L.P.
      a Delaware limited partnership
      Its Member

      By:   MRCLP GP, LLC
            Its General Partner

      By:   _____
            Asif Satchu
            Its Authorized Signatory

**200704800009**

# EXHIBIT

# I



LP-6

# State of California
## Secretary of State

**FILED**
In the Office of the Secretary of State
of the State of California

**FEB 06** 2012

### Foreign Limited Partnership
### Amendment to Application for Registration

A $30.00 filing fee must accompany this form.
**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

| File Number | Entity Name (Enter the exact name of the limited partnership.) |
|---|---|
| 1. CA SECRETARY OF STATE FILE NUMBER<br><br>**200704800009** | 2. NAME UNDER WHICH THE FOREIGN LIMITED PARTNERSHIP CONDUCTS BUSINESS IN CALIFORNIA<br><br>MRC II Distribution Company LP |

**Items 3 through 13:** (Complete ONLY the items to be amended or added by this filing. Attach additional pages, if necessary. Any other matters to be included may be made on an attachment to this document. Any attachments are incorporated herein by this reference and made part of this document.)

**Entity Name as amended** (Complete Item 3 if the actual name of the foreign limited partnership has changed in the foreign jurisdiction. Complete Item 4 if amending or adding an alternate name in California. See instructions.)

3. NAME OF FOREIGN LIMITED PARTNERSHIP AS AMENDED IN THE FOREIGN JURISDICTION

4. ALTERNATE NAME (See instructions before completing Item 4.)

**Office Addresses**

| 5. ADDRESS OF PRINCIPAL OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|

| 6. ADDRESS OF OFFICE REQUIRED IN THE JURISDICTION OF FORMATION, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|

**Agent for Service of Process** (If the agent is an individual, complete both Items 7 and 8. If the agent is a corporation, complete Item 7 and leave Item 8 blank.)

7. NAME OF AGENT FOR SERVICE OF PROCESS
Scott Tenley

| 8. IF AN INDIVIDUAL, ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1800 Century Park East, 10th Floor | Los Angeles | CA | 90067 |

**General Partner Information (New Partner, Address Change, Name Change, and/or Withdrawn Partner(s))**

| | NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 9. New Partner | | | | | |
| 10. Address Change | NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. Name Change | FROM: | | TO: | | |
| 12. Withdrawn Partner(s) | NAME: | | NAME: | | |

**Foreign Limited Liability Limited Partnership**

13. ☐ CHECK THIS BOX IF THE FOREIGN LIMITED PARTNERSHIP IS A FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP.

**Execution** (This document must be signed by at least one general partner of the foreign limited partnership. If additional signature space is necessary, the signatures may be made on an attachment to this document.)

14. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

January 25, 2012
DATE

SIGNATURE OF GENERAL PARTNER
*Scott Tenley Secretary of MRC II SUB GP, LLC*

MRC II SUB GP, LLC
TYPE OR PRINT NAME OF GENERAL PARTNER

LP-6 (REV 01/2010)

APPROVED BY SECRETARY OF STATE

# EXHIBIT

# J

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200912710034    WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC

| | |
|---|---|
| Registration Date: | 05/05/2009 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN |
| Status: | ACTIVE |
| Agent for Service of Process: | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE, (C1592199) |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| Entity Address: | 9601 WILSHIRE BLVD 3RD FL BEVERLY HILLS CA 90210 |
| Entity Mailing Address: | 9601 WILSHIRE BLVD 3RD FL BEVERLY HILLS CA 90210 |
| LLC Management | * |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of May.

| Document Type ⇅ | File Date ⇟ | PDF |
|---|---|---|
| SI-COMPLETE | 03/28/2018 | |
| SI-COMPLETE | 05/16/2017 | |
| REGISTRATION | 05/05/2009 | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of

ER 852

documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.

- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

| Modify Search | New Search | Back to Search Results |

# EXHIBIT

# K

18-307698

| | | LLC-12 |
|---|---|---|
| | **Secretary of State**<br>**Statement of Information**<br>(Limited Liability Company) | **43** |

**FILED**
Secretary of State
State of California

MAR 28 2018

371/350/20/PC

IMPORTANT — This form can be filed online at bizfile.sos.ca.gov.
Read instructions before completing this form.
Filing Fee – $20.00
Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee – $5.00 plus copy fees

Above Space For Office Use Only

---

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

William Morris Endeavor Entertainment, LLC

| 2. 12-Digit Secretary of State Entity (File) Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 200912710034 | Delaware |

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 9601 Wilshire Blvd., 3rd Floor | Beverly Hills | CA | 90210 |
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
| | | | |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and address(es) on Form LLC-12A.

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

b. Entity Name - Do not complete Item 5a
WME IMG, LLC

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 9601 Wilshire Blvd., 3rd Floor | Beverly Hills | CA | 90210 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| | | CA | |

CORPORATION – Complete Item 6c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) - Do not complete Item 6a or 6b

Corporation Service Company Which Will Do Business In California As CSC - Lawyers Incorporating Service

C1592199

**7. Type of Business**

Describe the type of business or services of the Limited Liability Company
Entertainment

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Ariel | | Emanuel | |
| b. Address | City (no abbreviations) | State | Zip Code |
| 9601 Wilshire Blvd., 3rd Floor | Beverly Hills | CA | 90210 |

**9. The information contained herein, including any attachments made part of this document, is true and correct.**

| March 27, 2018 | Karina Yamada | Authorized Person | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

LLC-12 (REV 01/2018)

2018 California Secretary of State
bizfile.sos.ca.gov

# EXHIBIT

# L

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1598055    SONY PICTURES ENTERTAINMENT INC.

| | |
|---|---|
| Registration Date: | 10/09/1987 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | DANIEL FLOYD |
| | 10202 W. WASHINGTON BLVD. |
| | CULVER CITY CA 90232 |
| Entity Address: | 10202 W. WASHINGTON BLVD. |
| | CULVER CITY CA 90232 |
| Entity Mailing Address: | 10202 W. WASHINGTON BLVD. |
| | CULVER CITY CA 90232 |

A Statement of Information is due EVERY year beginning five months before and through the end of October.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-COMPLETE | 10/11/2018 | |
| SI-COMPLETE | 02/13/2018 | |
| 1505 CERTIFICATE | 11/22/1993 | |
| AMENDED REGISTRATION | 08/30/1991 | |
| AMENDED REGISTRATION | 12/22/1987 | |
| REGISTRATION | 10/09/1987 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of

documents not currently available in the Business Search or to request a more extensive search for records, refer to <u>Information Requests</u>.

- For help with searching an entity name, refer to <u>Search Tips</u>.
- For descriptions of the various fields and status types, refer to <u>Frequently Asked Questions</u>.

| Modify Search | New Search | Back to Search Results |

# EXHIBIT

# M

Alex Padilla
California Secretary of State

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018.
Please refer to document Processing Times for the received dates of filings currently being processed. The data
provided is not a complete or certified record of an entity. Not all images are available online.

## 200826100018    MEDIA RIGHTS CAPITAL II, L.P.

Registration Date:                          09/17/2008
Jurisdiction:                               DELAWARE
Entity Type:                                FOREIGN
Status:                                     ACTIVE
Agent for Service of Process:               SCOTT TENLEY
                                            1800 CENTURY PARK EAST 10TH FL
                                            LOS ANGELES CA 90067

Entity Address:                             1800 CENTURY PARK EAST 10TH FL
                                            LOS ANGELES CA 90067

Entity Mailing Address:                     *

| Document Type | ⇅ | File Date | ⇊ | PDF |
|---|---|---|---|---|
| REGISTRATION | | 09/17/2008 | | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a
status report.

- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of
  documents not currently available in the Business Search or to request a more extensive search for records,
  refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

[ Modify Search ]    [ New Search ]    [ Back to Search Results ]

ER 860

# EXHIBIT

# N

2 0 0 8 2 6 1 0 0 0 1 8

| LP-5 | File # _____ |



# State of California
## Secretary of State

### FOREIGN LIMITED PARTNERSHIP
### APPLICATION FOR REGISTRATION

A $70.00 filing fee AND a certificate of good standing by an authorized public official of the jurisdiction of formation must accompany this form.

| IMPORTANT – Read instructions before completing this form. | This Space For Filing Use Only |

**FILED**
in the office of the Secretary of State
of the State of California

SEP 17 2008

**ENTITY NAME**  (See instructions for name requirements in the State of California.)

1.  NAME OF FOREIGN LIMITED PARTNERSHIP

Media Rights Capital II, L.P.

2.  ALTERNATE NAME  (if the name in Item 1 does not comply with the requirements of California Corporations Code section 15901.08. See instructions)

**OFFICE ADDRESSES**  (Please do not abbreviate the name of the city.)

| 3.  ADDRESS OF PRINCIPAL OFFICE | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1800 Century Park East, 10th Floor | Los Angeles | CA | 90067 |

| 4.  ADDRESS OF OFFICE REQUIRED IN THE JURISDICTION OF FORMATION, IF ANY | CITY | STATE | ZIP CODE |
|---|---|---|---|
| c/o Corporation Service Company 2711 Centerville Road, Suite 400 | Wilmington | DE | 19808 |

**DATE AND PLACE OF ORGANIZATION**

5.  THE FOREIGN LIMITED PARTNERSHIP WAS FORMED ON  07 (MONTH) - 25 (DAY) - 06 (YEAR)  UNDER THE LAWS OF  Delaware (STATE OR COUNTRY)

**INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA**  (If the initial agent is an individual, the agent must reside in California and both Items 6 and 7 must be completed.  If the initial agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 6 must be completed (leave Item 7 blank).)

6.  NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Scott Tenley

| 7.  IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1800 Century Park East, 10th Floor | Los Angeles | CA | 90067 |

**GENERAL PARTNERS**  (Enter the names and addresses of all the general partners.  Attach additional pages, if necessary.  Attachments, if any, are incorporated herein by this reference and made part of this document.)

| 8a  NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| MRCLP GP, LLC | 1800 Century Park East, 10th Fl | Los Angeles | CA | 90067 |

| 8b  NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | | | |

**FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP**

9.  ☐  CHECK THIS BOX IF THE FOREIGN LIMITED PARTNERSHIP IS A FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP

**EXECUTION**  (This document must be signed by at least one general partner of the foreign limited partnership.  If additional signature space is necessary, the signatures may be made on an attachment to this document.)

10  I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

September 17, 2008
DATE

SIGNATURE OF GENERAL PARTNER
MRCLP GP, LLC, By: Asif Satchu, Manager
By: Daniel F. Plucinski, Attorney-in-Fact
TYPE OR PRINT NAME OF GENERAL PARTNER

| LP-5 (REV 01/2008) | APPROVED BY SECRETARY OF STATE |

# Delaware

PAGE  1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT "MEDIA RIGHTS CAPITAL II, L.P." IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE NOT HAVING BEEN CANCELLED OR REVOKED SO FAR AS THE RECORDS OF THIS OFFICE SHOW AND IS DULY AUTHORIZED TO TRANSACT BUSINESS.

THE FOLLOWING DOCUMENTS HAVE BEEN FILED:

CERTIFICATE OF FORMATION, FILED THE TWENTY-FIFTH DAY OF JULY, A.D. 2006, AT 5:40 O'CLOCK P.M.

CERTIFICATE OF CONVERSION, CHANGING ITS NAME FROM "MEDIA RIGHTS CAPITAL II, LLC" TO "MEDIA RIGHTS CAPITAL II, L.P.", FILED THE TWENTY-THIRD DAY OF OCTOBER, A.D. 2006, AT 5:40 O'CLOCK P.M.

CERTIFICATE OF LIMITED PARTNERSHIP, FILED THE TWENTY-THIRD DAY OF OCTOBER, A.D. 2006, AT 5:40 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED PARTNERSHIP, "MEDIA RIGHTS CAPITAL II, L.P.".

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "MEDIA RIGHTS CAPITAL II, L.P." WAS FORMED ON THE TWENTY-FIFTH DAY OF JULY,

4195363  8310

080916175

You may verify this certificate online at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6823538

DATE:  09-02-08

200826100018



# Delaware

*PAGE  2*

### The First State

*A.D.  2006.*

*AND  I  DO  HEREBY  FURTHER  CERTIFY  THAT  THE  ANNUAL  TAXES  HAVE*

*BEEN  PAID  TO  DATE.*

*4195363   8310*

*080916175*

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor, Secretary of State

*AUTHENTICATION:  6823538*

*DATE:  09-02-08*

**2 0 0 8 2 6 1 0 0 0 1 8**

# EXHIBIT

# O

Alex Padilla
California Secretary of State

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C2063350   TRIGGER STREET PRODUCTIONS, INC.

| | |
|---|---|
| Registration Date: | 12/16/1997 |
| Jurisdiction: | NEW YORK |
| Entity Type: | FOREIGN STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | FRANK SOZVAGGI |
| | 11766 WILSHIRE BLVD #1610 |
| | LOS ANGELES CA 90025 |
| Entity Address: | 200 PARK AVE S 8TH FL |
| | NEW YORK NY 10003 |
| Entity Mailing Address: | 200 PARK AVE S 8TH FL |
| | NEW YORK NY 10003 |

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 02/14/2018 | |
| SI-COMPLETE | 10/14/2003 | |
| REGISTRATION | 12/16/1997 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

| Modify Search | New Search | Back to Search Results |

# EXHIBIT

# P

03-401427



# State of California
## Kevin Shelley
## Secretary of State



STATEMENT OF INFORMATION
(Foreign Corporation)

IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

1. CORPORATE NAME: (Please do not alter if name is preprinted.)

C2063350   DUE DATE 12-31-03 00776F
TRIGGER STREET PRODUCTIONS, INC.
120 WEST 45TH ST STE 3601
NEW YORK NY  10036

**FILED**
In the office of the Secretary of State
of the State of California

OCT 1 4 2003

KEVIN SHELLEY, SECRETARY OF STATE

This Space For Filing Use Only

CALIFORNIA CORPORATE DISCLOSURE ACT (Corporations Code Section 2117)

2. ☐ CHECK HERE IF THE CORPORATION IS PUBLICLY TRADED.   IF PUBLICLY TRADED, COMPLETE THIS STATEMENT OF INFORMATION AND THE CORPORATE DISCLOSURE STATEMENT (FORM SI-PTSUPP). SEE ITEM 2 OF INSTRUCTIONS.

NO CHANGE STATEMENT

3. ☐ IF THERE HAS BEEN NO CHANGE IN ANY OF THE INFORMATION CONTAINED IN THE LAST STATEMENT OF INFORMATION FILED WITH THE SECRETARY OF STATE, INCLUDING ANY INFORMATION CONTAINED IN FORM SI-PTSUPP, CHECK THE BOX AND PROCEED TO ITEM 13.
   IF THERE HAVE BEEN ANY CHANGES TO THE INFORMATION CONTAINED IN EITHER FORM, BOTH FORMS MUST BE COMPLETED IN THEIR ENTIRETY.

COMPLETE ADDRESSES FOR THE FOLLOWING  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be PO Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE          CITY AND STATE          ZIP CODE

200 PARK AVE SOUTH 8th FL   NEW YORK, NY  10003

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY   CITY   STATE   ZIP CODE

11766 WILSHIRE BLVD #1610 LOS ANGELES   CA 90025

MAILING ADDRESS                          CITY AND STATE          ZIP CODE

200 PARK AVE SOUTH 8th FL   NEW YORK, NY 10003

NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS  (The corporation must have these three officers.  A comparable title for the specific officer may be added; however, please do not alter the preprinted title on this statement.)

7. CHIEF EXECUTIVE OFFICER/          ADDRESS          CITY AND STATE          ZIP CODE

KEVIN FONZER 200 PARK AVE SO  8th FL. NEW YORK, NY  10003

8. SECRETARY/          ADDRESS          CITY AND STATE          ZIP CODE

KEVIN FONZER 200 PARK AVE SO  8th FL. NEW YORK, NY  10003

9. CHIEF FINANCIAL OFFICER/          ADDRESS          CITY AND STATE          ZIP CODE

KEVIN FONZER 200 PARK AVE SO  8th FL. NEW YORK, NY 10003

LIST THE AGENT FOR SERVICE OF PROCESS (If an individual, the person named as agent must be a resident of California.)

10. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS.
   ☒ AN INDIVIDUAL RESIDING IN CALIFORNIA.
   [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.

   AGENT'S NAME   FRANK SELVAGGI

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL   CITY   STATE   ZIP CODE

11766 WILSHIRE BLVD #1610   LOS ANGELES   CA 90025

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

PRODUCTION SERVICES

13. THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.  ☒ YES

FRANK SELVAGGI                    AGENT          9/30/03
TYPE OR PRINT NAME OF OFFICER OR AGENT     SIGNATURE     TITLE          DATE

SI-350 (REV 01/2003)

ER 868

# EXHIBIT

# Q



**PTIN**directory
The National Directory of Registered Tax Return Preparers & Professionals (/)

(/)

# Frank R. Selvaggi, CPA - New York NY Tax Preparer

## Litigation Finance
Hundreds of clients and firms trust LexShares, finance provider to the legal industry. lexshares.com

[ OPEN ]

PTINdirectory (https://www.ptindirectory.com/)  »  Tax Preparers by State (/tax-preparers)  »  New York Tax Preparers (/tax-preparers/new-york)  »  New York New York Tax Preparers (/tax-preparers/new-york/new-york-ny)  »  Frank R. Selvaggi, CPA - New York NY Tax Preparer



**Frank R. Selvaggi, CPA**
Altman Greenfield & Selvaggi LLP
200 Park Avenue South, 8th Floor
New York, NY 10003
United States
☎ 212-768-4500 (tel:+1-212-768-4500)

[ ✎ Write Review (/write-client-review.cfm?cpa_dir_id=542137) ]



**Are you Frank R. Selvaggi, CPA, a tax preparer from New York NY?**

Add your picture and update your profile now. (/feature-tax-preparer-listing.cfm?cpa_dir_id=542137&referer=0)
View your tax professional website created exclusively for you. (http://ptinpro.com/?profile_id=542137)

## Request A Free Tax Consultation

(/find-tax-preparer.cfm?cpa_dir_id=542137&city=New%20York&mystate=NY&zip=10003&country=US)

For tax preparation in New York NY, you can count on Frank R. Selvaggi, CPA at Altman Greenfield & Selvaggi LLP. Frank R. Selvaggi, CPA assists taxpayers and small businesses with taxes in New York NY and the surrounding communities. Whether you are an individual or a local business in or around New York NY, Frank R. Selvaggi, CPA has years of valuable experience as an IRS registered tax preparer. Contact Frank R. Selvaggi, CPA, tax filing specialist in New York NY, for help with your taxes.

**Looking to find the best rated tax preparer in New York NY?**

Frank R. Selvaggi, CPA is a local tax preparer at Altman Greenfield & Selvaggi LLP located in New York NY. Frank R. Selvaggi, CPA and other tax preparers located in New York NY will help you with tax preparation, tax planning, bookkeeping, estate and trust taxes, and so much more.

## Working Capital Available for Small Business
Instant online approval, no paperwork required, no application fees, no obligation.

(https://www.kabbage.com/landing-page/line-of-credit/?refid=725)

## Need Help Finding a Tax Preparer in New York NY?
Our free service can help you find a qualified tax professional.

(/find-tax-preparer.cfm?city=New%20York&mystate=NY&zip=10003&country=US)

## Litigation Finance
Hundreds of clients and firms trust LexShares, finance provider to the legal industry. lexshares.com

OPEN

Advertising Information (http://www.cpadirectmarketing.com/)
About PTINdirectory (/about-ptin-directory.cfm)
Contact PTINdirectory (/contact-ptin-directory.cfm)

Privacy Policy (/privacy-policy.cfm)
Press Releases (/press-releases.cfm)
Affiliate Program (/affiliate-program.cfm)



The National Directory of Registered Tax
Return Preparers & Professionals, Ltd.
©2012-2018 All rights reserved.
(/)

# EXHIBIT

# R



**HOW IT HAPPENED (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/HOW-IT-HAPPENED)**

**WHY IT MATTERS (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/WHY-IT-MATTERS)**

**LESSONS LEARNED**

# Frank Selvaggi

**WINNING IN THE STATES (HTTP://WWW.FREEDOMTOMARRY.ORG/PAGES/WINNING-IN-THE-STATES)**



Frank Selvaggi is a CPA and Founding Partner at Altman, Greenfield & Selvaggi, LLP, the New York City and Los Angeles accounting firm he co-founded in 1986, which specializes in business management for the entertainment industry. Selvaggi and his firm work with some of the top talent within the entertainment industry.

He served for six years on the Board of the Empire State Pride Agenda (ESPA), New York's leading statewide LGBT civil rights and advocacy organization. He held the position of Co-Chair of ESPA's Foundation Board for three years and that of Chair of the Agenda Inc. Board for two.

In addition, he serves on the Board of Directors of the Gay & Lesbian Victory Fund, the nation's largest LGBT political action committee and the only national organization dedicated to increasing the number of openly LGBT elected officials at

all levels of government. He also serves as Board President of the American Associates of the Old Vic Theatre, an iconic theater company in London with roots dating back to 1818 and currently under the artistic direction of actor Kevin Spacey.

Mr. Selvaggi is a resident of both New York City and North Salem, N.Y. He married his long time partner, Bill Shea in Northampton, MA in May 2004. He earned a Bachelor of Science degree in Accounting with highest honors from Rochester Institute of Technology in Rochester, NY in 1981.

VIEW ALL STAFF (/THE-TEAM)

 (https://www.facebook.com/freedomtomarry.org)
 (https://twitter.com/freedomtomarry)

Freedom to Marry was the campaign to win marriage nationwide. With the Supreme Court victory on June 26, 2015, the work of this strategic campaign – though not the larger movement – was achieved, and Freedom to Marry wound down its operations, closing in early 2016. For inquiries, please email legacy@freedomtomarry.org (mailto:legacy@freedomtomarry.org).

# EXHIBIT

# S

Alex Padilla
California Secretary of State

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document <u>Processing Times</u> for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 200210810102    GDS, LLC

| | |
|---|---|
| Registration Date: | 04/16/2002 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC |
| Status: | ACTIVE |
| Agent for Service of Process: | GARY KRESS |
| | 2401 MAIN STREET |
| | SANTA MONICA CA 90405 |
| Entity Address: | 2401 MAIN STREET |
| | SANTA MONICA CA 90405 |
| Entity Mailing Address: | * |
| LLC Management | Managers |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of April.

| Document Type ⇅ | File Date ⬇ | PDF |
|---|---|---|
| SI-NO CHANGE | 03/07/2018 | |
| SI-COMPLETE | 07/13/2006 | |
| REGISTRATION | 04/16/2002 | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to <u>Name Availability</u>.
- If the image is not available online, for information on ordering a copy refer to <u>Information Requests</u>.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to <u>Information Requests</u>.
- For help with searching an entity name, refer to <u>Search Tips</u>.
- For descriptions of the various fields and status types, refer to <u>Frequently Asked Questions</u>.

<div>Modify Search</div>   <div>New Search</div>   <div>Back to Search Results</div>

ER 876

# EXHIBIT

# T



# State of California
## Secretary of State



### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

200210810102
GDS, LLC
2401 MAIN STREET
SANTA MONICA CA 90405

**FILED**
in the office of the Secretary of State
of the State of California

JUL 1 3 2006

This Space For Filing Use Only

| DUE DATE: 04/30/2006 | |
|---|---|

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200210810102 | CA |

**NO CHANGE STATEMENT**

☑ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| 2401 Main Street | | Santa Monica, CA 90405 | |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| Same as Item 4 | | CA | |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Matthew Damon | Same as Item 4 | | |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Benjamin Affleck | Same as Item 4 | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Gary Kress |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2401 Main Street | Santa Monica | CA | 90405 |

**TYPE OF BUSINESS**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Entertainment |

| 13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT | | | |
|---|---|---|---|
| Gary Kress | SIGNATURE | Agent | 03/24/06 |
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | | TITLE | DATE |

| LLC-12R (REV 05/2005) | APPROVED BY SECRETARY OF STATE |
|---|---|

006025

# EXHIBIT

# U

Alex Padilla
California Secretary of State

 **Business Search - Entity Detail**

The California Business Search is updated daily and reflects work processed through Friday, November 2, 2018. Please refer to document <u>Processing Times</u> for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 199919510102    MAD POST PRODUCTIONS, LLC

Registration Date:      07/13/1999
Jurisdiction:      CALIFORNIA
Entity Type:      DOMESTIC
Status:      ACTIVE
Agent for Service of Process:      GARY KRESS
     2401 MAIN STREET
     SANTA MONICA CA 90405
Entity Address:      2401 MAIN STREET
     SANTA MONICA CA 90405
Entity Mailing Address:      *
LLC Management      Managers

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of July.

| Document Type | ⇅ | File Date | ⇵ | PDF |
|---|---|---|---|---|
| SI-NO CHANGE | | 07/03/2017 | | |
| SI-COMPLETE | | 12/09/2005 | | |
| REGISTRATION | | 07/13/1999 | | |

* Indicates the information is not contained in the California Secretary of State's database.

Note: If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to <u>Name Availability</u>.
- If the image is not available online, for information on ordering a copy refer to <u>Information Requests</u>.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to <u>Information Requests</u>.
- For help with searching an entity name, refer to <u>Search Tips</u>.
- For descriptions of the various fields and status types, refer to <u>Frequently Asked Questions</u>.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

ER 880

# EXHIBIT

# V



# State of California
## Secretary of State

**64**

**STATEMENT OF INFORMATION**
(Limited Liability Company)

**L**

| Filing Fee $20.00.  If amendment, see instructions. |
| --- |

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1.   LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

MAD POST PRODUCTIONS, LLC

**FILED**
In the office of the Secretary of State
of the State of California

**DEC 0 9 2005**

*ec*  This Space For Filing Use Only

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2.   SECRETARY OF STATE FILE NUMBER | 3.   STATE OR PLACE OF ORGANIZATION |
| --- | --- |
| 199919510102 | California |

**NO CHANGE STATEMENT**

☐   If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, check the box and proceed to Item 13.

If there have been any changes to the information contained in the last Statement of Information filed, or no Statement of Information has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | CITY AND STATE | | ZIP CODE |
| --- | --- | --- | --- | --- |
| 2401 Main Street | | Santa Monica, CA | | 90405 |

| 5.   CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 2401 Main Street | Santa Monica, | CA | 90405 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- |
| | | | |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| --- | --- | --- | --- |
| Benjamin Affleck | 2401 Main Street | Santa Monica, CA | 90405 |
| 8.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| Matthew Damon | 2401 Main Street | Santa Monica, CA | 90405 |
| 9.   NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address.  If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10.   NAME OF AGENT FOR SERVICE OF PROCESS
Gary Kress

| 11.   ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
| --- | --- | --- | --- |
| 2401 Main Street | Santa Monica, | CA | 90405 |

**TYPE OF BUSINESS**

12   DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
entertainment

13.   THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

| Benjamin Affleck | | Manager | 12-05-05 |
| --- | --- | --- | --- |
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12R (REV 05/2005) | APPROVED BY SECRETARY OF STATE |
| --- | --- |

EXHIBIT
W

| Secretary of State **Statement of Information** 95 (Limited Liability Company) | **LLC-12** | **FILED** Secretary of State State of California **NOV 2 0 2017** |
|---|---|---|

**IMPORTANT** — Read instructions **before completing this form.**

**Filing Fee – $20.00**

**Copy Fees –** First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**This Space For Office Use Only**

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

Miramax, LLC

| **2. 12-Digit Secretary of State File Number** 201130410151 | **3. State, Foreign Country or Place of Organization** (only if formed outside of California) Delaware |
|---|---|

**4. Business Addresses**

| a. Street Address of Principal Office - Do not list a P.O. Box 2450 Colorado Ave, Suite 100 East Tower | City (no abbreviations) Los Angeles | State CA | Zip Code 90404 |
|---|---|---|---|
| b. Mailing Address of LLC, if different than item 4a | City (no abbreviations) | State | Zip Code |
| c. Street Address of California Office, if item 4a is not in California - Do not list a P.O. Box | City (no abbreviations) | State CA | Zip Code |

**5. Manager(s) or Member(s)**
If no **managers** have been appointed or elected, provide the name and address of each **member**. At least one name **and** address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Entity Name - Do not complete Item 5a Miramax Guaranty Services, LLC | | | |
|---|---|---|---|

| c. Address 2450 Colorado Avenue, Suite 100 East Tower | City (no abbreviations) Los Angeles | State CA | Zip Code 90404 |
|---|---|---|---|

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State CA | Zip Code |
|---|---|---|---|

**CORPORATION** – Complete Item 6c only.  Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| Corporation Services Company Which Will Do Business In California As CSC-Lawyers Incorporating Service  C1592199 |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company Motion Picture Exploitation |
|---|

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|

**9. The Information contained herein, including any attachments, is true and correct.**

| 9/26/17 | Adrian Lopez | SVP, Business and Legal Affairs | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

| Name: | |
|---|---|
| Company: | Miramax, LLC |
| Address: | 2450 Colorado Avenue, Suite 100 East Tower |
| City/State/Zip: | Santa Monica, CA 90404 |

LLC-12 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

ER 884

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **"REQUEST FOR JUDICIAL NOTICE"** with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.

Dated: November 5, 2018.          Signed:  /s/ Steve Wilson Briggs          _
                                            STEVE WILSON BRIGGS
                                            Plaintiff, In Propria Persona

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                     **NORTHERN DISTRICT OF CALIFORNIA**

| 10  STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
|---|---|
| 11       Plaintiff, | **MOTION FOR ALTERNATIVE** |
| 12          vs | **SERVICE ON DEFENDANT** **WILLIAM (BILL) BLOCK;** |
| 13  KEVIN SPACEY et al, | **AND CONDITIONAL REQUEST TO** **EXTEND SERVICE DEADLINES** |
| 14       Defendants. | Date:        December 13, 2018 |
| 15  | Courtroom:  4 |
| 16  | Time:        10:00 a.m. |
| 17  | Judge:       Hon. Vince Chhabria |

18       **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19           PLEASE TAKE NOTICE that on December 6, 2018, at 10:00 a.m., or as soon thereafter

20  as the matter can be heard, in Courtroom No. 4 of  the United States District Court, Northern

21  District Of California, at 450 Golden Gate Avenue, San Francisco, CA 94102, before the

21  Honorable Vincent Chhabria, Plaintiff Steve Wilson Briggs will, and hereby does, move this Court

22  for an Order granting the Plaintiff permission for Alternative Service On Defendant William (Bill)

23  Block, and further granting the Plaintiff a conditional extension of service of process of Summons

24  and Complaint deadline for any party claiming to be partially, or improperly, served.

25           This motion is made pursuant to **California Code of Civil Procedure § 415.50(a)**, and

26  to **Federal Rules of Civil Procedure, Rule 4(e)(1)**.”

27           This motion is based on the notice of motion, the following memorandum of points and

28  authorities, and the Declaration of Steve Wilson Briggs.

|   | **MEMORANDUM OF POINTS AND AUTHORITIES** |
|---|---|
| 1 | |
| 2 | |
| 3 | **California Code of Civil Procedure § 415.50(a)** states: "A summons may be served by |
| 4 | publication if upon affidavit it appears to the satisfaction of the court in which the action is pending |
| 5 | that the party to be served cannot with reasonable diligence be served in another manner specified |
| 6 | in this article and that either: (1) <u>A cause of action exists against the party upon whom service is to</u> |
| 7 | <u>be made or he or she is a necessary or proper party to the action.</u>" |
| 8 | **Federal Rules of Civil Procedure, Rule 4(e)(1)**, which states: "A summons may be |
| 9 | served by publication if upon affidavit it appears to the satisfaction of the court in which the action |
| 10 | is pending that the party to be served cannot with reasonable diligence be served in another |
| 11 | manner specified in this article and that either: (1) A cause of action exists against the party upon |
| 12 | whom service is to be made or he or she is a necessary or proper party to the action..." |
| 13 | |
| 14 | **Re: William (Bill) Block** |
| 15 | The Plaintiff's process server, Nexus Assoon, attempted to serve Defendant Block (CEO |
| 16 | of Miramax, LLC) at the address on Miramax's business entity Statement of Information, on file |
| 17 | with the California Secretary of State. However when Mr Assoon entered the building, he was |
| 18 | informed that Miramax moved out of that building about a year earlier. |
| 19 | Without a verifiable address, and without infinite resources, the Plaintiff was forced to give |
| 20 | up on serving Bill Block. |
| 21 | However, the Plaintiff believes there is good cause for the Court to move to serve |
| 21 | Defendant Block by publication. Plaintiff asserts that he has presented persuasive evidence, that |
| 22 | Defendant Bill Block and the other Defendants have knowingly engaged in the ongoing civil |
| 23 | infractions detailed in the Plaintiff's Complaint. |
| 24 | Further, the Plaintiff contends that it is in his interest (as a direct victim of the Defendants' |
| 25 | commission of fraud, breach, conspiracy, negligence, spoliation, infringing exportation, and wilful |
| 26 | suppression of evidence), and the interest of the public at large (who stand to be indiscriminately |
| 27 | injured by the Defendants reckless pursuit of personal enrichment), and the interest of our nation's |
| 28 | undiscovered intellectual property generators (who these Defendants will inevitably target again), |

1    and in the interest of justice itself, for the Court grant the Plaintiff permission for service by
2    publication.

3          The Plaintiff asserts that Defendant William "Bill" Block is a central figure in this lawsuit. As
4    the man who helped finance and produce Elysium and District 9, he has profited greatly from his
5    disregard of standard business ethics, and from his close relationship to Defendant Ari Emanuel.

6          Additionally, it would be a particular injustice to allow Defendant Block to be dismissed
7    from this lawsuit due to **this** particular service of process failure, because the only reason that the
8    Plaintiff was unable to serve Defendant Block was because he negligently failed to comply with
9    California business law (as the CEO of Miramax) as he failed update Miramax's Statements of
10   Information, on file with the California Secretary of State. Thus, the Plaintiff was (and still is) unable
11   to determine where Miramax's true Principal California office is. Had that information been
12   updated and available, as required by California law, Defendant Block would have been timely
13   served, with the other California Defendants.

14         The Plaintiff believes that all cost of such service by publication should be absorbed by the
15   Defendants.

16

17                    **Conditional Deadline Extension For The Other Defendants**

18         The Plaintiff believes that he has properly served all 13 other Defendants, by serving
19   Summons and Complaint on a competent person at an address that the Defendants have officially
20   claimed as **their personal addresses** on their California Secretary of State business entity
21   Statement of Information, then mailing the Defendants summons and Complaints to those same
21   claimed addresses; thus, treating the registered agent as the a competent person, or person
22   apparently in charge of the Defendants' office or usual place of business, then mailing a second
23   copy of the Summons and Complaint to this same address, in compliance with CCP 415.20 (a)
24   and (b). However, should any Defendant allege at the Initial Case Management Conference that
25   they were improperly served, that could only be because that Defendant failed to maintain and
26   update their California Secretary of State business Statements of Information, in violation of
27   California law. Thus, in anticipation of such a strategy by any of the Defendants, the Plaintiff makes
28   the unusual request of the Court for a conditional extension of service deadlines for any Defendant

3
MOTION FOR ALTERNATIVE SERVICE / CONDITIONAL REQUEST TO EXTEND DEADLINE

| | |
|---|---|
| 1 | claiming to be improperly served who has improperly maintained their business's statements of |
| 2 | information. |
| 3 | |
| 4 | Dated: November 5, 2018.                    Signed: /s/ Steve Wilson Briggs                _ |
| 5 |                                                            STEVE WILSON BRIGGS |
| 6 |                                                            Plaintiff, In Propria Persona |

4
MOTION FOR ALTERNATIVE SERVICE / CONDITIONAL REQUEST TO EXTEND DEADLINE

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7
8              **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10   STEVE WILSON BRIGGS, | Civ No: 18-cv-04952-VC |
| 11              Plaintiff, | |
| 12                    vs | **[PROPOSED] ORDER** |
| 13   KEVIN SPACEY et al, | **GRANTING PLAINTIFF'S MOTION** |
|    | **FOR ALTERNATIVE SERVICE ON** |
| 14              Defendants. | **DEFENDANT WILLIAM (BILL)** |
| 15   | **BLOCK; AND CONDITIONAL** |
|    | **REQUEST TO EXTEND SERVICE** |
| 16   | **DEADLINES** |
| 17   | Date:        December 13, 2018 |
|    | Courtroom:  4 |
| 18   | Time:        10:00 a.m. |
| 19   | Judge:       Hon. Vincent Chhabria |
| 20   | |

21          Having considered the Plaintiff's "Motion For Alternative Service On Defendant William
22  (Bill) Block; and Conditional Request To Extend Service Deadlines," and finding the Plaintiff's
23  arguments to be sound, and finding that Defendant William (Bill) Block, and any other Defendant
24  herein who failed to update his/her company's Statement of Information on file with the California
25  Secretary of State, rendered the plaintiff incapable of timely serving the Summons and Complaint
26  upon the Defendant(s). Therefore, the Court rules as follows.

27         **IT IS HEREBY ORDERED:**

28      1.  The Plaintiff Motion to serve Defendant Block by publication is **granted**.

| | |
|---|---|
| 1 | 2.   Plaintiff conditional request to extend service deadline, if necessary and if due to the |
| 2 | Defendants failure to maintain their business Statements of Information on file with the |
| 3 | Secretary of State, is also **granted**. |
| 4 | |
| 5 | Dated:_____          Signed:_____ |
| 6 | The Honorable Vince Chhabria |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2
PROPOSED ORDER

ER 891

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **"MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT WILLIAM (BILL) BLOCK; AND CONDITIONAL REQUEST TO EXTEND SERVICE DEADLINES"**, and the **"PROPOSED ORDER"** with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.


Dated: November 5, 2018.       Signed: /s/ Steve Wilson Briggs _____
                                 STEVE WILSON BRIGGS
                                 Plaintiff, In Propria Persona

Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY et al,<br><br>Defendants. | Civ No: 18-cv-04952-VC<br><br>**STATUS REPORT REGARDING PLAINTIFF'S SERVICE OF PROCESS OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS**<br><br>Date:    November 5, 2018<br>Judge:   Hon. Vince Chhabria |

## STATUS REPORT REGARDING PLAINTIFF'S SERVICE OF PROCESS
## OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS

Plaintiff Steve Wilson Briggs hereby submits this status report to the Court. This report is intended to inform the Court of the complete current status of service of process on each of the 14 defendants, and to apprise the Court that, among other things:

    A. Several of the Defendants have fraudulent principal business addresses on file with the California Secretary of State's office in the Defendants' California corporate business entity *statement of information* (**S.I.**).

    B. Several of the Defendants have failed to update and maintain their business entity statements of information (for 12 to 15 years), although the California Secretary of State require annual or biennial updates. Thus, these Defendants have no valid Principal business address on file with the California Secretary of State, as their actual addresses have

1     changed, but it is not reflected in their S.I.

2     C.  One or more of the employees of one or more of the Defendants (MRC and Ari Emanuel)

3     attempted to intimidate the Plaintiff's process server.

4     To eliminate deniability for the Defendants, the Plaintiff decided to serve Summons on a

5     person in charge, at an address that the Defendants have **officially** claimed as **their personal**

6     **addresses** on their California Secretary of State business entity Statement of Information, then

7     mailing the Defendants summons and Complaints to those same claimed addresses; thus treating

8     the registered agent as the a person apparently in charge of the Defendants' office or usual place of

9     business, then mailing a second copy of the Summons and Complaint to this same address, in

10     compliance with CCP 415.20 (a) and (b).

11     Several service-of-process proof-of -service declarations from the Plaintiff's southern

12     California based process servers, which will support the facts of this Status Report, are not

13     currently on file, but will be submitted the week of November 5, 2018.

14     The status and details of service of Summons and Complaint on each Defendant follows.

| Defendant | Service of Process Details | STATUS |
|---|---|---|
| Kevin Spacey | In compliance with **CCP 415.40** (which allows service on an out-of-state defendant via first class US mail, requiring a return receipt), the Plaintiff served this out-of-state defendant via process server Morgan Marchbanks, who via first class certified USPS mail, with return receipt requested, sent Summons and Complaint to both:<br>   a.  A business address (where this Defendant was designated as an officer) on file with the CA Sec of State in the company's S.I., % the designated agent for service of process. (09/27/2018)<br>   b.  To personal out-of state address on file with the California Secretary of State. (09/17/2018)<br>   ●  Defendant's agent signed and returned the receipt.<br>   ●  See additional details of California address fraud, under the following heading. | **Served** |
| Ari Emanuel | In compliance with CCP 415.20 (a) and (b), on October 19, 2018, Plaintiff's process server, Nexus Asson, served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office | **Served** |

15
16
17
18
19
20
21
21
22
23
24
25
26
27
28

2

STATUS REPORT REGARDING SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | | hours, and leaving said documents with a person who is apparently in charge thereof.  Then, on November 1, 2018, Plaintiff's process server Cecile Lusby completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br><ul><li>See additional details, regarding intimidation of process server, under the following heading.</li></ul> | |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | Matt Damon | In compliance with CCP 415.20 (a) and (b), on October 30, 2018, Plaintiff's process server Melvin Jackson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof (Gary Kress).  Then on November 1, 2018, Plaintiff's process server Cecile Lusby then completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br><ul><li>See details of violations of the intent of CCP 452, under the following heading.</li></ul> | **Served** |
| 16<br>17<br>18<br>19<br>20<br>21<br>21<br>22<br>23 | Ben Affleck | In compliance with CCP 415.20 (a) and (b), on October 30, 2018, Plaintiff's process server Melvin Jackson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof (Gary Kress).  Then on November 1, 2018, Plaintiff's process server Cecile Lusby then completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br><ul><li>See details of violations of the intent of CCP 452, under the following heading.</li></ul> | **Served** |
| 24<br>25<br>26 | NBCUniversal | On October 19, 2018, the Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to the Defendant's designated agent for service of process (CT Corporation System). | **Served** |
| 27<br>28 | Sony Pictures Ent | On October 19, 2018, the Plaintiff's process server Nexus Asson served this Defendant by personally delivering | **Served** |

3
STATUS REPORT REGARDING SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | | Summons and Complaint to the Defendant's Principal Executive Office and delivering the documents to one of the Defendant's attorneys (Deborah Ahn). | |
| 4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Trigger Street Prod | In compliance with **CCP 415.40** (which allows service on an out-of-state defendant via first class US mail, requiring a return receipt), the Plaintiff served this out-of-state defendant via process server Morgan Marchbanks, who via first class certified USPS mail, with return receipt requested, sent Summons and Complaint to both:<br>   a.  The out-of-state Principal Executive Office, on file with the CA Sec of State in the company's S.I., % the designated agent for service of process. (09/27/2018)<br>   b.  The out-of-state address on file in "Box 1" of the company's S.I. (09/17/2018)<br>   •  Defendant's agent signed and returned the receipt.<br>   •  See additional details of California address fraud, under the following heading. | **Served** |
| 15<br>16<br>17<br>18<br>19<br>20<br>21 | Neill Blomkamp | In compliance with CCP 415.20 (a) and (b), on October 19, 2018, Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof.  Then on November 1, 2018, Plaintiff's process server Cecile Lusby then completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left. | **Served** |
| 21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | Asif Satchu | In compliance with CCP 415.20 (a) and (b), on October 26, 2018, Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof.  Then on November 1, 2018, Nexus Asson completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br>   •  See additional details regarding falsified and fraudulent address, and intimidation of process | **Served** |

4

STATUS REPORT REGARDING SERVICE OF PROCESS

| | | | |
|---|---|---|---|
| 1 | | server, under following heading. | |
| 2, 3, 4, 5, 6, 7, 8, 9, 10 | Mordecai Wiczyk | In compliance with CCP 415.20 (a) and (b), on October 26, 2018, Plaintiff's process server Nexus Asson served this Defendant by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof.  Then on November 1, 2018, Nexus Asson completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br>● See additional details regarding falsified and fraudulent address, and intimidation of process server, under the following headings. | **Served** |
| 11, 12, 13, 14, 15, 16, 17, 18, 19 | Bill Block | The Plaintiff's process server, Nexus Asoon, attempted to serve Defendant Block at the current and active address of its Principal Executive Office, designated on its S.I., on file with the California Secretary of State's office. Mr. Block serves as the CEO of Miramax. However, Mr. Assoon was informed by an agent at that address that Miramax has not been at that address for about a year.<br>● This service was abandoned because the Plaintiff could not find another verifiable address for the Defendant. Thus, Plaintiff intends to request permission from the Court for an alternative means of service, and an extension of service deadline for this defendant. | **Not Yet Served** |
| 20, 21, 21, 22, 23, 24, 25, 26, 27, 28 | Dana Brunetti | In compliance with **CCP 415.40** (which allows service on an out-of-state defendant via first class US mail, requiring a return receipt), the Plaintiff served this out-of-state defendant via process server Morgan Marchbanks, who via first class certified USPS mail, with return receipt requested, sent Summons and Complaint to both:<br>c.  A business address (where this Defendant was designated as an officer) on file with the CA Sec of State in the company's S.I., % the designated agent for service of process. (09/27/2018)<br>d.  To personal out-of-state address on file with the California Secretary of State. (09/19/2018)<br>● Defendant's agent signed and returned the receipt.<br>● See additional details of California address fraud, under the following headings. | **Served** |

5

STATUS REPORT REGARDING SERVICE OF PROCESS

| | Sound Point Cap | **PLAINTIFF HAS VOLUNTARILY DISMISSED THIS DEFENDANT, WITHOUT PREJUDICE.** Defendant was served in compliance with 415.40. | **Served and dismissed** |
|---|---|---|---|
| | MRC | In compliance with CCP 415.20(a) and (b), on October 26, 2018, Plaintiff's process server Nexus Asson served this Defendant (**MRC II Distribution Company, LP**, the identity the Defendant declared in *Briggs v Blomkamp* and *Briggs v Universal* **17-cv-06552-VC**), by personally delivering Summons and Complaint to his usual office of business, during usual office hours, and leaving said documents with a person who is apparently in charge thereof. Then on November 1, 2018, Nexus Asson completed service of process by mailing summons and complaint by first-class mail, postage prepaid to the Defendant at the place where a copy of the summons and complaint were left.<br>• It should be noted that MRC II Distribution Company's address is fictitious and fraudulent, see details below.<br>• See additional details, regarding falsified and fraudulent address, and intimidation of process server, under the following headings. | **Served** |

**Summary Of Current Process Of Service Status Report:**

• All Defendants—except Bill Block—Have Been Successfully Served.

**ADDITIONAL SERVICE ISSUES AND OBSTACLES**

Plaintiff sent *Notice of Lawsuit and Request to Waive Service* to all ten (10) California based Defendants. All 10 Defendants ignored the waiver request, and did not respond.

Therefore the Plaintiff had to do exhaustive research to determine an unquestionably valid way to serve each Defendant—because each of the natural person Defendants have many addresses on record (perhaps because the Defendants have changed residences frequently, or they own multiple residences, sometimes in multiple states). Another obstacle to serving the Defendants is their great celebrity and considerable wealth; which meant that at any moment each Defendant might be anywhere in the world, in some remote, secured location. Therefore the Plaintiff

1    determined it was wisest to scour the California and national business records of each Defendant,

2    and serve them at one of the corporations that they own or where they act as an executive officer.

3    From that research the Plaintiff discovered many facts about the Defendants' businesses—facts

4    that make it nigh impossible for any citizen of the US or California to properly serve these

5    Defendants. The bullet point facts that follow are based on that research, and based on the findings

6    of the Plaintiff's server of process.

7       ● Defendant MRC II Distribution Company, LP uses a false and fraudulent address, claiming

8          an address in the WME* building next door—in suite number that does not even exist

9          (9601 Wilshire Blvd, Suite 610, Beverly Hills, CA 90212). (*Defendant Ari Emanuel is

10         co-CEO of WME.)

11            ● There is no site #610 in the 9601 Wilshire building.

12            ● The 9601 Wilshire Building is not in the 90212 area code.

13      ● While serving this fictitious address, the Plaintiff's process server, Nexus Assoon, reported

14         that he felt that the mailroom supervisor attempted to intimidate him. (The details are

15         included in Mr. Assoon's soon to be filed service of process certificate.)

16      ● MRC II Distribution Company, LP's CA Sec State Bus Ent S.I. have NOT been updated

17         for almost 12 years. (CA requires updates for foreign entities every year.)

18      ● Media Rights Capital primary building (9665 Wilshire Blvd, 2nd Floor, Beverly Hills, CA

19         90212 —which it claims as an address on it website, and which some of its subsidiaries

20         claim as their Principal address) was blocked off for construction when the Plaintiff's

21         server, Nexus Assoon, arrived (although Mr. Assoon observed business workers enter

21         and exit.  A member of the building's security personnel informed Mr. Assoon that MRC

22         had moved for the duration of construction to 1800 Century Park East, Los Angeles.

23      ● Media Rights Capital II, LP's California Secretary of State Business Entity statement of

24         information (**CA Sec State Bus Ent S.I.**) claims 1800 Century Park East, Los Angeles,

25         10th Floor, is its Principal Address, and claims this address is also the personal address of

26         its agent for service of process. However, on the 10th floor of 1800 Century Park, no

27         MRC company was in the directory or on the door of any office. Plaintiff's server, Mr.

28         Assoon, spoke to an office manager who said MRC had moved back to 9665 Wilshire.,

| | |
|---|---|
| 1 | some time ago Neither the office manager or another man Mr. Asson encountered had |
| 2 | never heard of Scott Tenley. |
| 3 | • Plaintiff's process server, Nexus Asson, attempted to serve Trigger Street Productions as |
| 4 | the Principal Business Office in California, listed in its CA Sec State Bus Ent S.I.; which is |
| 5 | 11766 Wilshire Boulevard, #1610, Los Angeles CA 90025. However, **the *Help Desk* |
| 6 | assistant at this address informed Mr Asson that room #1610 has been vacant and** |
| 7 | **not leased or rented for 4-5 years**, and the company Altman, Greenfield and Selvaggi |
| 8 | (which Frank Selvaggi works for) has also not been in the building for 4-5 years. |
| 9 | • Trigger Street Productions Inc's CA Sec State Bus Ent S.I. provides a false and invalid |
| 10 | Principal California address. |
| 11 | • Trigger Street Productions Inc's CA Sec State Bus Ent S.I. is signed by Frank Selvaggi, |
| 12 | an agent who alleges to reside in California, who in fact does not. (In violation of CA law.) |
| 13 | • Trigger Street Productions Inc's CA Sec State Bus Ent S.I. has NOT been updated for |
| 14 | **15 years**. (CA requires annual updates for foreign entities.) |
| 15 | • Defendant Bill Block is CEO of Miramax. According to its current and active CA Sec |
| 16 | State Bus Ent S.I. Miramax's address is 2450 Colorado, Suite 100 East Tower, Los |
| 17 | Angeles, CA 90404. However, according to the *Help Desk* personnel at this address, |
| 18 | Miramax moved from that location about a year earlier, without updating its CA Sec State |
| 19 | Bus Ent S.I.  Thus, Mr. Assoon could not serve Defendant Block. |
| 20 | • Gary Kress, the process agent for Defendants Matt Damon and Ben Affleck's businesses, |
| 21 | is rarely in his office, per his secretary. This is against the intention and spirit of CCP 452. |
| 21 | Thus, Mr Kress was not there when Mr Assoon attempted to serve his business address, |
| 22 | and the secretary refused to permit Mr. Asson to leave the summons and Complaint. Thus, |
| 23 | Plaintiff had to pay another server to try to serve this address four days later. |
| 24 | • Defendants Matt Damon and Ben Affleck have NOT updated the CA Sec State Bus Ent |
| 25 | S.I. for their business GDS, LLC in over 12 years. (CA requires biennial updates). |
| 26 | • Defendants Damon and Affleck have NOT updated the CA Sec State Bus Ent S.I. for |
| 27 | Mad Post Productions, LLC in over 13 years. (CA requires biennial updates.) |
| 28 | |

8

STATUS REPORT REGARDING SERVICE OF PROCESS

**CONCLUSION**

The Plaintiff hopes this Status Report Regarding Plaintiff's Service Of Process Of Summons And Complaint On All Defendants proves useful to the Court.


Dated: November 5, 2018.          Signed: /s/ Steve Wilson Briggs

                                          STEVE WILSON BRIGGS
                                          Plaintiff, In Propria Persona

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **"STATUS REPORT REGARDING PLAINTIFF'S SERVICE OF PROCESS OF SUMMONS AND COMPLAINT ON ALL DEFENDANTS"** with the Clerk of the Court for the United States District Court, Northern District Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.

Dated: November 5, 2018.             Signed: /s/ Steve Wilson Briggs_____
                                                  STEVE WILSON BRIGGS
                                                  Plaintiff, In Propria Persona

ER 902

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  STEVE WILSON BRIGGS              Civ No: 18-cv-04952-VC
12           Plaintiff,                 PROOF OF SERVICE
                                    DECLARATION OF CECILE LUSBY,
13              vs                     REGARDING SERVICE OF
                                    PROCESS BY U.S.P.S. MAIL TO
14  KEVIN SPACEY;  et al            DEFENDANTS ARI EMANUEL;
15                                        NEILL BLOMKAMP;
16                                 MATT DAMON; BEN AFFLECK
17
18
19       PROOF OF SERVICE DECLARATION OF CECILE LUSBY,
20  REGARDING SERVICE OF PROCESS BY U.S.P.S. MAIL TO DEFENDANTS
21     ARI EMANUEL; NEILL BLOMKAMP; MATT DAMON; BEN AFFLECK
21
22       My name is Cecile Lusby, and I declare the following:
23          I am over 18, and not a party of this action.
24          I am a resident of Sonoma County, where the mailing took place.
25          My address is 4322 Chico Avenue, Santa Rosa, CA 95407.
26       On November 1, 2018, I served Summons, Complaint and other legal documents on Ari
27  Emanuel, Neill Blomkamp, Matt Damon, and Ben Affleck, all via USPS mail.   The
28  envelopes were addressed to **Ari Emanuel, Neill Blomkamp, Matt Damon** and **Ben**

ER 903

1    **Affleck**, as follows:

2       1.

3          Ari (Ariel) Emanuel
           % William Morris Endeavor
4          9601 Wilshire Blvd (3rd Floor)
5          Beverly Hills, CA 90210

6
        2.
7
           Neill Blomkamp
8          % William Morris Endeavor
9          9601 Wilshire Blvd (3rd Floor)
           Beverly Hills, CA 90210
10

11      3.

12         Matt Damon
           % Gary Kress
13         2401 Main Street,
14         Santa Monica, CA 90405

15
        4.
16
           Ben Affleck
17         % Gary Kress
18         2401 Main Street,
19         Santa Monica, CA 90405

20      Each envelopes contained the following documents:

21         a.   **Summons** In A Civil Action (2)

21         b.   **Complaint**

22         c.   **Civil Cover Sheet**

23         d.   Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

24         e.   Consent Or Declination To Magistrate Judge Jurisdiction

25         f.   Welcome To The Oakland Divisional Office

26         g.   ECF Registration Handout

27         h.   Proposed Order Granting Motion For Permission For Electronic Case Filing

28         i.   Order Setting Initial Case Management And ADR Deadlines

2
PROOF OF SERVICE

1  j. Standing Order General (SBA)

2  k. Standing Order For All Judges OF The Northern District Of California

3  l. Standing Order - General (SBA) Patent Case

4  m. Order Relating Cases (Hon. Judge Vincent Chhabria)

5  n. Reassigned Case - Notice of New Hearing Date -VC

6  o. Related Case Order

7

8  I served the Summons, Complaint and other legal documents by placing four separate

9 sets of documents in four separate envelopes, addressed to each of these four named

10 defendants, as above, with postage paid; I then gave the four envelopes to a US postal clerk

11 at the US Post Office at 2585 Sebastopol Rd., Santa Rosa, California.

12  I declare under penalty of perjury under the laws of the United States of America that

13 the foregoing is true and correct.

14

15 Dated: 11/01/2018  Signed: *Cecile Lusby*

16           Cecile Lusby

17

18

19

20

21

21

22

23

24

25

26

27

28

3
PROOF OF SERVICE

ER 905

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 |                                  | Civ No: 18-cv-04952-VC          |
   |----------------------------------|---------------------------------|
11 | STEVE WILSON BRIGGS              | **PROOF OF SERVICE OF SUMMONS** |
12 |            Plaintiff,            | **AND COMPLAINT DECLARATION**   |
   |                                  | **OF SERVICE (AND CORRECTION)** |
13 |              vs                  | **OF DR. MORGAN MARCHBANKS,**   |
   |                                  | **REGARDING 09/27/2017 SERVICE**|
14 | KEVIN SPACEY;  et al             | **OF PROCESS OF OF DEFENDANTS** |
15 |                                  | **KEVIN SPACEY, DANA BRUNETTI,**|
   |                                  | **TRIGGER STREET PRODUCTIONS**  |
16
17

18        **PROOF OF SERVICE OF SUMMONS AND COMPLAINT DECLARATION OF**
19          **SERVICE (AND CORRECTION) OF DR. MORGAN MARCHBANKS,**
20    **REGARDING 09/27/2017 SERVICE  OF PROCESS OF OF DEFENDANTS KEVIN**
             **SPACEY, DANA BRUNETTI, TRIGGER STREET PRODUCTIONS**
21

21        My name is Dr. Morgan Marchbanks and I declare the following:

22    1.  I am over 18, and not a party of this action.

23    2.  I am a resident of Sonoma County, where the mailing took place.

24    4.  My address is 346 Major Dr., Santa Rosa, CA 95403.

25    5.  On **September 27th**, 2018, I mailed six (6) total envelopes (three separately addressed

26  envelopes that were mailed to three separate parties, and another three separately addressed

27  envelopes that were mailed "care of" the parties authorized process of service agent) from the U.S.

28  Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the six envelopes contained

                                        1
                                 PROOF OF SERVICE

| 1 | the following documents: |
|---|---|
| 2 | a. **Summons** In A Civil Action (2) |
| 3 | b. **Complaint** |
| 4 | c. **Civil Cover Sheet** |
| 5 | d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 6 | e. Consent Or Declination To Magistrate Judge Jurisdiction |
| 7 | f. Welcome To The Oakland Divisional Office |
| 8 | g. ECF Registration Handout |
| 9 | h. Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 10 | i. Order Setting Initial Case Management And ADR Deadlines |
| 11 | j. Standing Order General (SBA) |
| 12 | k. Standing Order For All Judges OF The Northern District Of California |
| 13 | l. Standing Order - General (SBA) Patent Case |
| 14 | m. Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 15 | n. Reassigned Case - Notice of New Hearing Date -VC |
| 16 | o. Related Case Order |
| 17 | 6. The names of the three of the separately served parties were: |
| 18 | a. Kevin Spacey |
| 19 | b. Dana Brunetti |
| 20 | c. Trigger Street Productions, Inc. |
| 21 | 7. The name of the parties' shared authorized service of process agent, whom I sent three |
| 21 | additional envelopes "care of", for each of the three parties listed in item 6 is **Frank Selvaggi**. |
| 22 | 8. I served the documents to each of the separate parties, listed above, by enclosing the |
| 23 | documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the |
| 24 | U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send |
| 25 | each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that |
| 26 | are **outside of California**. |
| 27 | 9. These six (6) individual envelopes were addressed as follows: |
| 28 | a. **Kevin Spacey** |

2
PROOF OF SERVICE

1               120 W 45th St., Suite 3601

2               New York, NY 10036

3

       b.  Dana Brunetti

4               200 Park Avenue South,

5               8th Floor New York, NY 10003

6

       c.  Trigger Street Productions, Inc.

7               120 W 45th St., Suite 3601

8               New York, NY 10036

9

       d.  Kevin Spacey

10              % Frank Selvaggi

11              200 Park Avenue South, 8th Floor

                New York, NY 10003

12

13       e.  Dana Brunetti

14              % Frank Selvaggi

15              200 Park Avenue South, 8th Floor

                New York, NY 10003

16       f.  Trigger Street Productions, Inc.

17              % Frank Selvaggi

18              200 Park Avenue South, 8th Floor

                New York, NY 10003

19

20    10.  The Plaintiff in this matter, Steve Wilson Briggs, asked me to re-read and re-sign this

21 declaration, after he noticed that the previous declaration regarding the process service by mail, of

21 said documents to said parties, was not dated properly. It was dated 10/05/2018, when, in fact it

22 was signed on October 9, 2018.

23    11.  I am not a professional process server.

24    12.  I was not paid to serve these documents upon the parties.

25    13.  I declare under penalty of perjury under the laws of the United States of America that the

26 foregoing is true and correct.

27  Dated:_____11/02/2018_____    Signed:_____

28                          Dr. Morgan Marchbanks

3
PROOF OF SERVICE

| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
| | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
| | PLAINTIFF In Propria Persona |
| 5 | |
| 6 | |
| 7 | |
| 8 | **UNITED STATES DISTRICT COURT** |
| 9 | **NORTHERN DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 10 | STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
| 11 | Plaintiff, | **PROOF OF SERVICE OF SUMMONS** |
| 12 | vs | **AND COMPLAINT DECLARATION OF SERVICE (AND CORRECTION)** |
| 13 | KEVIN SPACEY;  et al | **OF DR. MORGAN MARCHBANKS, REGARDING 09/17/2017 SERVICE** |
| 14 | | **OF PROCESS OF OF DEFENDANTS** |
| 15 | | **TRIGGER STREET PRODUCTIONS,** |
| 16 | | **INC., AND SOUNDPOINT CAPITAL** |
| 17 | | **MANAGEMENT** |

| | |
|---|---|
| 18 | |
| 19 | **FIRST PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| 20 | **DECLARATION OF DR. MORGAN MARCHBANKS** |
| 21 | |
| 21 |     My name is Dr. Morgan Marchbanks and I declare the following: |
| 22 | 1.  I am over 18, and not a party of this action. |
| 23 | 2.  I am a resident of Sonoma County, where the mailing took place. |
| 24 | 3.  My address is 346 Major Dr., Santa Rosa, CA 95403. |
| 25 | 4.  On **September 17th**, 2018, I mailed four envelopes to four separate parties, from the |
| 26 | U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the four envelopes |
| 27 | contained the following documents: |
| 28 |     a.  **Summons** In A Civil Action (2) |

1
PROOF OF SERVICE

ER 909

| 1 | | b. **Complaint** |
|---|---|---|
| 2 | | c. **Civil Cover Sheet** |
| 3 | | d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 4 | | e. Consent Or Declination To Magistrate Judge Jurisdiction |
| 5 | | f. Welcome To The Oakland Divisional Office |
| 6 | | g. ECF Registration Handout |
| 7 | | h. Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 8 | | i. Order Setting Initial Case Management And ADR Deadlines |
| 9 | | j. Standing Order General (SBA) |
| 10 | | k. Standing Order For All Judges OF The Northern District Of California |
| 11 | | l. Standing Order - General (SBA) Patent Case |

5. The names of the four separately served parties were:

    a. Kevin Spacey

    b. Dana Brunetti

    c. Trigger Street Productions

    d. Sound Point Capital Management

6. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that are outside of California.

7. The four individual envelopes were addressed as follows:

    1. Trigger Street Productions
       200 Park Avenue South, 8th Floor
       New York, NY 10003

    2. Kevin Spacey
       200 Park Avenue South, 8th Floor
       New York, NY 10003

    3. Sound Point Capital Management

| | |
|---|---|
| 1 | 375 Park Avenue, 33rd Floor |
| 2 | New York, NY 10152 |
| 3 | 4. Dana Brunetti |
| 4 | ℅ Cavalry Media |
| 5 | 200 Park Avenue South, 8th Floor |
| 6 | New York, NY 10003 |

8.   The Plaintiff in this matter, Steve Wilson Briggs, asked me to re-read and re-sign this declaration, after he noticed that the previous declaration regarding the process service by mail, of said documents to said parties, was not dated properly. It was dated 10/05/2018, when, in fact it was signed on October 9, 2018.

9.   I am not a professional process server.

10.   I was not paid to serve these documents upon the parties.

11.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:_____11/02/2018_____   Signed:_____

Dr. Morgan Marchbanks

3
PROOF OF SERVICE

1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                 **NORTHERN DISTRICT OF CALIFORNIA**
10                   **SAN FRANCISCO DIVISION**
11
12   STEVE WILSON BRIGGS            Civ No: 18-cv-04952-VC
13          Plaintiff,          **NOTICE OF VOLUNTARY DISMISSAL**
14            vs              **OF DEFENDANT SOUND POINT**
                              **CAPITAL MANAGEMENT, LC,**
15   KEVIN SPACEY,  et al         **WITHOUT PREJUDICE**
16
17
18      **TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF**
19   **RECORD:**  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),  I, Plaintiff Steve Wilson
20   Briggs, hereby voluntarily dismiss Defendant **SOUND POINT CAPITAL MANAGEMENT,**
21   **LC,** as it appears, upon deeper examination of the evidence, they acted independently of the other
21   Defendants, without or deceit, self-interest, or unethical intent. Such dismissal shall be without
22   prejudice, with each side to bare its own costs and fees.
23
24   Dated: November 5, 2018.          Signed:  /s/ Steve Wilson Briggs_____
25                                     STEVE WILSON BRIGGS
                                       Plaintiff, In Propria Persona
26
27
28

                                   1
     NOTICE OF VOLUNTARY DISMISSAL OF SOUND POINT CAPITAL MANAGEMENT

<div style="text-align:center">

**CERTIFICATE OF SERVICE**

</div>

1

2

3      I hereby certify that I served the foregoing **"NOTICE OF VOLUNTARY DISMISSAL**

4   **OF DEFENDANT SOUND POINT CAPITAL MANAGEMENT, LC, WITHOUT**

5   **PREJUDICE**" with the Clerk of the Court for the United States District Court, Northern District

6   Of California, San Francisco Division, by using the District's Pacer system on November 5, 2018.

7   Participants in the case who are registered PACER users will be served by the District PACER

8   system.

9      I further certify that some of the participants in this case are currently not registered PACER

10  users. To these parties I have mailed the foregoing document by First-Class Mail, postage prepaid.

11

12  Dated: November 5, 2018.            Signed: /s/ Steve Wilson Briggs
                                                STEVE WILSON BRIGGS
13                                              Plaintiff, In Propria Persona

14

15

16

17

18

19

20

21

21

22

23

24

25

26

27

28

<div style="text-align:center">

1
CERTIFICATE OF SERVICE

</div>

1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**

10   STEVE WILSON BRIGGS                    Civ No: 18-cv-04952-VC
11              Plaintiff,
12                 vs                   **REQUEST FOR ENTRY OF DEFAULT**
                                                    **[FOURTH]**
13   KEVIN SPACEY,  et al
14                                          AGAINST DEFENDANTS
15                                    KEVIN SPACEY, AND DANA BRUNETTI

16
17              **REQUEST FOR ENTRY OF DEFAULT**
18
19      **TO: the CLERK** of the U. S. District Court Northern District Of California.

20          Pursuant to FRCP 55(a), Plaintiff Steve Wilson Briggs hereby requests that the Clerk of

21   the United States District Court Northern District Of California enter default in this matter against

22   Defendants **Kevin Spacey, Inc.**, and **Dana Brunetti**, on the grounds that these Defendants did

23   not respond to the Complaint within the time limits prescribed by the Federal Rules of Civil

24   Procedure, Rule 55(a). The Plaintiff submitted a previous Request for default against Defendants

25   Spacey and Brunetti for process server Morgan Marchbanks' September 17, 2018, service of the

26   Defendants, which was denied, as the Defendants signed no certified mail return receipts for that

27   service attempt. However, this **Request for Entry of Default** is based on process server

28   Morgan Marchbanks' September 27, 2018 service on these Defendants, for which the Defendants

     agent did sign and return the certified mail return receipts. The essential facts of this matter are:

ER 914

1  ● The summons in this matter was issued on August 15, 2018.

2  ● In the summons the Court gave the defendants a fixed 21 days to answer.

3  ● The **Summons** and **Complaint** were served on these Defendants on September 27,

4     2018.

5  ● The Defendants have not answered with motion or any other responsive pleading within

6     the time limit fixed by the court.

7  ● The Defendants are not known to be in the military service, as required by 50 U.S.C. app.

8     Section 520.

9         The Summons and Complaint were served to these out-of-state Defendants by certified

10  USPS mail, with return receipts requested, on September 27, 2018. Service by mail affords the

11  Defendants an extra 10 days, before service is deemed completed. Therefore, these Defendants'

12  answer or other response was due on or before October 29, 2018. This Request for Entry of

13  Default was submitted to this Court on October 31, 2018, and at the time of its submission

14  Defendants Spacey and Brunetti had still not honored this Court with a response.

15        Defendants Kevin Spacey and Dana Brunetti have defaulted.

16        Therefore, the Plaintiff asks the Clerk to review the case record, to confirm that the

17  Defendants have failed to appear, plead or defend, within the required time limits, and enter

18  Defendant Spacey and Brunetti in default, pursuant to FRCP 55(a).

19    Dated:_____10/31/2018_____      Signed:_____/s/ Steve Wilson Briggs_____

20                                              Plaintiff, In Propria Persona

21

21

22

23

24

25

26

27

28

2
REQUEST FOR ENTRY OF DEFAULT

| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
|   | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
|   | PLAINTIFF In Propria Persona |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STEVE WILSON BRIGGS | | Civ No: 18-cv-04952-VC |
| Plaintiff, | | **[PROPOSED] ENTRY OF DEFAULT** |
| vs | | |
| KEVIN SPACEY,  et al | | |

**[PROPOSED] ENTRY OF DEFAULT**

Plaintiff, Steve Wilson Briggs, requests that the Clerk of Court enter default against defendants Kevin Spacey and Dana Brunetti, pursuant to Federal Rule of Civil Procedure 55(a). As it appears from the record that said defendants have failed to appear, plead or otherwise defend within the specified time limits, the default of defendants Kevin Spacey and Dana Brunetti is hereby entered, pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2018.


_____

Susan Y. Soong, Clerk of Court

1
[PROPOSED] ENTRY OF DEFAULT

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                                    Civ No: 18-cv-04952-VC

11  STEVE WILSON BRIGGS           CERTIFICATION OF SERVICE
                                  OF "REQUEST FOR ENTRY OF
12          Plaintiff,            DEFAULT [FOURTH]"
                                  AND  DECLARATION OF
13            vs                  CECILE LUSBY

14  KEVIN SPACEY;  et al

15

16

17  CERTIFICATION OF SERVICE DECLARATION OF CECILE LUSBY, RE:

18  "REQUEST FOR ENTRY OF DEFAULT [FOURTH] AGAINST DEFENDANTS

19                  SPACEY AND BRUNETTI"

20       My name is Cecile Lusby, and I declare the following:

21   1.  I am over 18, and not a party of this action.

21   2.  I am a resident of Sonoma County, where the mailing took place.

22   4.  My address is 4322 Chico Avenue, Santa Rosa, CA 95407.

23   5.  On October 31, 2018, I deposited two envelopes containing a "Request for Entry of

24  Default [Fourth]; Against Defendants Kevin Spacey and Dana Brunetti", and "Proposed

25  Entry of Default," in the mail drop box at  the U.S. Post Office at 2585 Sebastopol Rd.,

26  Santa Rosa, California.

27   6.  The envelopes were addressed to Kevin Spacey and Dana Brunetti. The envelopes

28  were addressed as follows:

1
CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT

a.  Kevin Spacey
℅ Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

and

b.  Dana Brunetti
℅ Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

7.  I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes, with prepaid first-class postage affixed, then depositing the envelopes in the mail drop box of the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, on October 31, 2018.

8.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:____10/31/2018____       Signed:____*Cecile Lusby*____

Cecile Lusby

2

CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT

1 | Steve Wilson Briggs
2 | 4322 Chico Ave.,
  | Santa Rosa, CA 95407
3 | 510 200 3763
4 | snc.steve@gmail.com
  | PLAINTIFF In Propria Persona
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | | Civ No: 18-cv-04952-VC |
| 12 | | **SUPPLEMENTAL CERTIFICATION OF** |
| 13 | | **SERVICE: PROOF SUMMONS WAS** |
| | | **SERVED ON DEFENDANTS TRIGGER** |
| 14 | STEVE WILSON BRIGGS | **STREET PRODUCTIONS, INC.** (TSP), |
| 15 | Plaintiff, | **AND SOUND POINT CAPITAL** |
| | | **MANAGEMENT, ON 09/17/2018; AND** |
| 16 | vs | **SERVED ON DEFENDANTS SPACEY,** |
| 17 | KEVIN SPACEY;  et al | **BRUNETTI AND TSP, ON 09/27/2018, IN** |
| | | **THE FORM OF SIGNED RETURN** |
| 18 | | **RECEIPTS  FROM CERTIFIED MAIL** |
| 19 | | **SERVICE OF DEFENDANTS;** |
| | | **COMPLIANT WITH CCP § 417.20** |
| 20 | | |

21 | **SUPPLEMENTAL CERTIFICATION OF SERVICE:**
21 | **PROOF SUMMONS WAS SERVED ON DEFENDANTS TRIGGER STREET**
   | **PRODUCTIONS, INC. (TSP), AND SOUND POINT CAPITAL MANAGEMENT, ON**
22 | **09/17/2018; AND SERVED ON DEFENDANTS SPACEY, BRUNETTI AND TSP, ON**
   | **09/27/2018, IN THE FORM OF SIGNED RETURN RECEIPTS  FROM CERTIFIED**
23 | **MAIL SERVICE OF DEFENDANTS; COMPLIANT WITH CCP § 417.20**

24 |     On October 25, 2018, the Plaintiff submitted to the Clerk a Request For Entry Of Default;
25 | however, the Plaintiff neglected to submit to this Court a copy of the signed return receipts to verify
26 | that service was executed on these out-of-state Defendants, in compliance with CCP § 417.20.
27 | Therefore the Request was denied. The Plaintiff apologizes for any wasted time and energy this
28 | oversight may have caused the Court, the Clerk, or the Clerk's office.

ER 919

1    This filing is to verify for the Court that all out-of-state parties have been served in
2    compliance with § 417.20. Since serving the out-of-state Defendants required two separate
3    service efforts (one on September 17, 2018, the other on September 27, 2018), the details and
4    supplemental proof of service (signed return receipts) are provided under two separate headings.
5
6                    **PROOF FROM 09/17/2018 SERVICE OF PROCESS:**
7                  **Signed Return Receipts From TSP & Soundpoint**
8         On September 17, 2018, Morgan Marchbanks served out-of-state Defendants **Kevin**
9    **Spacey, Dana Brunetti, Trigger Street Productions, Inc.**, and **Sound Point Capital**
10   **Management**, by sending the summons, complaint and other legal documents via the United
11   States Postal Service, certified mail, with return receipt requested, as required for service of
12   process for out of state Defendants.  Dr. Marchbanks signed a declaration outlining the details of
13   this service of these Defendants, which the Plaintiff subsequently submitted to the Court.
14        Approximately a week after Dr. Marchbanks' 09/17/2018 service via mail, Defendants
15   Trigger Street Productions, Inc.'s (**TSP**) and Sound Point Capital Management's signed return
16   receipts arrived in the mail. [**See Exhibit A,** the signed certified mail return receipts, as required by
17   **CA CCP SECTION 417.20**; and [**See Exhibit B**, the reverse side of same signed return
18   receipts]. Although Defendants Spacey and Brunetti (or their agent) did not respond to Dr.
19   Morgan Marchbanks on this particular service attempt (09/17/2018), they would, however,
20   respond to her second service of process attempt, made on September 27, 2018.
21        The Certified Mail Receipts for these four service parcels is attached a **Exhibit C**.
21
22                    **PROOF FROM 09/27/2018 SERVICE OF PROCESS:**
23             **Signed Return Receipts From Defs Spacey, Brunetti & Sound Point Capital**
24        On September 27, 2018, Dr. Morgan Marchbanks once again served out-of-state
25   Defendants **Kevin Spacey, Dana Brunetti** and **Trigger Street Productions, Inc.**  Since the
26   Plaintiff was concerned about the Defendants many rumoured, purported and registered
27   addresses, and the possibility the Defendants might attempt somehow to deny valid service, the
28   Plaintiff resolved to serve these three Defendants at least two more times and ways, on their most

1  credible out-of-state address(s). Thus the Plaintiff asked Dr. Marchbanks to send two envelopes

2  containing summons, complaint, etc., to the Defendants' address(s), or their agent's address(s),

3  specified in Dr. Marchbanks service of process declaration, and via the United States Postal

4  Service, certified mail, with return receipt requested, as required under CCP 415.20 for service of

5  process for out of state Defendants.  Approximately a week after Dr. Marchbanks' 09/27/2018

6  service via mail, Defendants Kevin Spacey's, Dana Brunetti's and TSP's signed return receipts

7  arrived in the mail. [**See Exhibit D,** signed certified mail return receipts for Spacey, Bruneti, and

8  TSP, as required by **CA CCP SECTION 417.20**]; and [**See Exhibit E**, the reverse side of same

9  signed return receipts]. A second return receipt came for Defendant Brunetti, and an unsigned but

10 returned receipt also came for Defendant Spacey. [**See Exhibits F** and **G**, signed front, and back,

11 respectively].   All of the return receipts sent ℅ these Defendants' registered agent were signed and

12 returned.

13        The Certified Mail Receipts for these four service parcels is attached a **Exhibit H**.

14                                    Note:

15        The Court should observe that the numbers printed on the left base of the signed face of the

16 return receipts, and the numbers printed horizontally on the left edge of the Certified Mail Receipts,

17 precisely conform to the numbers printed horizontally on the left edge of the Certified Mail

18 Receipts attached to the respective declarations of Morgan Marchbanks.

19

20   Dated:_____10/29/2018_____          Signed:___/s/ Steve Wilson Briggs_____

21                                       Plaintiff, In Propria Persona

21

22

23

24

25

26

27

28

# EXHIBIT



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trigger Street Prods
200 Park Ave South
8th Floor
NY NY 10003

9590 9402 3919 8060 3459 09

2. Article Number (Transfer from service label)

7018 0360 0002 1269 7255

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Address

B. Received by (Printed Name)   C. Date of Deli
09/19/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Rece

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sound Point Capital Managem
375 Park Avenue,
33rd Floor
New York NY 10152

9590 9402 3919 8060 3459 16

2. Article Number (Transfer from service label)

7018 0360 0002 1269 7224

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Address

B. Received by (Printed Name)   C. Date of Delive
9/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receip

# EXHIBIT

# B





# EXHIBIT

# C



7018 0360 0002 1269 7224

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10152
OFFICIAL USE

Certified Mail Fee $3.45
$2.75
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here: ROSELAND STATION 0664 09 SEP 17 2018 95407 09/17/2018

Postage $17.30
Total Postage and Fees $23.50

Sent To: Sound Point Capital Mgmt
Street and Apt. No., or PO Box No.: 375 Park Ave, 33rd Floor
City, State, ZIP+4®: NY, NY 10152

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 7248

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003
OFFICIAL USE

Certified Mail Fee $3.45
$2.75
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here: ROSELAND STATION 0664 09 SEP 17 2018 95407 09/17/2018

Postage $17.30
Total Postage and Fees $23.50

Sent To: Kevin Spacey
Street and Apt. No., or PO Box No.: 200 Park Ave. South, 8th F
City, State, ZIP+4®: NY, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instr

7018 0360 0002 1269 7262

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003
OFFICIAL USE

Certified Mail Fee $3.45
$2.75
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here: ROSELAND STATION 0664 09 SEP 17 2018 95407 09/17/2018

Postage $17.30
Total Postage and Fees $23.50

Sent To: Dana Brunetti
Street and Apt. No., or PO Box No.: 200 Park Ave. South, 8th Floor
City, State, ZIP+4®: NY, NY 1003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 7255

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003
OFFICIAL USE

Certified Mail Fee $3.45
$2.75
Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postmark Here: ROSELAND STATION 0664 09 SEP 17 2018 95407 09/17/2018

Postage $17.30
Total Postage and Fees $23.50

Sent To: Trigger Street Productions
Street and Apt. No., or PO Box No.: 200 Park Ave. South, 8th
City, State, ZIP+4®: NY, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instr

# EXHIBIT

# D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Spacey
C/o Frank Selvaggi
200 Park Ave South
8th Floor
NY NY 10003

9590 9402 3919 8060 3462 89

2. Article Number (Transfer from service label)

7018 0360 0002 1269 6258

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) Javier Buendic   C. Date of Delivery 10/1/8

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dana Brunetti
C/o Frank Selvaggi
200 Park Ave. South
8th Floor
New York, NY 10063

9590 9402 3105 7124 9631 53

2. Article Number (Transfer from service label)

7018 0360 0002 1269 6210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) Javier Buendic   C. Date of Delivery 10/1/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trigger Street Prods, Inc
C/o Frank Selvaggi
200 Park Ave South
8th Floor
New York, NY 10034

9590 9402 3105 7124 9631 46

2. Article Number (Transfer from service label)

7018 0360 0002 1269 6227

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# EXHIBIT

# E



USPS TRACKING #

9590 9402 3919 8060 3462 89

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

USPS TRACKING #

9590 9402 3105 7124 9631 53

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

3-311146

USPS TRACKING #

9590 9402 3105 7124 9631 46

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan March[illegible]
346 Major Drive
Santa Rosa, CA 95403

# EXHIBIT

# F

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addr

B. Received by (Printed Name)   C. Date of De

Xavier Buendia      10/11

1. Article Addressed to:

Dana Brunetti
200 Park Ave South
8th Floor
New York, NY 10003

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Expres
☐ Registered Mail™
☐ Registered Mail Re Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

9590 9402 3919 8060 3462 96

7018 0360 0002 1269 6241

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Re

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agen  ☐ Addr

B. Received by (Printed Name)   C. Date of De

1. Article Addressed to:

Kevin Spacey
120 W 45th St.
STE 3601
New York, NY 10036

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmati
☐ Signature Confirmati Restricted Delivery

9590 9402 3105 7124 9631 60

7018 0360 0002 1269 6203

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Rece

# EXHIBIT

# F



USPS TRACKING #

9590 9402 3919 8060 3462 96

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

3-311146

USPS TRACKING #

9590 9402 3105 7124 9631 60

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

# EXHIBIT

# G



## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 0360 0002 1269 6203

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10036 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $7.00 |
| Total Postage and Fees | $13.20 |

Postmark Here: 0664 09 — ROSELAND STATION SEP 27 2018 95407 — 09/27/2018

Sent To: Kevin Spacey
Street and Apt. No., or PO Box No.: 120 W 45th St, STE 3601
City, State, ZIP+4®: New York, NY 10036

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 0360 0002 1269 6227

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $7.00 |
| Total Postage and Fees | $13.20 |

Postmark Here: 0664 09 — ROSELAND STATION SEP 27 2018 95407 — 09/27/2018

Sent To: Triggerstreet Productions, Inc. c/o Selv[...]
Street and Apt. No., or PO Box No.: 200 Park Ave South 8th Flr
City, State, ZIP+4®: New York, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instruct[...]

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 0360 0002 1269 6234

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10036 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $7.00 |
| Total Postage and Fees | $13.20 |

Postmark Here: 0664 09 — ROSELAND STATION SEP 27 2018 95407 — 09/27/2018

Sent To: Trigger Street Productions, Inc.
Street and Apt. No., or PO Box No.: 120 W 45th St, STE 3601
City, State, ZIP+4®: NY NY 10036

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 0360 0002 1269 6210

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $7.00 |
| Total Postage and Fees | $13.20 |

Postmark Here: 0664 09 — ROSELAND STATION SEP 27 2018 95407 — 09/27/2018

Sent To: Dana Brunetti c/o Frank Selvag[...]
Street and Apt. No., or PO Box No.: 200 Park Ave South, 8th Flo[...]
City, State, ZIP+4®: New York, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instruct[...]

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 0360 0002 1269 6241

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $7.00 |
| Total Postage and Fees | $13.20 |

Postmark Here: 0664 09 — ROSELAND STATION SEP 27 2018 95407 — 09/27/2018

Sent To: Dana Brunetti
Street and Apt. No., or PO Box No.: 200 Park Ave South, 8th Floor
City, State, ZIP+4®: New York NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

## U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

7018 0360 0002 1269 6258

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $7.00 |
| Total Postage and Fees | $13.20 |

Postmark Here: 0664 09 — ROSELAND STATION SEP 27 2018 95407 — 09/27/2018

Sent To: Kevin Spacey c/o Frank Selvaggi
Street and Apt. No., or PO Box No.: 200 Park Ave South, 8th Floor
City, State, ZIP+4®: NY NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instruction[...]

1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
4   snc.steve@gmail.com
    PLAINTIFF In Propria Persona
5
6
7
8                   UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10
11                              Civ No: 18-cv-04952-VC
12  STEVE WILSON BRIGGS              DECLARATION OF DR. MORGAN
                                     MARCHBANKS, IN VERIFICATION
13            Plaintiff,             AND SUPPORT OF PLAINTIFF'S
14              vs                   SUPPLEMENTAL PROOF OF SERVICE
                                     FILING
15  KEVIN SPACEY; et al
16
17
18     DECLARATION OF DR. MORGAN MARCHBANKS, IN VERIFICATION AND
19       SUPPORT OF PLAINTIFF'S SUPPLEMENTAL PROOF OF SERVICE FILING
20
21      My name is Dr. Morgan Marchbanks and I declare the following:
21          I am over 18, and not a party of this action.
22          I am a resident of Sonoma County, where the mailing took place.
23          My address is 346 Major Dr., Santa Rosa, CA 95403.
24          On September 17th, 2018, I sent four envelopes containing summons, complaint, etc.,
25  via USPS certified mail, with return receipt requested, to the Defendants in the matter of Briggs v
26  Spacey et al, named Kevin Spacey, Dana Brunetti, Trigger Street Productions, Inc., and
27  Sound Point Capital Management.  Then again, ten Days later, on September 27, 2018, I sent
28  six more envelopes containing summons complaint, etc., via USPS certified mail, with return

                                       1
                    DECLARATION RE: SUPPLEMENTAL PROOF OF SERVICE

1   receipt requested, to Defendants in this matter named Kevin Spacey, Dana Brunetti, and Trigger

2   Street Productions, Inc.  The address that I sent these certified parcels to are detailed in my two

3   previous service declarations in this matter.

4          I have reviewed the document(s) that I am told that the Plaintiff in this matter, Steve Wilson

5   Briggs, submitted to the Court on October 29, 2018, entitled: "**Supplemental Certification Of**

6   **Service: Proof Summons Was Served On Defendants Trigger Street Productions, Inc.**

7   **(TSP), And Sound Point Capital Management, On 09/17/2018; And Served On**

8   **Defendants Spacey, Brunetti And TSP, On 09/27/2018, In The Form Of Signed Return**

9   **Receipts  From Certified Mail Service Of Defendants; Compliant With Ccp § 417.20.**"

10         I hereby verify that all of the details in that document (named in bold print above),

11  concerning my service of the Defendants, to be completely accurate with my recollection of events,

12  and consistent with the declarations that I signed previously in this matter.

13         Additionally, I reviewed the exhibit attachments attached to that document (named in bold

14  print above), and I hereby verify that all of the exhibit attachments (which are signed return receipts

15  for service, and certified mail receipts) are the same return receipts that I prepared with the USPS

16  postal clerk on September 17, 2018, and/or are the same return receipts that Mr. Briggs pre-filed

17  for me to deliver to the US post office on September 27, 2018, to attach to the parcels at the US

18  post office, and which were subsequently signed by the Defendants or their agents, and returned,

19  via USPS mail, to my address, which I later returned to Mr. Briggs.

20         I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.

21

22  Dated:____10/29/2018____     Signed_____

23                                             Dr. Morgan Marchbanks

24

25

26

27

28

2
DECLARATION RE: SUPPLEMENTAL PROOF OF SERVICE

| | |
|---|---|
| 1 | Steve Wilson Briggs |
| 2 | 4322 Chico Ave., |
| | Santa Rosa, CA 95407 |
| 3 | 510 200 3763 |
| 4 | snc.steve@gmail.com |
| | PLAINTIFF In Propria Persona |
| 5 | |

**FILED**

OCT -9 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | | Civ No: 18-cv-04952-VC |
| 11 | STEVE WILSON BRIGGS | **(SECOND) PROOF OF SERVICE OF SUMMONS AND COMPLAINT DECLARATION OF DR. MORGAN MARCHBANKS** |
| 12 | Plaintiff, | |
| 13 | vs | |
| 14 | KEVIN SPACEY; et al | |
| 15 | | |

**SECOND PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**DECLARATION OF DR. MORGAN MARCHBANKS**

My name is Dr. Morgan Marchbanks and I declare the following:

1.  I am over 18, and not a party of this action.

2.  I am a resident of Sonoma County, where the mailing took place.

4.  My address is 346 Major Dr., Santa Rosa, CA 95403.

5.  On **September 27th**, 2018, I mailed six (6) total envelopes (three separately addressed envelopes that were mailed to three separate parties, and another three separately addressed envelopes that were mailed "care of" the parties authorized process of service agent) from the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the six envelopes contained the following documents:

    a.  **Summons** In A Civil Action (2)

    b.  **Complaint**

1
PROOF OF SERVICE

ER 940

| | | |
|---|---|---|
| 1 | c. | **Civil Cover Sheet** |
| 2 | d. | Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 3 | e. | Consent Or Declination To Magistrate Judge Jurisdiction |
| 4 | f. | Welcome To The Oakland Divisional Office |
| 5 | g. | ECF Registration Handout |
| 6 | h. | Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 7 | i. | Order Setting Initial Case Management And ADR Deadlines |
| 8 | j. | Standing Order General (SBA) |
| 9 | k. | Standing Order For All Judges OF The Northern District Of California |
| 10 | l. | Standing Order - General (SBA) Patent Case |
| 11 | m. | Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 12 | n. | Reassigned Case - Notice of New Hearing Date -VC |
| 13 | o. | Related Case Order |

6. The names of the three of the separately served parties were:

    a. Kevin Spacey

    b. Dana Brunetti

    c. Trigger Street Productions, Inc.

7. The name of the parties' shared authorized service of process agent, whom I sent three additional envelopes "care of", for each of the three parties listed in item 6 is **Frank Selvaggi**.

8. I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that are **outside of California**.

9. These six (6) individual envelopes were addressed as follows:

    a. Kevin Spacey
       120 W 45th St., Suite 3601
       New York, NY 10036

2
PROOF OF SERVICE

```
 1              b.  Dana Brunetti
 2                  200 Park Avenue South,
                    8th Floor New York, NY 10003
 3

 4              c.  Trigger Street Productions, Inc.
 5                  120 W 45th St., Suite 3601
                    New York, NY 10036
 6

 7              d.  Kevin Spacey
 8                  % Frank Selvaggi
                    200 Park Avenue South, 8th Floor
 9                  New York, NY 10003
10

11              e.  Dana Brunetti
12                  % Frank Selvaggi
                    200 Park Avenue South, 8th Floor
13                  New York, NY 10003

14              f.  Trigger Street Productions, Inc.
15                  % Frank Selvaggi
                    200 Park Avenue South, 8th Floor
16                  New York, NY 10003

17      10.  I am not a professional process server.
18      11.  I was not paid to serve these documents upon the parties.
19
        12.  I declare under penalty of perjury under the laws of the United States of America that
20
        the foregoing is true and correct.
21

21      Dated:    10/05/2018       Signed:
22
                                              Dr. Morgan Marchbanks
23

24

25

26

27

28
```

1    Steve Wilson Briggs
2    4322 Chico Ave.,
     Santa Rosa, CA 95407
3    510 200 3763
     snc.steve@gmail.com
4    PLAINTIFF In Propria Persona
5
6
7
8                   **UNITED STATES DISTRICT COURT**
9               **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10 | Civ No: 18-cv-04952-VC |
| 11   STEVE WILSON BRIGGS | **(SECOND) PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| 12         Plaintiff, | **DECLARATION OF** |
| 13         vs | **DR. MORGAN MARCHBANKS** |
| 14   KEVIN SPACEY;  et al | |

15

16      **SECOND PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

17          **DECLARATION OF DR. MORGAN MARCHBANKS**

18

19      My name is Dr. Morgan Marchbanks and I declare the following:

20    1.   I am over 18, and not a party of this action.

21    2.   I am a resident of Sonoma County, where the mailing took place.

21    4.   My address is 346 Major Dr., Santa Rosa, CA 95403.

22    5.   On **September 27th**, 2018, I mailed six (6) total envelopes (three separately addressed

23 envelopes that were mailed to three separate parties, and another three separately addressed

24 envelopes that were mailed "care of" the parties authorized process of service agent) from the U.S.

25 Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the six envelopes contained

26 the following documents:

27      a.   **Summons** In A Civil Action (2)

28      b.   **Complaint**

1
PROOF OF SERVICE

| | |
|---|---|
| 1 | c. **Civil Cover Sheet** |
| 2 | d. Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 3 | e. Consent Or Declination To Magistrate Judge Jurisdiction |
| 4 | f. Welcome To The Oakland Divisional Office |
| 5 | g. ECF Registration Handout |
| 6 | h. Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 7 | i. Order Setting Initial Case Management And ADR Deadlines |
| 8 | j. Standing Order General (SBA) |
| 9 | k. Standing Order For All Judges OF The Northern District Of California |
| 10 | l. Standing Order - General (SBA) Patent Case |
| 11 | m. Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 12 | n. Reassigned Case - Notice of New Hearing Date -VC |
| 13 | o. Related Case Order |
| 14 | 6. The names of the three of the separately served parties were: |
| 15 | a. Kevin Spacey |
| 16 | b. Dana Brunetti |
| 17 | c. Trigger Street Productions, Inc. |
| 18 | 7. The name of the parties' shared authorized service of process agent, whom I sent three |
| 19 | additional envelopes "care of", for each of the three parties listed in item 6 is **Frank Selvaggi**. |
| 20 | 8. I served the documents to each of the separate parties, listed above, by enclosing the |
| 21 | documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the |
| 21 | U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send |
| 22 | each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that |
| 23 | are **outside of California**. |
| 24 | 9. These six (6) individual envelopes were addressed as follows: |
| 25 | a. Kevin Spacey |
| 26 | 120 W 45th St., Suite 3601 |
| 27 | New York, NY 10036 |
| 28 | b. Dana Brunetti |

2
PROOF OF SERVICE

1     200 Park Avenue South,
2     8th Floor New York, NY 10003

3    c.  Trigger Street Productions, Inc.
4     120 W 45th St., Suite 3601
5     New York, NY 10036

6    d.  Kevin Spacey
7     % Frank Selvaggi
8     200 Park Avenue South, 8th Floor
9     New York, NY 10003

10    e.  Dana Brunetti
11     % Frank Selvaggi
12     200 Park Avenue South, 8th Floor
     New York, NY 10003

13    f.  Trigger Street Productions, Inc.
14     % Frank Selvaggi
15     200 Park Avenue South, 8th Floor
     New York, NY 10003

16

17  10.  The Plaintiff in this matter, Steve Wilson Briggs, asked me to re-read and re-sign this

18 declaration, after he noticed that the previous declaration regarding the process service by mail, of

19 said documents to said parties, was not dated properly. It was dated 10/05/2018, when, in fact it

20 was signed on October 9, 2018.

21  11.  I am not a professional process server.

21  12.  I was not paid to serve these documents upon the parties.

22  13.  I declare under penalty of perjury under the laws of the United States of America that the

23 foregoing is true and correct.

24

25  Dated:____10/31/2018____   Signed: _____

26                      Dr. Morgan Marchbanks

27

28

1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
4   snc.steve@gmail.com
    PLAINTIFF In Propria Persona
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10  | | Civ No: 18-cv-04952-VC |
11  | STEVE WILSON BRIGGS | **(SECOND) PROOF OF SERVICE** |
12  | Plaintiff, | **OF SUMMONS AND COMPLAINT** **DECLARATION OF** |
13  | vs | **DR. MORGAN MARCHBANKS** |
14  | KEVIN SPACEY;  et al | |
15

16        **SECOND PROOF OF SERVICE OF SUMMONS AND COMPLAINT**
17            **DECLARATION OF DR. MORGAN MARCHBANKS**
18
19        My name is Dr. Morgan Marchbanks and I declare the following:
20    1.   I am over 18, and not a party of this action.
21    2.   I am a resident of Sonoma County, where the mailing took place.
21    4.   My address is 346 Major Dr., Santa Rosa, CA 95403.
22    5.   On **September 27th**, 2018, I mailed six (6) total envelopes (three separately addressed
23   envelopes that were mailed to three separate parties, and another three separately addressed
24   envelopes that were mailed "care of" the parties authorized process of service agent) from the U.S.
25   Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the six envelopes contained
26   the following documents:
27        a.   **Summons** In A Civil Action (2)
28        b.   **Complaint**

                              1
                       PROOF OF SERVICE

| | | |
|---|---|---|
| 1 | c. | **Civil Cover Sheet** |
| 2 | d. | Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction |
| 3 | e. | Consent Or Declination To Magistrate Judge Jurisdiction |
| 4 | f. | Welcome To The Oakland Divisional Office |
| 5 | g. | ECF Registration Handout |
| 6 | h. | Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 7 | i. | Order Setting Initial Case Management And ADR Deadlines |
| 8 | j. | Standing Order General (SBA) |
| 9 | k. | Standing Order For All Judges OF The Northern District Of California |
| 10 | l. | Standing Order - General (SBA) Patent Case |
| 11 | m. | Order Relating Cases (Hon. Judge Vincent Chhabria) |
| 12 | n. | Reassigned Case - Notice of New Hearing Date - VC |
| 13 | o. | Related Case Order |

14    6.  The names of the three of the separately served parties were:

15         a.  Kevin Spacey

16         b.  Dana Brunetti

17         c.  Trigger Street Productions, Inc.

18    7.  The name of the parties' shared authorized service of process agent, whom I sent three

19  additional envelopes "care of", for each of the three parties listed in item 6 is **Frank Selvaggi**.

20    8.  I served the documents to each of the separate parties, listed above, by enclosing the

21  documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at the

21  U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to send

22  each of the envelopes "Priority" mail, certified and with return receipt requested, to addresses that

23  are **outside of California**.

24    9.  These six (6) individual envelopes were addressed as follows:

25         a.  Kevin Spacey
               120 W 45th St., Suite 3601
26             New York, NY 10036
27

28         b.  Dana Brunetti

<div align="center">2

PROOF OF SERVICE</div>

200 Park Avenue South,
8th Floor New York, NY 10003

c.  Trigger Street Productions, Inc.
120 W 45th St., Suite 3601
New York, NY 10036

d.  Kevin Spacey
% Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

e.  Dana Brunetti
% Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

f.  Trigger Street Productions, Inc.
% Frank Selvaggi
200 Park Avenue South, 8th Floor
New York, NY 10003

10.  The Plaintiff in this matter, Steve Wilson Briggs, asked me to re-read and re-sign this declaration, after he noticed that the previous declaration regarding the process service by mail, of said documents to said parties, was not dated properly. It was dated 10/05/2018, when, in fact it was signed on October 9, 2018.

11.  I am not a professional process server.

12.  I was not paid to serve these documents upon the parties.

13.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    10/31/2018          Signed: _____
                                        Dr. Morgan Marchbanks

3
PROOF OF SERVICE

ER 948

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102
_____
www.cand.uscourts.gov

Susan Y. Soong                                                    General Court Number
Clerk of Court                                                      415-522-2000

October 31, 2018


RE:  Briggs v. Spacey
        18-cv-04952-VC


Default is declined as to Trigger Street Productions as Defendant has filed a motion to dismiss
and declined as to Sound Point Capital Management, LC as service is not pursuant to CA CCP
Section 416.10 on October 31, 2018.


                                        Susan Y. Soong, Clerk


                                        _Felicia Brown_____
                                        by:  Felicia Brown
                                        Case Systems Administrator
                                        415-522-2000

1   RUFUS-ISAACS ACLAND & GRANTHAM LLP
2   ALEXANDER RUFUS-ISAACS, State Bar No. 135747
    *aisaacs@rufuslaw.com*
3   232 N. Canon Drive
    Beverly Hills, California 90210
    Telephone: (310) 274-3803
4   Facsimile: (310) 860-2430

5   Attorneys for defendant SOUND POINT
    CAPITAL MANAGEMENT, LC

6

7

8                    UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  STEVE WILSON BRIGGS,               CASE No. 3:18-cv-04952-VC
                                       Related Case No. 3:17-CV-6552-VC
12            Plaintiff,
                                       **DEFENDANT SOUND POINT CAPITAL
13       v.                            MANAGEMENT'S NOTICE OF JOINDER
                                       IN DEFENDANT TRIGGER STREET
14  KEVIN SPACEY; ARI (ARIEL) EMANUEL; PRODUCTIONS, INC.'S MOTION TO
    MATT DAMON; BEN AFFLECK; NBC       DISMISS COMPLAINT PURSUANT TO
15  UNIVERSAL MEDIA, LLC; SONY         FED. R. CIV. P. 12(B)(6) AND/OR 9(B)
    PICTURES ENT INC.; TRIGGER STREET  MOTION TO DISMISS**
16  PRODUCTIONS; NEILL BLOMKAMP;
    ASIF SATCHU; MORDECAI (MODI)       Date:    December 6, 2018
17  WICZYK; WILLIAM (BILL) BLOCK;      Time:    10:00 am
    DANA BRUNETTI; SOUND POINT         Crtrm.:  4
18  CAPITAL MANAGEMENT, LC; MRC (and
    all MRC entities and subs.),       Judge:   Hon. Vince Chhabria
19
              Defendants.
20

21

22       PLEASE TAKE NOTICE THAT Defendant Sound Point Capital Management, LC

23  ("Sound Point"), hereby joins in defendant Trigger Street Productions, Inc.'s Motion To Dismiss

24  Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And/Or 9(B) Motion To Dismiss, and seeks

25  dismissal of the complaint against Sound Point for the same reasons as set forth in the motion.

26       Additionally, the motion is even stronger from Sound Point's perspective because it is

27  barely mentioned in the Complaint. Its only appearance is in paragraph 128 of the Complaint

28  where it is alleged that "Relativity Media acquired TSP in 2016, then Relativity Media was

8632 3 1                                                      :18-cv-04952-VC
SOUND POINT CAPITAL MANAGEMENT'S NOTICE OF JOINDER IN TRIGGER STREET PRODUCTIONS'
MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B)

1   acquired by UltraV Holdings (a joint venture among funds managed by Sound Point Capital

2   Management) in 2018, and UltraV provides no known address; Sound Point Capital Management,

3   LC is therefore a named Defendant."

4        The fact that Sound Point may have acquired an interest in Relativity in 2018 does not

5   affect the basis for Trigger Street's motion, and therefore Sound Point respectfully seeks dismissal

6   of the Complaint for the same reasons that are set forth in Trigger Street's motion.

7

8   DATED: October 31, 2018               RUFUS-ISAACS ACLAND & GRANTHAM LLP

9

10

11                                  By:  _____
                                         Alexander Rufus-Isaacs
12                                       Attorneys for defendant SOUND POINT
                                         CAPITAL MANAGEMENT, LC

RUFUS-ISAACS ACLAND &
GRANTHAM LLP
232 N. CANON DRIVE
BEVERLY HILLS, CALIFORNIA 90210
Tel (310) 274-3803 • Fax (310) 860-2430

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SOUND POINT CAPITAL MANAGEMENT'S NOTICE OF JOINDER IN TRIGGER STREET PRODUCTIONS'
MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B)

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 232 N. Canon Drive, Beverly Hills, California  90210.

On October 31, 2018, I served true copies of the following document(s) described as **DEFENDANT SOUND POINT CAPITAL MANAGEMENT'S NOTICE OF JOINDER IN DEFENDANT TRIGGER STREET PRODUCTIONS, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B) MOTION TO DISMISS** on the interested parties in this action as follows:

Steve Kenyatta Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Plaintiff pro se

Stephen G. Larson
Jonathan E. Phillips
A. Alexander Lowder
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Counsel for Defendant Trigger Street Productions, Inc.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 31, 2018, at Beverly Hills, California.

_Alexander Rufus-Isaacs_
_____
Alexander Rufus-Isaacs

8632 3 1                                                                              :18-cv-04952-VC
SOUND POINT CAPITAL MANAGEMENT'S NOTICE OF JOINDER IN TRIGGER STREET PRODUCTIONS'
MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6) AND/OR 9(B)

1 Steve Wilson Briggs
2 4322 Chico Ave.,
   Santa Rosa, CA 95407
3 510 200 3763
4 snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7
8               **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT OF CALIFORNIA**

| 10 | STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|----|---------------------|------------------------|
| 11 | Plaintiff, | |
| 12 | vs | **REQUEST FOR ENTRY OF DEFAULT** |
| 13 | KEVIN SPACEY,  et al | AGAINST DEFENDANTS TRIGGER STREET PRODUCTIONS, INC., AND SOUND POINT CAPITAL MANAGEMENT, LC. |
| 14 | | |
| 15 | | |
| 16 | | |

17                **REQUEST FOR ENTRY OF DEFAULT**

18    **TO: the CLERK** of the U. S. District Court Northern District Of California.
19

20         Pursuant to FRCP 55(a), Plaintiff Steve Wilson Briggs, hereby requests that the

21 Clerk of the United States District Court Northern District Of California enter default in this matter

21 against Defendants **Trigger Street Productions, Inc.**, and **Sound Point Capital Management,**

22 **LC**, on the grounds that these Defendants did not respond to the Complaint within the time limits

23 prescribed by the Federal Rules of Civil Procedure, Rule 55(a).

24   ● The summons in this matter was issued on August 15, 2018.

25   ● In the summons the Court gave the defendants a fixed 21 days to answer.

26   ● The summons and **complaint** were served on these Defendants on September 17, 2018.

27   ● The Defendants have not answered with motion or any other responsive pleading within

28   ● the time limit fixed by the court. The Defendants are not known to be in the military

1        service, as required by 50 U.S.C. app. Section 520.

2             The Plaintiff requested a similar entry of default against several Defendants on

3  10/25/2018. However, the Clerk's Office rightly observed that the Plaintiff had not submitted

4  proof to the court that the Defendants had received the Summons and Complaint, in the form of

5  signed return receipts, as required by CA CCP 417.20.  Therefore, on October 29, 2018, the

6  Plaintiff filed a new proof of serve document, captioned "**Supplemental Certification Of**

7  **Service: Proof Summons Was Served On Defendants Trigger Street Productions, Inc.**

8  (Tsp**), And Sound Point Capital Management, On 09/17/2018; And Served On Defendants**

9  **Spacey, Brunetti And Tsp, On 09/27/2018, In The Form Of Signed Return Receipts  From**

10  **Certified Mail Service Of Defendants; Compliant With Ccp § 417.20**", this document

11  includes copies of all signed return receipts for the 09/17, 2018 service in question. This document

12  is further supported by a declaration verifying and supporting it, which authenticates all signed

13  return receipts and all otherdocuments attached, signed by the process server, Dr. Morgan

14  Marchbanks.

15

16      Dated:____10/29/2018____     Signed:_____/s/ Steve Wilson Briggs_____

17                            Plaintiff, In Propria Persona

18

19

20

21

21

22

23

24

25

26

27

28

REQUEST FOR ENTRY OF DEFAULT

ER 954

ORIGINAL
FILED

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona

OCT - 9 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

| 10  STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|---|---|
| 11  Plaintiff, | **(FIRST) PROOF OF SERVICE** |
| 12  vs | **OF SUMMONS AND COMPLAINT** **DECLARATION OF** |
| 13  KEVIN SPACEY;  et al | **DR. MORGAN MARCHBANKS** |

14

15        **FIRST PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

16            **DECLARATION OF DR. MORGAN MARCHBANKS**

17

18      My name is Dr. Morgan Marchbanks and I declare the following:

19   1.  I am over 18, and not a party of this action.

20   2.  I am a resident of Sonoma County, where the mailing took place.

21   3.  My address is 346 Major Dr., Santa Rosa, CA 95403.

21   4.  On **September 17th**, 2018, I mailed four envelopes to four separate parties, from the

22   U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California. Each of the four envelopes

23   contained the following documents:

24        a.  **Summons** In A Civil Action (2)

25        b.  **Complaint**

26        c.  **Civil Cover Sheet**

27        d.  Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction

28        e.  Consent Or Declination To Magistrate Judge Jurisdiction

1
PROOF OF SERVICE

ER 955

| | |
|---|---|
| 1 | f.   Welcome To The Oakland Divisional Office |
| 2 | g.   ECF Registration Handout |
| 3 | h.   Proposed Order Granting Motion For Permission For Electronic Case Filing |
| 4 | i.   Order Setting Initial Case Management And ADR Deadlines |
| 5 | j.   Standing Order General (SBA) |
| 6 | k.   Standing Order For All Judges OF The Northern District Of California |
| 7 | l.   Standing Order - General (SBA) Patent Case |
| 8 | 5.  The names of the four separately served parties were: |
| 9 | a.  Kevin Spacey |
| 10 | b.  Dana Brunetti |
| 11 | c.  Trigger Street Productions |
| 12 | d.  Sound Point Capital Management |
| 13 | 6.  I served the documents to each of the separate parties, listed above, by enclosing the |
| 14 | documents in separate envelopes and giving the envelope to a U.S. Postal Service clerk at |
| 15 | the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, and paying the clerk to |
| 16 | send each of the envelopes "Priority" mail, certified and with return receipt requested, to |
| 17 | addresses that are outside of California. |
| 18 | 7.  The four individual envelopes were addressed as follows: |
| 19 | 1. Trigger Street Productions |
| 20 | 200 Park Avenue South, 8th Floor |
| 21 | New York, NY 10003 |
| 21 | |
| 22 | 2. Kevin Spacey |
| 23 | 200 Park Avenue South, 8th Floor |
| 24 | New York, NY 10003 |
| 25 | 3. Sound Point Capital Management |
| 26 | 375 Park Avenue, 33rd Floor |
| 27 | New York, NY 10152 |
| 28 | 4. Dana Brunetti |
| | ℅ Cavalry Media |

2
PROOF OF SERVICE

1         200 Park Avenue South, 8th Floor

2         New York, NY 10003

3   8.  I am not a professional process server.

4   9.  I was not paid to serve these documents upon the parties.

5   10.  I declare under penalty of perjury under the laws of the United States of America that

6 the foregoing is true and correct.

7

8 Dated: ____10/05/2018____    Signed: _____

9                       Dr. Morgan Marchbanks

10

11

12

13

14

15

16

17

18

19

20

21

21

22

23

24

25

26

27

28

3

PROOF OF SERVICE

ER 957

1   Steve Wilson Briggs

2   4322 Chico Ave.,
    Santa Rosa, CA 95407

3   510 200 3763

4   snc.steve@gmail.com
    PLAINTIFF In Propria Persona

5

6

7

8            **UNITED STATES DISTRICT COURT**

9           **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 | Civ No: 18-cv-04952-VC |
| 12 | **SUPPLEMENTAL CERTIFICATION OF** |
| 13 | **SERVICE: PROOF SUMMONS WAS SERVED ON DEFENDANTS TRIGGER** |
| 14   STEVE WILSON BRIGGS | **STREET PRODUCTIONS, INC.** (TSP), |
| 15     Plaintiff, | **AND SOUND POINT CAPITAL MANAGEMENT, ON 09/17/2018; AND** |
| 16     vs | **SERVED ON DEFENDANTS SPACEY, BRUNETTI AND TSP, ON 09/27/2018, IN** |
| 17   KEVIN SPACEY; et al | **THE FORM OF SIGNED RETURN** |
| 18 | **RECEIPTS FROM CERTIFIED MAIL SERVICE OF DEFENDANTS;** |
| 19 | **COMPLIANT WITH CCP § 417.20** |

20

21        **SUPPLEMENTAL CERTIFICATION OF SERVICE:**
21   **PROOF SUMMONS WAS SERVED ON DEFENDANTS TRIGGER STREET PRODUCTIONS, INC.** (TSP)**, AND SOUND POINT CAPITAL MANAGEMENT, ON**
22   **09/17/2018; AND SERVED ON DEFENDANTS SPACEY, BRUNETTI AND TSP, ON 09/27/2018, IN THE FORM OF SIGNED RETURN RECEIPTS FROM CERTIFIED**
23     **MAIL SERVICE OF DEFENDANTS; COMPLIANT WITH CCP § 417.20**

24       On October 25, 2018, the Plaintiff submitted to the Clerk a Request For Entry Of Default;

25   however, the Plaintiff neglected to submit to this Court a copy of the signed return receipts to verify

26   that service was executed on these out-of-state Defendants, in compliance with CCP § 417.20.

27   Therefore the Request was denied. The Plaintiff apologizes for any wasted time and energy this

28   oversight may have caused the Court, the Clerk, or the Clerk's office.

1       This filing is to verify for the Court that all out-of-state parties have been served in

2  compliance with § 417.20. Since serving the out-of-state Defendants required two separate

3  service efforts (one on September 17, 2018, the other on September 27, 2018), the details and

4  supplemental proof of service (signed return receipts) are provided under two separate headings.

5

6              **PROOF FROM 09/17/2018 SERVICE OF PROCESS:**

7             **Signed Return Receipts From TSP & Soundpoint**

8       On September 17, 2018, Morgan Marchbanks served out-of-state Defendants **Kevin**

9  **Spacey, Dana Brunetti, Trigger Street Productions, Inc.**, and **Sound Point Capital**

10  **Management**, by sending the summons, complaint and other legal documents via the United

11  States Postal Service, certified mail, with return receipt requested, as required for service of

12  process for out of state Defendants.  Dr. Marchbanks signed a declaration outlining the details of

13  this service of these Defendants, which the Plaintiff subsequently submitted to the Court.

14       Approximately a week after Dr. Marchbanks' 09/17/2018 service via mail, Defendants

15  Trigger Street Productions, Inc.'s (**TSP**) and Sound Point Capital Management's signed return

16  receipts arrived in the mail. [**See Exhibit A,** the signed certified mail return receipts, as required by

17  **CA CCP SECTION 417.20; and** [**See Exhibit B**, the reverse side of same signed return

18  receipts]. Although Defendants Spacey and Brunetti (or their agent) did not respond to Dr.

19  Morgan Marchbanks on this particular service attempt (09/17/2018), they would, however,

20  respond to her second service of process attempt, made on September 27, 2018.

21       The Certified Mail Receipts for these four service parcels is attached a **Exhibit C**.

21

22              **PROOF FROM 09/27/2018 SERVICE OF PROCESS:**

23     **Signed Return Receipts From Defs Spacey, Brunetti & Sound Point Capital**

24       On September 27, 2018, Dr. Morgan Marchbanks once again served out-of-state

25  Defendants **Kevin Spacey, Dana Brunetti** and **Trigger Street Productions, Inc.**  Since the

26  Plaintiff was concerned about the Defendants many rumoured, purported and registered

27  addresses, and the possibility the Defendants might attempt somehow to deny valid service, the

28  Plaintiff resolved to serve these three Defendants at least two more times and ways, on their most

1   credible out-of-state address(s). Thus the Plaintiff asked Dr. Marchbanks to send two envelopes

2   containing summons, complaint, etc., to the Defendants' address(s), or their agent's address(s),

3   specified in Dr. Marchbanks service of process declaration, and via the United States Postal

4   Service, certified mail, with return receipt requested, as required under CCP 415.20 for service of

5   process for out of state Defendants.  Approximately a week after Dr. Marchbanks' 09/27/2018

6   service via mail, Defendants Kevin Spacey's, Dana Brunetti's and TSP's signed return receipts

7   arrived in the mail. [**See Exhibit D,** signed certified mail return receipts for Spacey, Bruneti, and

8   TSP, as required by **CA CCP SECTION 417.20**]; and [**See Exhibit E**, the reverse side of same

9   signed return receipts]. A second return receipt came for Defendant Brunetti, and an unsigned but

10  returned receipt also came for Defendant Spacey. [**See Exhibits F** and **G**, signed front, and back,

11  respectively].   All of the return receipts sent ℅ these Defendants' registered agent were signed and

12  returned.

13          The Certified Mail Receipts for these four service parcels is attached a **Exhibit H**.

14                                    Note:

15          The Court should observe that the numbers printed on the left base of the signed face of the

16  return receipts, and the numbers printed horizontally on the left edge of the Certified Mail Receipts,

17  precisely conform to the numbers printed horizontally on the left edge of the Certified Mail

18  Receipts attached to the respective declarations of Morgan Marchbanks.

19

20    Dated:____10/29/2018_____            Signed:____/s/ Steve Wilson Briggs_____

21                                          Plaintiff, In Propria Persona

21

22

23

24

25

26

27

28

SUPPLEMENTAL PROOF OF SERVICE

# EXHIBIT

# A

Case 3:18-cv-04952-VC Document 29-3 Filed 10/29/18 Page 19 of 19

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trigger Street Prods
200 Park Ave South
8th Floor
NY NY 10003

9590 9402 3919 8060 3459 09

2. Article Number (Transfer from service label)

7018 0360 0002 1269 7255

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
09/19/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sound Point Capital Managment
375 Park Avenue,
33rd Floor
New York NY 10152

9590 9402 3919 8060 3459 16

2. Article Number (Transfer from service label)

7018 0360 0002 1269 7224

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
9/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# EXHIBIT

# B





# EXHIBIT

# C



7018 0360 0002 1269 7224

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10152 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | ROSELAND STATION 0664 09 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | SEP 17 2018 |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $17.30 | |
| Total Postage and Fees | $23.50 | 95407 09/17/2018 |

Sent To: Sound Point Capital Mgmt
Street and Apt. No., or PO Box No.: 375 Park Ave, 33rd Floor
City, State, ZIP+4®: NY, NY 10152

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 7248

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | ROSELAND STATION 0664 09 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | SEP 17 2018 |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $17.30 | |
| Total Postage and Fees | $23.50 | 95407 09/17/2018 |

Sent To: Kevin Spacey
Street and Apt. No., or PO Box No.: 200 Park Ave. South, 8th F
City, State, ZIP+4®: NY, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instr

7018 0360 0002 1269 7262

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

NEW YORK, NY 10003 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | ROSELAND STATION 0664 09 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | SEP 17 2018 |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $17.30 | |
| Total Postage and Fees | $23.50 | 95407 09/17/2018 |

Sent To: Dana Brunetti
Street and Apt. No., or PO Box No.: 200 Park Ave. South, 8th Floor
City, State, ZIP+4®: NY, NY 1003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 7255

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

NEW YORK, NY 10003 OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | ROSELAND STATION 0664 09 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.75 | |
| ☐ Return Receipt (hardcopy) | $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) | $0.00 | SEP 17 2018 |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $17.30 | |
| Total Postage and Fees | $23.50 | 95407 09/17/2018 |

Sent To: Trigger Street Productions
Street and Apt. No., or PO Box No.: 200 Park Ave. South, 8th Fl
City, State, ZIP+4®: NY, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instr

# EXHIBIT

# D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Spacey
C/o Frank Selvaggi
200 Park Ave South
NY NY 10003  8th Floor

9590 9402 3919 8060 3462 89

2. Article Number (Transfer from service label)

7018 0360 0002 1269 6258

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Javier Buendia   10/1/8

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dana Brunetti
C/o Frank Selvaggi
200 Park Ave. South
New York, NY 10063  8th Floor

9590 9402 3105 7124 9631 53

2. Article Number (Transfer from service label)

7018 0360 0002 1269 6210

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Javier Buendia   10/1/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trigger Street Prods, Inc
C/o Frank Selvaggi
200 Park Ave South
New York, NY 10034  8th Floor

9590 9402 3105 7124 9631 46

2. Article Number (Transfer from service label)

7018 0360 0002 1269 6227

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# EXHIBIT

# E



USPS TRACKING#

9590 9402 3919 8060 3462 89

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

USPS TRACKING#

9590 9402 3105 7124 9631 53

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

3-311146

USPS TRACKING#

9590 9402 3105 7124 9631 46

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan March[illegible]
346 Major Drive
Santa Rosa, CA 95403

EXHIBIT

F

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dana Brunetti
200 Park Ave South
8th Floor
New York, NY 10003

9590 9402 3919 8060 3462 96

7018 0360 0002 1269 6241

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addr

B. Received by (Printed Name)   C. Date of De
Xavier Buendia   10/11

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Expre
☐ Registered Mail™
☐ Registered Mail Re Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirma
☐ Signature Confirma Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Re

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Spacey
120 W 45th St.
STE 3601
New York, NY 10036

9590 9402 3105 7124 9631 60

7018 0360 0002 1269 6203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agen  ☐ Addr

B. Received by (Printed Name)   C. Date of De

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmati
☐ Signature Confirmati Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Rece

EXHIBIT



F



USPS TRACKING #

9590 9402 3919 8060 3462 96

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

3-311146

USPS TRACKING #

9590 9402 3105 7124 9631 60

First-Class Mail
Postage & Fees P
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Dr. Morgan Marchbanks
346 Major Dr.
Santa Rosa, CA 95403

# EXHIBIT

# G



7018 0360 0002 1269 6203

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10036

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0664 |
| | $2.75 | 09 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.00 | |
| Total Postage and Fees | $13.20 | 09/27/2018 |

ROSELAND STATION SEP 27 2018 95407

Sent To Kevin Spacey
Street and Apt. No., or PO Box No. 120 W 45th St, STE 3601
City, State, ZIP+4® New York, NY 10036

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 6227

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10003

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0664 |
| | $2.75 | 09 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.00 | |
| Total Postage and Fees | $13.20 | 09/27/2018 |

ROSELAND STATION SEP 27 2018 95407

Sent To Triggerstreet Productions, Inc. c/o Selva...
Street and Apt. No., or PO Box No. 200 Park Ave South 8th Flr
City, State, ZIP+4® New York, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instruct...

7018 0360 0002 1269 6234

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10036

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0664 |
| | $2.75 | 09 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.00 | |
| Total Postage and Fees | $13.20 | 09/27/2018 |

ROSELAND STATION SEP 27 2018 95407

Sent To Trigger Street Productions, Inc.
Street and Apt. No., or PO Box No. 120 W 45th St, STE 3601
City, State, ZIP+4® NY NY 10036

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 6210

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10003

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0664 |
| | $2.75 | 09 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.00 | |
| Total Postage and Fees | $13.20 | 09/27/2018 |

ROSELAND STATION SEP 27 2018 95407

Sent To Dana Brunetti c/o Frank Selvag...
Street and Apt. No., or PO Box No. 200 Park Ave South, 8th Flo...
City, State, ZIP+4® New York, NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instruct...

7018 0360 0002 1269 6241

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10003

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0664 |
| | $2.75 | 09 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.00 | |
| Total Postage and Fees | $13.20 | 09/27/2018 |

ROSELAND STATION SEP 27 2018 95407

Sent To Dana Brunetti
Street and Apt. No., or PO Box No. 200 Park Ave South, 8th Floor
City, State, ZIP+4® New York NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7018 0360 0002 1269 6258

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

NEW YORK, NY 10003

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0664 |
| | $2.75 | 09 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $7.00 | |
| Total Postage and Fees | $13.20 | 09/27/2018 |

ROSELAND STATION SEP 27 2018 95407

Sent To Kevin Spacey c/o Frank Selvaggi
Street and Apt. No., or PO Box No. 200 Park Ave. South, 8th Floor
City, State, ZIP+4® NY NY 10003

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11                                Civ No: 18-cv-04952-VC
12  STEVE WILSON BRIGGS              DECLARATION OF DR. MORGAN
                                     MARCHBANKS, IN VERIFICATION
13          Plaintiff,               AND SUPPORT OF PLAINTIFF'S
14            vs                     SUPPLEMENTAL PROOF OF SERVICE
                                                FILING
15  KEVIN SPACEY;  et al
16
17
18    DECLARATION OF DR. MORGAN MARCHBANKS, IN VERIFICATION AND
19     SUPPORT OF PLAINTIFF'S SUPPLEMENTAL PROOF OF SERVICE FILING
20
21       My name is Dr. Morgan Marchbanks and I declare the following:
21          I am over 18, and not a party of this action.
22          I am a resident of Sonoma County, where the mailing took place.
23          My address is 346 Major Dr., Santa Rosa, CA 95403.
24          On September 17th, 2018, I sent four envelopes containing summons, complaint, etc.,
25   via USPS certified mail, with return receipt requested, to the Defendants in the matter of Briggs v
26   Spacey et al, named Kevin Spacey, Dana Brunetti, Trigger Street Productions, Inc., and
27   Sound Point Capital Management.  Then again, ten Days later, on September 27, 2018, I sent
28   six more envelopes containing summons complaint, etc., via USPS certified mail, with return

                                      1
                  DECLARATION RE: SUPPLEMENTAL PROOF OF SERVICE

1  receipt requested, to Defendants in this matter named Kevin Spacey, Dana Brunetti, and Trigger

2  Street Productions, Inc. The address that I sent these certified parcels to are detailed in my two

3  previous service declarations in this matter.

4       I have reviewed the document(s) that I am told that the Plaintiff in this matter, Steve Wilson

5  Briggs, submitted to the Court on October 29, 2018, entitled: "**Supplemental Certification Of**

6  **Service: Proof Summons Was Served On Defendants Trigger Street Productions, Inc.**

7  **(TSP), And Sound Point Capital Management, On 09/17/2018; And Served On**

8  **Defendants Spacey, Brunetti And TSP, On 09/27/2018, In The Form Of Signed Return**

9  **Receipts  From Certified Mail Service Of Defendants; Compliant With Ccp § 417.20.**"

10      I hereby verify that all of the details in that document (named in bold print above),

11  concerning my service of the Defendants, to be completely accurate with my recollection of events,

12  and consistent with the declarations that I signed previously in this matter.

13      Additionally, I reviewed the exhibit attachments attached to that document (named in bold

14  print above), and I hereby verify that all of the exhibit attachments (which are signed return receipts

15  for service, and certified mail receipts) are the same return receipts that I prepared with the USPS

16  postal clerk on September 17, 2018, and/or are the same return receipts that Mr. Briggs pre-filed

17  for me to deliver to the US post office on September 27, 2018, to attach to the parcels at the US

18  post office, and which were subsequently signed by the Defendants or their agents, and returned,

19  via USPS mail, to my address, which I later returned to Mr. Briggs.

20      I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct.

21

22  Dated:____10/29/2018____   Signed_____

23                                      Dr. Morgan Marchbanks

24

25

26

27

28

2
DECLARATION RE: SUPPLEMENTAL PROOF OF SERVICE

1   Steve Wilson Briggs
2   4322 Chico Ave.,
    Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7
8                  **UNITED STATES DISTRICT COURT**
9                 **NORTHERN DISTRICT OF CALIFORNIA**
10                                        Civ No: 18-cv-04952-VC
11  STEVE WILSON BRIGGS              **CERTIFICATION OF SERVICE**
                                     **OF "REQUEST FOR ENTRY OF**
12            Plaintiff,                    **DEFAULT"**
                                     **AND  DECLARATION OF**
13               vs                        **CECILE LUSBY**
14  KEVIN SPACEY;  et al
15
16
17
18    **CERTIFICATION OF SERVICE OF "REQUEST FOR ENTRY OF DEFAULT"**
19            **AND DECLARATION OF CECILE LUSBY**
20
21      My name is Cecile Lusby, and I declare the following:
21      1.   I am over 18, and not a party of this action.
22      2.   I am a resident of Sonoma County, where the mailing took place.
23      4.   My address is 4322 Chico Avenue, Santa Rosa, CA 95407.
24      5.   On October 29, 2018, I deposited two envelopes containing a "Request for Entry of
25   Default" in the mail drop box at  the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa,
26   California.
27      6.   The envelopes were addressed to Trigger Street Productions, Inc., and to Sound Point
28   Capital Management, LC. The envelopes were addressed as follows:

                                        1
           CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT

a.  Trigger Street Productions, Inc.
    ℅ Frank Selvaggi
    200 Park Avenue South, 8th Floor
    New York, NY 10003

    and

b.  Sound Point Capital Management
    375 Park Avenue, 33rd Floor
    New York, NY 10152

8.  I served the documents to each of the separate parties, listed above, by enclosing the documents in separate envelopes, with prepaid first-class postage affixed, then depositing the envelopes in the mail drop box of the U.S. Post Office at 2585 Sebastopol Rd., Santa Rosa, California, on October 29, 2018.

10.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    10/29/2018    Signed:    _Cecile Lusby_

                                    Cecile Lusby

2

CERTIFICATION OF SERVICE & REQUEST FOR ENTRY OF DEFAULT

1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
   snc.steve@gmail.com
4  PLAINTIFF In Propria Persona
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
10
11  STEVE WILSON BRIGGS                    Civ No: 18-cv-04952-VC
12          Plaintiff,                **[PROPOSED] ENTRY OF DEFAULT**
13              vs
14  KEVIN SPACEY,  et al
15
16
17              **[PROPOSED] ENTRY OF DEFAULT**
18
19      Plaintiff, Steve Wilson Briggs, requests that the Clerk of Court enter default against

20  defendants Trigger Street Productions, Inc., and Sound Point Capital Management, LC, pursuant

21  to Federal Rule of Civil Procedure 55(a).  As it appears from the record that said defendants have

21  failed to appear, plead or otherwise defend within the specified time limits, the default of

22  defendants Trigger Street Productions, Inc, and Sound Point Capital Management is hereby

23  entered, pursuant to Federal Rule of Civil Procedure 55(a).

24      Dated this _____ day of _____, 2018.

25

26                      _____

27                      Susan Y. Soong, Clerk of Court

28

1
[PROPOSED] ENTRY OF DEFAULT

1 Stephen G. Larson (SBN 145225)
  *slarson@larsonobrienlaw.com*
2 Jonathan E. Phillips (SBN 233965)
  *jphillips@larsonobrienlaw.com*
3 A. Alexander Lowder (SBN 269362)
  *sbledsoe@larsonobrienlaw.com*
4 **LARSON O'BRIEN LLP**
  555 South Flower Street, Suite 4400
5 Los Angeles, CA  90071
  Telephone:  213.436.4888
6 Facsimile:   213.623.2000

7 Attorneys for TRIGGER STREET
  PRODUCTIONS, INC.

8

9            **UNITED STATES DISTRICT COURT**

10          **NORTHERN DISTRICT OF CALIFORNIA**

11

12 STEVE WILSON BRIGGS,                    | Case No: 3:18-cv-04952-VC
                                              Related Case No. 3:17-CV-6552-VC
13          Plaintiffs,

14    v.                                    [Hon. Vince Chhabria]

15 KEVIN SPACEY; ARI (ARIEL);              **DEFENDANT TRIGGER STREET**
   EMANUEL; MATT DAMON; BEN                **PRODUCTIONS, INC.'S NOTICE**
16 AFFLECK; NBC UNIVERSAL                  **OF MOTION AND MOTION TO**
   MEDIA, LLC; SONY PICTURES ENT           **DISMISS COMPLAINT**
17 INC.; TRIGGER STREET                    **PURSUANT TO FED. R. CIV. P.**
   PRODUCTIONS; NEILL                      **12(B)(6) AND/OR 9(B);**
18 BLOMKAMP; ASIF SATCHU;                  **MEMORANDUM OF POINTS**
   MORDECAI (MODI) WICZYK;                 **AND AUTORITIES IN SUPPORT**
19 WILLIAM (BILL) BLOCK; DANA              **THEREOF**
   BURNETTI; SOUND POINT CAPITAL
20 MANAGEMENT, LC; MRC (and all            *[Filed concurrently with Request for*
   MRC entities and subs.),                *Judicial Notice; Declaration of A.*
21                                          *Alexander Lowder; and [Proposed]*
            Defendants.                      *Order]*
22
                                            Date: December 6, 2018
23                                          Time: 10:00 a.m.
                                            Crtrm.: 4
24

25

26

27

28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on December 6, 2018, at 10:00 a.m., or as soon thereafter as the matter can be heard in Courtroom No. 4 of the above entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, before the Honorable Vincent Chhabria, Defendant Trigger Street Productions, Inc. ("Trigger Street") will and hereby does move this Court for an order dismissing each and every cause of action against it in the Complaint—the First through Eleventh Causes of Action.

This motion is made pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and seeks dismissal on the following bases: (1) the claims against Trigger Street are all time-barred; (2) the claims against Trigger Street are barred by the doctrine of collateral estoppel; and/or (3) the claims against Trigger Street fail to state a claim upon which relief can be granted.

This motion is based on this notice of motion, the memorandum of points and authorities attached hereto, the Declaration of A. Alexander Lowder filed concurrently herewith, the Request for Judicial Notice filed concurrently herewith, the pleadings and records on file with this Court, and on such oral argument as may be presented at the hearing of this motion.

Dated:  October 29, 2018          LARSON O'BRIEN LLP


                                  By:  /s/ Stephen G. Larson
                                  Stephen G. Larson
                                  Jonathan E. Phillips
                                  A. Alexander Lowder
                                  Attorneys for TRIGGER STREET
                                  PRODUCTIONS, INC.

1

1

# **TABLE OF CONTENTS**

Page(s)

I.  INTRODUCTION ......................................................................................1

II.  FACTUAL ALLEGATIONS ....................................................................2

III.  RELATED LAWSUITS ...........................................................................3

  A.  Briggs I .............................................................................................3

  B.  Briggs II ............................................................................................4

IV.  LEGAL STANDARD ...............................................................................5

  A.  Each and Every Claim for Relief Is Time Barred ............................5

     1.  The Breach of Contract Claim Is Time Barred....................6

     2.  The Fraud Claims Are Time Barred .....................................7

     3.  The Negligence Claims Are Time Barred ............................8

     4.  The Copyright Infringement Claims Are Time Barred .......8

     5.  The Accounting Claim Is Time Barred.................................9

  B.  The Doctrine of Collateral Estoppel Bars Each and Every Claim For Relief.......................................................................................................10

     1.  The Infringement Issue—the Basis For Briggs's Alleged Damage—Was Fully and Fairly Litigated ..........................................11

     2.  The Infringement Issue Was Actually Litigated................12

  C.  Briggs Failed to Properly Plead His Fraud Claims .......................12

  D.  The Negligence Claims Fail to Allege a Valid Duty ....................13

  E.  Briggs Failed to Properly Plead His Infringement Claims ...........13

  F.  Spoliation of Evidence Is Not a Valid Cause of Action ...............14

  G.  Civil Conspiracy Is Not an Independent Cause of Action............14

  H.  Briggs Cannot Cure His Complaint's Defects ..............................15

V.  CONCLUSION........................................................................................16

1

## TABLE OF AUTHORITIES

**Federal Cases**                                                                                          **Page(s)**

*Ashcroft v. Iqbal,*
  556 U.S. 662, 129 S. Ct. 1937 (2009) ................................................................. 5

*Bell Atlantic Corp. v. Twombly,*
  550 U.S. 544, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) ..................................... 5

*Briggs v. Blomkamp,*
  70 F.Supp.3d 1155 (N.D. Cal. 2014)........................................................ 4, 10, 11

*Briggs v. Sony Pictures Entertainment, Inc.,*
  714 Fed.Appx. 712 (9th Cir. 2018) ............................................................... 4, 10

*Collins v. D.R. Horton, Inc.,*
  505 F.3d 874 (9th Cir. 2007)............................................................................. 10

*Destfino v. Reiswig,*
  630 F.3d 952 (9th Cir. 2011) ............................................................................ 12

*Doe v. United States,*
  419 F.3d 1058 (9th Cir. 2005) ............................................................................ 5

*Durning v. First Boston Corp.,*
  815 F.2d 1265 (9th Cir.1987) .............................................................................. 5

*Harrell v. 20th Century Ins. Co.,*
  934 F.2d 203 (1991) ......................................................................................... 15

*Horne v. Harley Davidson, Inc.,*
  660 F.Supp.2d 1152 (C.D. Cal. 2009) ................................................................. 6

*Jablon v. Dean Witter & Co.,*
  614 F.2d 677 (9th Cir. 1980)............................................................................... 6

*Petrella v. Metro-Goldwyn-Mayer, Inc.,*
  134 S.Ct. 1962, 572 U.S. 663 (2014) .............................................................. 8, 9

*Pisciotta v. Teledyne Industries, Inc.,*
  91 F.3d 1326 (9th Cir. 1996)............................................................................... 6

*Roth v. Garcia Marquez,*
  942 F.2d 617 (9th Cir. 1991)........................................................................ 5, 15

1

*Sateriale v. R.J. Reynolds Tobacco Co.*,
    697 F.3d 777 (2012) ............................................................... 6

*Unicolors, Inc. v. Urban Outfitters, Inc.*,
    853 F.3d 980 (9th Cir. 2017) .............................................. 13

*Wolfson v. Brammer*,
    616 F.3d 1045 (9th Cir. 2010) ...................................... 10, 11

<u>**California Cases**</u>

*Agnew v. Parks*,
    172 Cal. App. 2d 756 (1959) ................................................. 7

*Bedolla v. Logan & Frazer*,
    52 Cal. App. 3d 118 (1975) ................................................... 7

*Chavez v. 24 Hour Fitness USA, Inc.*,
    238 Cal. App. 4th 632, 189 Cal. Rptr. 3d 449 (2015) ....................... 13

*Forbes v. Cty. of San Bernardino*,
    101 Cal. App. 4th 48, 123 Cal. Rptr. 2d 721 (2002) ....................... 14

*Hayward Union High School Dist. v. Madrid*,
    234 Cal. App. 2d 100 (1965) ................................................. 7

*Jackson v. AEG Live, Inc.*,
    233 Cal.App.4th 1156, 183 Cal.Rptr.3d 394 (2015) ....................... 13

*Jefferson v. J.E. French Co.*,
    54 Cal.2d 717 (1960) ........................................................ 9

*Miller v. Bechtel Corp.*,
    33 Cal. 3d 868 (1983) ....................................................... 8

<u>**Statutes**</u>

Code of Civil Procedure
    § 337(1) ..................................................................... 6
    § 338(d) .................................................................. 7, 9
    § 339(1) ..................................................................... 8

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION**

This lawsuit arises out of Plaintiff Steve Wilson Briggs's ("Plaintiff" or "Briggs") stubborn and mistaken belief that the film *Elysium* infringed on his copyrighted work, the screen play entitled Butterfly Driver.  This is Briggs's third attempt to prosecute his illusory claim that someone stole his idea, and it must suffer the same fate as Briggs's two previous lawsuits—dismissal.  Defendant Trigger Street Productions, Inc. ("Trigger Street") moves to dismiss each and every claim for relief alleged against it because they fail to state a claim upon which relief may be granted.  Indeed, the Complaints suffer from a myriad of fatal flaws that warrant dismissal of this lawsuit in its entirety, without leave to amend.

First and foremost, each and every claim for relief is time-barred.  Briggs's allegations against Trigger Street involve conduct from over a decade ago, and he alleges no basis—nor could he—for tolling the long-expired statutes of limitation.  Second, the doctrine of collateral estoppel prevents Briggs from satisfying an essential element of his claim.  Briggs already litigated his only alleged damage—an essential element of each of his claims—and lost, both before the trial court and on appeal.  Third, Briggs failed to properly plead essential elements to several of his claims.  Finally, at least two of Briggs's causes of action are not causes of action at all, but rather a theory of recovery (conspiracy) and a discovery dispute (spoliation) that at best would become relevant if Briggs could assert a valid substantive claim—which he cannot.

These are only a few of the many flaws and defects in Briggs's rambling, largely irrelevant, and entirely improper Complaint.  On account of these numerous fatal flaws, not only has Briggs failed to state a claim at this time, any amendment would be futile.  As such, Trigger Street respectfully requests that the Court grant this motion, in its entirety, and issue an order dismissing each and every claim against Trigger Street with prejudice.

## II.   **FACTUAL ALLEGATIONS**[1]

Briggs alleges that "TriggerStreet.com was founded in January 2002 as the web-based filmmaker and screenwriter's community of record."[2]  (Compl., Ex. B.)  Then, in November 2002, Defendant Kevin Spacey ("Spacey") attended launch parties for the website in Los Angeles, New York, and London.  (Compl., ¶¶ 101, 104, 105, 106, and 107.)  While in London, Spacey also did interviews about TriggerStreet.com.  (*Id.*)

Briggs further alleges that he was a member of TriggerStreet.com from 2006 to 2014.  (Compl., ¶¶ 3, 23.)  Briggs agreed to TriggerStreet.com's *Terms of Use* and other agreements when he joined the website.  (Compl., ¶ 207.)  Indeed, Briggs attached copies of the Website's *Terms of Use*, *About Us*, and *Security* sections to the Complaint as Exhibits A, B, and C, and he expressly incorporated them by reference therein.  (Compl., ¶¶ 26, 118.)  Briggs allegedly posted his screenplay, Butterfly Driver, to TriggerStreet.com "3-6 times from January to August of 2007," before permanently removing the screenplay from the website in August 2007.  (Compl., ¶ 116; Ex. E.)

Briggs alleges that Spacey violated TriggerStreet.com's *Terms of Use*, when he "travel[ed] to Spain for a film festival, in 2009, where he gave a speech and boasted of TS's '400,000 members around the world.'"  (Compl., ¶ 24.)  In reality, however, TriggerStreet.com's *Terms of Use* advised members that the website's content could be accessed from locations outside the United States, and informed members that it was their obligation to ensure their use of the site complied with local laws.  (Compl., Ex. A at 28.)

In October 2013, because Briggs believed the film *Elysium***,** released in

---

[1] Due to the haphazard and conclusory nature of the allegations in the Complaint, Trigger Street has limited its recitation of the Complaint's allegations to only those that are relevant to the challenges Trigger Street raises in the Motion.

[2] In or about July 2011, the web address for TriggerStreet.com changed from www.triggerstreet.com to www.labs.triggerstreet.com.  (Compl., ¶ 23.)

1    August 2013, was "an infringement on his work, [he] sued for copyright

2    infringement" in *Briggs v. Blomkamp, et al*, No. CV 13-4679 (*Briggs I*).  (Compl.,

3    ¶ 121; RJN, Ex. A.)

4        On or about April 15, 2015, while Briggs was litigating his copyright claims

5    in *Briggs I*, Briggs wrote to TriggerStreet.com to request "all records of every

6    member who accessed [his] work during the timeframe (01/01/2007 to

7    08/31/2007)."  (Compl. ¶ 30; Ex. E.)  The same day, April 15, TriggerStreet.com

8    responded and advised Briggs "once your submission is deleted from the site all

9    records are deleted as well."  (Compl., Ex. F.)  Briggs's email and

10   TriggerStreet.com's response are attached to the Complaint as Exhibits E and F,

11   and expressly incorporated by reference therein.  (Compl., ¶ 30.)  In 2014,

12   TriggerStreet.com posted an announcement on its site that it would be shutting

13   down.  (Compl., Ex. D at 3.)

14       Briggs alleges that the "Defendants' grossly negligent culture and practices

15   inevitably led to the misappropriation of [Briggs's] intellectual property, and led

16   Defendant Sony Pictures to purchase the infringing film, *Elysium*, without first

17   reading Defendant (**Def**) Blomkamp's screenplay."  (Compl. ¶ 33.)  Briggs asserts

18   that the "Defendants' final illegal action occurred on Nov 6th, 2014 … when Defs

19   surreptitiously closed [TriggerStreet.com]."  (Compl., ¶ 38.)  Because Defendants

20   Kevin Spacey and Dana Brunetti are the founder of the website and its CEO,

21   Briggs alleges that Trigger Street "is complicit in all of Defs Spacey's and

22   Brunetti's violations, detailed herein."  (Compl. ¶ 128.)

23   **III.    RELATED LAWSUITS**

24       **A.    Briggs I**

25       On or about October 8, 2013, Briggs filed the initial complaint in *Briggs I*.

26   (RJN, Ex. 1 (docket).)  Briggs named Neill Blomkamp, Sony Pictures

27   Entertainment, Inc., TriStar Pictures, Inc., Media Rights Capital, and QED

28   International as defendants.  (RJN, Ex. 2 (*Briggs I* Complaint).)  The *Briggs I*

1   complaint asserted a single claim for copyright infringement, alleging that the

2   defendants' "film (and screenplay) 'Elysium', infringes on [Briggs's] copyright of

3   his original screenplay, Butterfly Driver." (RJN, Ex. 2 (*Briggs I* Complaint).)

4       On or about October 3, 2014, Judge Hamilton granted the defendants'

5   motion for summary judgment, finding that Briggs failed to offer *any* evidence of

6   infringement. *Briggs v. Blomkamp*, 70 F.Supp.3d 1155 (N.D. Cal. 2014). On

7   February 28, 2018, the Ninth Circuit affirmed Judge Hamilton's order granting the

8   defendants' motion for summary judgment. *Briggs v. Sony Pictures*

9   *Entertainment, Inc.*, 714 Fed.Appx. 712 (9th Cir. 2018). The Supreme Court

10  denied Briggs's petition for writ of certiorari on October 1, 2018. *Briggs v. Sony*

11  *Pictures, et al*, 2018 WL 339164 (S. Ct. Oct. 1, 2018).

12      **B.    Briggs II**

13      On or about November 13, 2017—while his appeal of *Briggs I* was still

14  pending before the Ninth Circuit—Briggs filed *Briggs v. Universal Pictures, et al*,

15  No. 3:17-cv-06552-VC (*Briggs II*), asserting fourteen claims and naming twenty-

16  three defendants. (RJN, Ex. 3 (*Briggs II* Docket).) Many of the defendants named

17  in the *Briggs II* complaint are also named in the instant lawsuit. (*Id.*, Ex. 4

18  (Complaint in *Briggs II*).) Briggs also asserted many of the same causes of action

19  asserted here. (*Id.*) Briggs filed an amended complaint in *Briggs II* on January 2,

20  2018, removing certain claims and adding claims for copyright infringement.

21  (RJN, Ex. 5 (FAC in *Briggs II*).)

22      On April 25, 2018, this Court dismissed *Briggs II* without prejudice. (*Id.*,

23  Ex. 6. (Dismissal in *Briggs II*).) Briggs admits that the instant lawsuit involves the

24  same claims alleged in *Briggs II*. (Compl., ¶ 1.) Specifically, the common claims

25  between *Briggs II* and this lawsuit are: (1) civil conspiracy, (2) breach of contract,

26  (3) fraud, (4) fraudulent deceit, (5) fraudulent concealment, (6) negligence, (7)

27  gross negligence, (8) spoliation, (9) infringing exploitation, and (10) copyright

28  infringement.

## IV.   <u>LEGAL STANDARD</u>

Under Federal Rule of Civil Procedure 12(b)(6), a party may bring a motion to dismiss for failure to state a claim upon which relief can be granted.  When evaluating a Rule 12(b)(6) motion, a court must accept all material allegations in the complaint—as well as any reasonable inferences to be drawn from them—as true and construe them in the light most favorable to the non-moving party.  *See Doe v. United States*, 419 F.3d 1058, 1062 (9th Cir. 2005).

"While a complaint attacked by a Rule 12(b)(6) motion to dismiss does not need detailed factual allegations, a plaintiff's obligation to provide the 'grounds' of his 'entitlement to relief' requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (citations omitted).  Rather, the allegations in the complaint "must be enough to raise a right to relief above the speculative level." *Id.* at 545.  "Nor does a complaint suffice if it tenders 'naked assertion[s]' devoid of 'further factual enhancement.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S. Ct. 1937, 1949 (2009).

Furthermore, "[i]f a complaint is accompanied by attached documents, the court is not limited by the allegations contained in the complaint." *Durning v. First Boston Corp.*, 815 F.2d 1265, 1267 (9th Cir.1987) (citing *Amfac Mortgage Corp. v. Arizona Mall of Tempe*, 583 F.2d 426, 429-30 (9th Cir.1978)).  "These documents are part of the complaint and may be considered in determining whether the plaintiff can prove any set of facts in support of the claim." *Id.* "Moreover, when the allegations of the complaint are refuted by an attached document, the Court need not accept the allegations as being true." *Roth v. Garcia Marquez*, 942 F.2d 617, 625, fn 1 (9th Cir. 1991)

### A.   <u>Each and Every Claim for Relief Is Time Barred</u>

It is clear from the face of the Complaint and the attached documents that

1   each and every cause of action against Trigger Street is time barred.  Plaintiff
2   asserts a mix of federal and state law claims against Trigger Street, all arising from
3   events that occurred over four years ago at the earliest, with most occurring over a
4   decade ago.  Thus, even on the most charitable reading of the Complaint, all of
5   Briggs's claims are stale.

6       "If the running of the statute is apparent on the face of the complaint, the
7   defense may be raised by a motion to dismiss." *Jablon v. Dean Witter & Co.*, 614
8   F.2d 677, 682 (9th Cir. 1980).  Dismissal is appropriate "where it is evident from
9   the face of the complaint that the claim is barred by the statute of limitations."
10  *Horne v. Harley Davidson, Inc.*, 660 F.Supp.2d 1152, 1157 (C.D. Cal. 2009).
11  "Under federal law, a cause of action accrues when the plaintiff knows or has
12  reason to know of the injury that is the basis of the action." *Pisciotta v. Teledyne*
13  *Industries, Inc.*, 91 F.3d 1326, 1331 (9th Cir. 1996).  Under California law, "[a]
14  cause of action accrues at the moment 'when the cause of action is complete with
15  all of its elements.'"  *Horne*, 660 F.Supp.2d 1152 (C.D. Cal. 2009) (quoting *Fox v.*
16  *Ehticon Endo-Surgery, Inc.*, 35 Cal.4th 797, 806 (2005)).

17                  1.    The Breach of Contract Claim Is Time Barred

18      The statute of limitations for a breach of contract claim is four years.  *See*
19  Cal. Code. Civ. Proc. § 337(1); *see also Sateriale v. R.J. Reynolds Tobacco Co.*,
20  697 F.3d 777, 792 (2012).  Briggs filed the instant lawsuit in August 2018.  Thus,
21  his breach of contract claim is time barred unless it accrued after August 2014.
22  However, without conceding that Briggs properly pled his Second Claim for
23  Relief,[3] his alleged breach of contract claim accrued over nine years ago, well
24  beyond the applicable statute of limitations.

25  [3] He did not.  While Briggs alleges that the TriggerStreet.com website's *Terms of*
26  *Use* represented that the website's content would not be available to users outside
    of the United States, (Compl. ¶¶ 26, 118), that representation does not appear in the
27  *Terms of Use*, (Compl., Ex. A.)  To the contrary, the *Terms of Use* expressly
    acknowledge that the website could be accessed from locations outside the United
28  States.  (*Id.* at 28.)

1       Briggs alleges that, in 2006, he entered into a contract "with the Defendants"

2  when he "joined the Trigger Street social network" and agreed to the "*Terms of*

3  *Use* and other agreements." (Compl. ¶¶ 3, 23, 207.) Briggs also asserts that, in

4  2009, Defendants breached the contract when Spacey boasted about the website's

5  400,000 members around the world. (Compl. ¶ 214.) Although Spacey's boasting

6  is not actually a breach of the *Terms of Use*, even if it was, any breach of contract

7  claim flowing from this alleged statement accrued in November 2009, if not

8  sooner. Thus, it is clear that Briggs's breach of contract claim is time barred, as

9  the limitations period for a November 2009 breach would have run by November

10  2013.

11               2.    The Fraud Claims Are Time Barred

12       The statute of limitations for fraud claims is three years. Cal. Civ.

13  Proc. Code § 338(d). While the statute of limitations is tolled until the discovery

14  of the fraud, a plaintiff who brings a fraud claim more than three years after the

15  alleged fraud took place must plead and prove "facts showing that he was not

16  negligent in failing to make the discovery sooner and that he had no actual or

17  presumptive knowledge of facts sufficient to put him on inquiry." *Hayward Union*

18  *High School Dist. v. Madrid*, 234 Cal. App. 2d 100, 126-27 (1965); *see also*

19  *Bedolla v. Logan & Frazer*, 52 Cal. App. 3d 118, 129 (1975) ("the provision

20  tolling the operation of the statute until discovery is an exception, and, accordingly,

21  plaintiff must affirmatively excuse his failure to discover the fraud within three

22  years"); *Agnew v. Parks*, 172 Cal. App. 2d 756, 766 (1959) ("The fraudulent

23  acts…were alleged to have occurred…more than five years before the original

24  complaint was filed, and the pleading having failed to allege facts relating to their

25  discovery they are barred by the three-year statute.") (internal citations and

26  quotations omitted). Once a plaintiff is aware or should be aware of facts that

27  "would make a reasonably prudent person suspicious, [he has] a duty to investigate

28  further, and [will be] charged with knowledge of matters which would have been

1  revealed by such investigation." *Miller v. Bechtel Corp.*, 33 Cal. 3d 868, 875

2  (1983) (*citing Bedolla,* 52 Cal.App.3d at 131).

3       Here, Briggs asserts three claims sounding in fraud against Trigger Street—

4  the Third, Fourth, and Fifth Claims for Relief.  However, the only potential basis

5  for the fraud-based claims with respect to Trigger Street is TriggerStreet.com.  (*See*

6  Compl., ¶ 219, 227.)  But, as alleged in the Complaint, the website has been shut

7  down since 2014.  (Compl., ¶ 3, 23.)  Furthermore, Briggs concedes that he was

8  aware that the Website shutdown in 2014.  (Compl., ¶¶ 3, 38 ("Defendants' final

9  illegal action occurred on Nov 6th, 2014 … when Defs surreptitiously closed

10  [TriggerStreet.com].");  Ex. E.)  Because Briggs admits that Trigger Street did not

11  make any misrepresentations or actionable omissions after November 6, 2014, any

12  claim sounding in fraud expired by November 6, 2017.  And since Briggs did not

13  file the instant fraud claims until August 15, 2018, they must be dismissed.

14                3.       The Negligence Claims Are Time Barred

15       Under California law, the statute of limitations for negligence actions is two

16  years.  Cal. Code. Civ. Proc. § 339(1).  As it pertains to Trigger Street, Briggs's

17  negligence claims—the Sixth and Seventh Claims for relief—only allege

18  wrongdoing in connection with TriggerStreet.com.  (Compl. ¶¶ 236-244.)  Again,

19  given that the website shut down on November 6, 2014 (Compl., ¶¶ 3, 38), and the

20  lack of any allegations of conduct by Trigger Street after that date, Briggs's

21  negligence claims against Trigger Street must have been filed by November 6,

22  2016, at the latest.  Because Briggs filed his negligence claims in 2018, both claims

23  are stale and should be dismissed.

24                4.       The Copyright Infringement Claims Are Time Barred

25       The statute of limitations for all claims arising under the Copyright Act is

26  three years.  *See Petrella v. Metro-Goldwyn-Mayer, Inc.*, 134 S.Ct. 1962, 1968-69,

27  572 U.S. 663 (2014).  "[T]he limitations period generally begins to run at the point

28  when the plaintiff can file suit and obtain relief.  A copyright claim thus arises or

1    accrues when an infringing act occurs." *Id*. at 1969 (internal citations omitted).

2         As with the fraud and negligence claims, the only basis for Briggs's

3    copyright infringement claims against Trigger Street—the Ninth and Tenth Claims

4    for Relief—is the website TriggerStreet.com.  However, since the website

5    shutdown in 2014, ending the site's ability to distribute any of Briggs's work, and

6    because Briggs concedes that Defendants' last allegedly wrongful act occurred on

7    November 6, 2014 (Compl., ¶¶ 3, 38), there is no factual basis in the Complaint to

8    suggest that any infringement on the part of Trigger Street could have occurred

9    after that time.  Accordingly, any infringement claim against Trigger Street must

10   have been filed by November 6, 2017.  Because Briggs did not file the instant

11   lawsuit until August 2018, his infringement claims must be dismissed.

12              5.    The Accounting Claim Is Time Barred

13        The statute of limitations for an accounting action depends on "the nature of

14   the right sued upon, not the form of action or the relief demanded." *Jefferson v.*

15   *J.E. French Co.*, 54 Cal.2d 717, 718 (1960).  Here, due to the nature of Briggs's

16   pleading, the exact nature of the right sued upon is unclear.  Looking to paragraph

17   268 of the Complaint, it seems that Briggs's claim for an accounting is based, at

18   least in part, on the allegation that the named defendants infringed on his

19   (unidentified) copyrighted work.  Briggs also alludes to fraudulent behavior as the

20   basis for his accounting claim.  In either instance, however, the statute of

21   limitations would be three years. *See Petrella*, 134 S.Ct. at 1968-69 (copyright);

22   Cal. Civ. Proc. Code § 338(d) (fraud).  As explained above, the Complaint fails to

23   identify any potentially actionable conduct by Trigger Street after the website shut

24   down on November 6, 2014—meaning the statute of limitations ran no later than

25   November 6, 2017.  Thus, his accounting claim is also time barred.

26        In sum, the relevant statutes of limitations bar each and every cause of action

27   alleged against Trigger Street.  Thus, the Court need look no further for a basis to

28   dismiss Briggs's claims against Trigger Street.  However, the applicable statutes of

1   limitations is not the only basis to dismiss these claims.  In addition to being time

2   barred, Briggs's claims against Trigger Street fail based on the doctrine of estoppel

3   and Briggs's failure to plead the essential elements of his claims.

4   **B.**      **The Doctrine of Collateral Estoppel Bars Each and Every Claim**

5               **For Relief**

6   After setting aside Briggs's rambling rants against the entertainment

7   industry, which are untethered to any actual claim, it becomes clear that the entire

8   lawsuit arises from the same allegedly wrongful act—Sony's distribution of the

9   film *Elysium*.  (*See, e.g.,* Compl. ¶ 33 (alleging that Defendants' conduct  "led to

10  the misappropriation of [Briggs's] intellectual property, and led Defendant Sony

11  Pictures to purchase the infringing film, *Elysium*, without first reading Defendant

12  (**Def**) Blomkamp's screenplay")).

13  Not surprisingly, then, the only damages identified by Briggs flow from his

14  claim that *Elysium* infringed on his copyrighted work, Butterfly Driver.  (*See*

15  Compl. ¶¶ 185, 268 (claiming damages for the profits earned from *Elysium*).)  But

16  the merits of his copyright claim regarding *Elysium* were fully and fairly litigated

17  to final judgment in *Briggs I.  See Briggs v. Blomkamp*, 70 F.Supp.3d 1155 (N.D.

18  Cal. 2014); *Briggs v. Sony Pictures Entertainment, Inc.*, 714 Fed.Appx. 712 (9th

19  Cir. 2018); and *Briggs v. Sony Pictures, et al*, 2018 WL 339164 (S. Ct. Oct. 1,

20  2018).  And because the issue of infringement was decided against Briggs, he

21  cannot prove an essential element of every one of his claims—damage.

22  "Defensive use of collateral estoppel precludes a plaintiff from relitigating

23  identical issues by merely switching adversaries."  *Collins v. D.R. Horton, Inc.*,

24  505 F.3d 874, 881 (9th Cir. 2007) (internal citations and quotations omitted).

25  "[T]he doctrine of collateral estoppel can apply to preclude relitigation of both

26  issues of law and issues of fact if those issues were conclusively determined in a

27  prior action."  *Wolfson v. Brammer*, 616 F.3d 1045, 1064 (9th Cir. 2010).  "Under

28  this doctrine, a party is precluded from relitigating an issue if four requirements are

1   met: (1) there was a full and fair opportunity to litigate the issue in the previous

2   action; (2) the issue was actually litigated; (3) there was final judgment on the

3   merits; and (4) the person against whom collateral estoppel is asserted was a party

4   to or in privity with a party in the previous action." *Id.*

5       As explained above, the third and fourth elements of collateral estoppel are

6   indisputable.  The Court entered final judgment on the merits in *Briggs I.,* and

7   privity is satisfied because Briggs is the plaintiff in both cases.  This lawsuit also

8   satisfies the remaining elements of collateral estoppel, as discussed below.

9           1.   The Infringement Issue—the Basis For Briggs's Alleged

10               Damage—Was Fully and Fairly Litigated

11      In this lawsuit, Briggs again alleges that "Defendants' grossly negligent

12   culture and practices inevitably led to the misappropriation of [Briggs's]

13   intellectual property, and led Defendant Sony Pictures to purchase the infringing

14   film, *Elysium*, without first reading Defendant (**Def**) Blomkamp's screenplay."

15   (Compl. ¶ 33.)  However, Briggs had a full and fair opportunity to litigate whether

16   the film *Elysium* infringed on his copyrighted work, "Butterfly Driver" in *Briggs I.*

17   In that suit, Blomkamp, Sony Pictures Entertainment, Inc., Tristar Pictures, Inc.,

18   Media Rights Capital II, L.P., and QED International LLC, the alleged infringers,

19   moved for summary judgment.  *See Briggs v. Blomkamp, et* al, 70 F.Supp.3d 1155

20   (N.D. Cal. 2014).  In opposition to that motion, Briggs had the opportunity to

21   present evidence and argument to Judge Hamilton.  (*Id.*)

22      After considering the parties' submissions and arguments, Judge Hamilton

23   issued a lengthy and detailed opinion, affirmed by the Ninth Circuit, and denied for

24   review by the Supreme Court.  Judge Hamilton's opinion proves that Briggs did

25   not lose summary judgment because he lacked an opportunity to marshal his

26   evidence—he lost because his marshaled evidence failed to establish infringement

27   of any kind.  Accordingly, the first collateral estoppel element is satisfied.

28

CASE NO: 3:18-CV-04952-VC
MOTION TO DISMISS COMPLAINT

2.      The Infringement Issue Was Actually Litigated

Judge Hamilton's summary judgment order in *Briggs I* held that Briggs failed to adduce any evidence in support of his copyright claim.  Judge Hamilton reached this conclusion only after considering the evidence and argument cited by Briggs.  Thus, the infringement issue was actually litigated and resolved against Briggs.

Briggs contract, fraud, negligence, and infringement claims all require Briggs to plead and prove the element of damage.  But the damages alleged in the Complaint flow from a theory of recovery Briggs is collaterally estopped from proving—copyright infringement related *Elysium*.  Collateral estoppel therefore prevents Briggs from satisfying an essential element of his claims against Trigger Street, and the claims against Trigger Street must be dismissed.

**C.      Briggs Failed to Properly Plead His Fraud Claims**

The Third and Fourth Claims for Relief, sounding in fraud, must be dismissed for the additional reason that they fail to satisfy the pleading requirements of Rule 9 (b).  A plaintiff must comply with Rule 9(b) when alleging fraud.  *See Destfino v. Reiswig*, 630 F.3d 952, 958 (9th Cir. 2011).  Among other things, "Rule 9(b) does not allow a complaint to lump multiple defendants together but requires plaintiffs to differentiate their allegations when suing more than one defendant."  *Id.* (citations omitted).

Here, the charging allegations contained in the Third and Fourth Claims for Relief make no attempt to differentiate between the various Defendants.  Rather, Briggs lumps all of the Defendants together, alleging, for example, "*Defendants* made numerous false representations," or "*Defendants* made these false statements and omissions to deceive the Plaintiff."  (Compl., ¶¶ 219, 229 (emphasis added).)  Because Briggs failed to differentiate between the various Defendants when pleading his fraud claims, they must be dismissed for failure to comply with Rule 9 (b)'s pleading requirements.

D.   **The Negligence Claims Fail to Allege a Valid Duty**

"Actionable negligence is traditionally regarded as involving the following: (a) a legal duty to use due care; (b) a breach of such legal duty; (c) the breach as the proximate or legal cause of the resulting injury." *Jackson v. AEG Live, Inc.*, 233 Cal.App.4th 1156, 1173, 183 Cal.Rptr.3d 394 (2015) (citation and internal quotations omitted). "While breach of duty and proximate cause normally present factual questions, the existence of a legal duty in a given factual situation is a question of law for the courts to determine." *Id.* (citations and internal quotations omitted). In addition to the traditional elements of negligence, to state a claim for gross negligence, a plaintiff must "also allege conduct by the defendant involving either want of even scant care or an extreme departure from the ordinary standard of conduct." *Chavez v. 24 Hour Fitness USA, Inc.*, 238 Cal. App. 4th 632, 640, 189 Cal. Rptr. 3d 449, 456 (2015) (internal citations omitted).

Briggs failed to allege the breach of a legal duty, an essential element to both his Sixth and Seventh Claims for Relief. In the absence of any allegations to satisfy that element of his negligence claims, they must be dismissed for failure to state a claim.

E.   **Briggs Failed to Properly Plead His Infringement Claims**

"To prove copyright infringement, a plaintiff must demonstrate (1) ownership of the allegedly infringed work and (2) copying of the protected elements of the work by the defendant." *Unicolors, Inc. v. Urban Outfitters, Inc.*, 853 F.3d 980, 984 (9th Cir. 2017) (citations omitted).

Briggs Complaint falls well short of pleading the elements of a viable claim under the copyright act. Neither the Ninth Claim for Relief nor the Tenth Claim for Relief identifies the work that was allegedly infringed. (See Compl. ¶¶ 252-261.) Moreover, both claims fail to allege the copying of any protected elements of any work by Trigger Street. (*Id.*) The Complaint thus fails to state a claim for copyright infringement.

- 13 -

1       Even if the Court were to assume that these claims relate to his screenplay,

2  Butterfly Driver, they still fail for two fundamental reasons.  First, there are no

3  allegations that Trigger Street did anything with this screenplay other than allow

4  Briggs to post it on TriggerStreet.com.  Briggs's own intentional act of posting his

5  copyrighted work on the world wide web cannot legally or logically be the basis

6  for a claim of infringement against Trigger Street.  And second, to the extent the

7  alleged infringement involves the allegation that *Elysium* infringed on his

8  copyright, any such claims are barred by the doctrine of collateral estoppel.  (*See*

9  Section B, *supra*.)  After Briggs had a full and fair opportunity to litigate his claim

10  in *Briggs I*, Judge Hamilton entered summary judgment in favor of Blomkamp,

11  and the Ninth Circuit denied Briggs's appeal.  Thus, he cannot re-litigate the issues

12  raised in *Briggs I*.

### F.    <u>Spoliation of Evidence Is Not a Valid Cause of Action</u>

       Briggs Eighth Claim for Relief must fail because California does not

recognize a tort cause of action for spoliation of evidence.  Specifically, under

California law, "there is no tort remedy for the intentional spoliation of evidence

by a party to the cause of action to which the spoliated evidence is relevant."

*Forbes v. Cty. of San Bernardino*, 101 Cal. App. 4th 48, 55, 123 Cal. Rptr. 2d 721,

725 (2002) (citing *Cedars-Sinai Medical Center v. Superior Court*, 18 Cal.4th 1, 5,

954 P.2d 511 (1998)).  Similarly, there is no cause of action in tort for intentional

spoliation of evidence by third parties.  *Forbes*, 101 Cal.App.4th at 55 (citing

*Temple Cmty. Hosp. v. Superior Court*, 20 Cal. 4th 464, 471, 976 P.2d 223, 228

(1999).  Finally, "a statutory duty to preserve evidence is not enough by itself to

warrant tort liability."  *Forbes*, 101 Cal.App.4th at 57.  Thus, Briggs cannot

maintain a claim for spoliation against Trigger Street, and the Eighth Claim for

Relief must be dismissed for failure to state a claim.

### G.    <u>Civil Conspiracy Is Not an Independent Cause of Action</u>

       It is well settled that, under California law, "'there is no separate tort of civil

1   conspiracy, and there is no civil action for conspiracy to commit a recognized tort

2   unless the wrongful act itself is committed and damage results therefrom.'"

3   *Harrell v. 20th Century Ins. Co.*, 934 F.2d 203, 208 (1991) (quoting *Kerr v. Rose,*

4   *216 Cal.App.3d 1551, 1564 (1990)).  In *Harrell*, the plaintiff asserted a civil

5   conspiracy claim based on fraud.  However, the court concluded that the plaintiff's

6   fraud claim was barred by the three-year statute of limitations, and as a result, the

7   conspiracy claim failed as well.  *See Harrell*, 934 F.2d at 208.

8          Briggs's civil conspiracy claim must suffer the same fate as the claim in

9   *Harrell*.  Due to the haphazard nature of the allegations in the Complaint, it is far

10  from clear what specific wrongful conduct Briggs's conspiracy claims is based on.

11  However, Briggs's lack of clarity does not prevent dismissal, because each and

12  every cause of action alleged in the Complaint is time barred, barred by the

13  doctrine of collateral estoppel, or fatally deficient in some other respect.  In the

14  absence of any viable claims, Briggs's civil conspiracy claim must also be

15  dismissed.

16         **H.**     **Briggs Cannot Cure His Complaint's Defects**

17         Generally, "leave [to amend] shall be freely given when justice so requires."

18  Federal Rule of Civil Procedure 15(a).  The four factors "commonly used to

19  determine the propriety of a motion for leave to amend … are bad faith, undue

20  delay, prejudice to the opposing party, and futility of amendment."  *Roth v. Garcia*

21  *Marquez*, 942 F.2d 617, 628 (9th Cir. 1991) (citations omitted).  In this case, the

22  fourth factor, futility of amendment, counsels against granting Briggs leave to

23  amend.

24         The law is clear that "futile amendments should not permitted."  *Roth*, 942

25  F.2d at 628 (quoting *Klamath-Lake Pharm. Ass'n v. Klamath Med. Serv. Bureau*,

26  701 F.2d 1276, 1293 (9th Cir. 1983)).  "[C]ourts have discretion to deny leave to

27  amend a complaint for 'futility,' and futility includes the inevitability of a claim's

28  defeat on summary judgment."  *Roth*, 942 F.2d at 628 (quoting *Johnson v.*

1   *American Airlines, Inc.,* 834 F.2d 721, 724 (9th Cir. 1987).

2   Here, it is clear that each and every claim for relief is time barred, and that

3   amendment cannot cure this fatal defect of Briggs's current pleading.  Briggs's

4   allegations in the lawsuit, the documents incorporated by reference in the

5   Complaint, and his statements in *Briggs I* and *Briggs II*, prove that Briggs cannot

6   plead around the statute of limitations.  The fact of the matter is that all of the

7   conduct alleged in the Complaint is old.  And Plaintiff cannot plead tolling because

8   he concedes that he has been aware of the allegedly wrongful conduct for at least

9   four years, and in many instances, much longer.

10   Because Briggs's claims are fatally and incurably flawed, leave to amend

11   should not be granted.

12   **V.    CONCLUSION**

13   For the foregoing reasons, Defendant Trigger Street Productions, Inc.

14   respectfully requests that the Court dismiss all claims against it in Plaintiff's

15   Complaint.

16

17   Dated:  October 29, 2018                    LARSON O'BRIEN LLP

18   _____

19                                              By:  */s/* Stephen G. Larson

20                                              Stephen G. Larson
                                                Jonathan E. Phillips

21                                              A. Alexander Lowder
                                                Attorneys for TRIGGER STREET

22                                              PRODUCTIONS, INC.

23

24

25

26

27

28

1  Stephen G. Larson (SBN 145225)
   *slarson@larsonobrienlaw.com*
2  Jonathan E. Phillips (SBN 233965)
   *jphillips@larsonobrienlaw.com*
3  A. Alexander Lowder (SBN 269362)
   *sbledsoe@larsonobrienlaw.com*
4  **LARSON O'BRIEN LLP**
   555 South Flower Street, Suite 4400
5  Los Angeles, CA  90071
   Telephone:  213.436.4888
6  Facsimile:   213.623.2000

7  Attorneys for TRIGGER STREET
   PRODUCTIONS, INC.
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11
    STEVE WILSON BRIGGS,                 Case No: 3:18-cv-04952-VC
12                                        Related Case No. 3:17-CV-6552-VC
              Plaintiffs,
13                                        [Hon. Vince Chhabria]
       v.
14                                        **REQUEST FOR JUDICIAL NOTICE IN**
    KEVIN SPACEY; ARI (ARIEL);            **SUPPORT OF TRIGGER STREET**
15  EMANUEL; MATT DAMON; BEN              **PRODUCTIONS, INC.'S MOTION**
    AFFLECK; NBC UNIVERSAL                **TO DISMISS COMPLAINT PURSUANT**
16  MEDIA, LLC; SONY PICTURES ENT         **TO FED. R. CIV. P. 12(b)(6) AND/OR**
    INC.; TRIGGER STREET                  **9(b)**
17  PRODUCTIONS; NEILL
    BLOMKAMP; ASIF SATCHU;                *[Filed concurrently with Notice of*
18  MORDECAI (MODI) WICZYK;               *Motion and Motion to Dismiss;*
    WILLIAM (BILL) BLOCK; DANA            *Declaration of A. Alexander Lowder;*
19  BURNETTI; SOUND POINT CAPITAL         *and [Proposed] Order]*
    MANAGEMENT, LC; MRC (and all
20  MRC entities and subs.),              Date: December 6, 2018
                                          Time: 10:00 a.m.
21            Defendants.                 Crtrm.: 4
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Defendant Trigger Street Productions, Inc. ("Trigger Street") hereby requests that this Court take judicial notice of the following documents in support of Trigger Street's Motion to Dismiss:

1.     The docket in the matter entitled Steve Wilson Briggs v. Neill Blomkamp, et al., N.D. Cal. Case No. 13-cv-4679-PJH ("*Briggs I*"), a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 1.

2.     The Complaint (without exhibits) in *Briggs I*, a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 2.

3.     The docket in the matter entitled *Briggs v. Universal Pictures, et al*, N.D. Cal. Case No. 3:17-cv-06552-VC ("*Briggs II*"), a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 3.

4.     The Complaint (without exhibits) in *Briggs II*, a true and correct copy of which is attached hereto as Exhibit 4.

5.     The First Amended Complaint (without exhibits) in *Briggs II*, a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 5.

6.     The Dismissal in *Briggs II*, a true and correct copy of which is attached to the concurrently filed Declaration of A. Alexander Lowder as Exhibit 6.

In ruling on a Rule 12(b)(6) motion, a "court may take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment, as long as the facts noticed are not subject to reasonable dispute." *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1006 n.9 (9th Cir.

1   2002) (internal citations omitted).  A court "must take judicial notice if a party

2   requests it and the court is supplied with the necessary information."  *See* Fed. R.

3   Evid. 201(c)(2); *In re Icenhower*, 755 F.3d 1130, 1142 (9th Cir. 2014).  The court

4   "may take notice of proceedings in other courts, both within and without the

5   federal judicial system if those proceedings have a direct relation to matters at

6   issue."  *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d

7   244, 248 (9th Cir. 1992) (internal citations omitted); *see also Reyn's Pasta Bella,*

8   *LLC v. Vista USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take

9   judicial notice of court filings and other matters of public record.").

10          Accordingly, Trigger Street respectfully requests that this Court take judicial

11   notice of Exhibits 1 through 6 identified above and attached to the concurrently

12   filed Declaration of A. Alexander Lowder.

13

14    Dated: October 29, 2018                    LARSON O'BRIEN LLP

15

16                                               By:  */s/* Stephen G. Larson
                                                 Stephen G. Larson
17                                               Jonathan E. Phillips
                                                 A. Alexander Lowder
18                                               Attorneys for TRIGGER STREET
                                                 PRODUCTIONS, INC.

19

20

21

22

23

24

25

26

27

28

ER 1005

1   Stephen G. Larson (SBN 145225)
    *slarson@larsonobrienlaw.com*
2   Jonathan E. Phillips (SBN 233965)
    *jphillips@larsonobrienlaw.com*
3   A. Alexander Lowder (SBN 269362)
    *sbledsoe@larsonobrienlaw.com*
4   **LARSON O'BRIEN LLP**
    555 South Flower Street, Suite 4400
5   Los Angeles, CA  90071
    Telephone:  213.436.4888
6   Facsimile:   213.623.2000

7   Attorneys for TRIGGER STREET
    PRODUCTIONS INC.

8

9                 **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11
    STEVE WILSON BRIGGS,                     Case No: 3:18-cv-04952-VC
12                                            Related Case No. 3:17-CV-6552-VC
              Plaintiffs,
13                                           [Hon. Vince Chhabria]
         v.
14                                           **DECLARATION OF A. ALEXANDER**
    KEVIN SPACEY; ARI (ARIEL);               **LOWDER IN SUPPORT OF**
15  EMANUEL; MATT DAMON; BEN                 **DEFENDANTS' MOTION TO DISMISS**
    AFFLECK; NBC UNIVERSAL                   **COMPLAINT PURSUANT TO FED. R.**
16  MEDIA, LLC; SONY PICTURES ENT            **CIV. P. 12(b)(6) AND/OR 12(b)(1)**
    INC.; TRIGGER STREET
17  PRODUCTIONS INC.; NEILL                  *[Filed concurrently with Notice of*
    BLOMKAMP; ASIF SATCHU;                   *Motion and Motion to Dismiss;*
18  MORDECAI (MODI) WICZYK;                  *Request for Judicial Notice; and*
    WILLIAM (BILL) BLOCK; DANA               *[Proposed] Order]*
19  BURNETTI; SOUND POINT CAPITAL
    MANAGEMENT, LC; MRC (and all             Date: December 6, 2018
20  MRC entities and subs.),                 Time: 10:00 a.m.
                                             Crtrm.: 4
21            Defendants.

22

23

24

25

26

27

28

## **DECLARATION OF A. ALEXANDER LOWDER**

I, A. Alexander Lowder, hereby declare and state as follows:

1.      I am an attorney licensed to practice law before this Court and am currently a partner at the law firm of Larson O'Brien LLP, attorneys for Defendants Kevin Spacey in the above-captioned matter.  I have personal knowledge of all facts stated herein, except where stated otherwise, and if called upon to do so, I can and will testify thereto.

2.      A true and correct copy of the docket in the matter entitled *Steve Wilson Briggs v. Neill Blomkamp*, et al., N.D. Cal. Case No. 13-cv-4679-PJH ("*Briggs I*") is attached hereto as Exhibit 1.

3.      A true and correct copy of the Complaint in *Briggs I*, is attached hereto as Exhibit 2.

4.      A true and correct copy of the docket in the matter entitled *Briggs v. Universal Pictures, et al*, N.D. Cal. Case No. 3:17-cv-06552-VC ("*Briggs II*") is attached hereto as Exhibit 3.

5.      A true and correct copy of the Complaint in *Briggs II*, is attached hereto as Exhibit 4.

6.      A true and correct copy of the First Amended Complaint in *Briggs II*, is attached hereto as Exhibit 5.

7.      A true and correct copy of the Dismissal in *Briggs II*, is attached hereto as Exhibit 6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of October, 2018, at Los Angeles, California.

_A. Alexander Lowder

1

# EXHIBIT 1

ADRMOP,AO279,CLOSED,E-ProSe,ProSe

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:13-cv-04679-PJH

Briggs v. Blomkamp et al

Assigned to: Hon. Phyllis J. Hamilton

Referred to: Magistrate Judge Laurel Beeler

Case in other court:  Ninth Circuit Court of Appeals, 14-17175

U.S. Supreme Court, 18-00063

Cause: 17:501 Copyright Infringement

Date Filed: 10/08/2013

Date Terminated: 10/03/2014

Jury Demand: None

Nature of Suit: 820 Copyright

Jurisdiction: Federal Question

**Plaintiff**

**Steve Kenyatta Wilson Briggs**               represented by   **Steve Kenyatta Wilson Briggs**
681 Edna Way
San Mateo, CA 94402
510-200-3763
Email: snc.steve@gmail.com
PRO SE

V.

**Defendant**

**Sony Pictures Ent., Inc.**               represented by   **Michael Joseph Kump**
Kinsella Weitzman et al LLP
808 Wilshire Blvd 3FL
Santa Monica, CA 90401
310-566-9855
Fax: 310-566-9850
Email: mkump@kwikalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Philip Korn**
Kinsella Weitzman et al LLP
808 Wilshire Blvd 3FL
Santa Monica, CA 90401
310-566-9800
Fax: 310-566-9850
Email: gkorn@kwikalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tristar Pictures, Inc.**               represented by   **Michael Joseph Kump**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Philip Korn**

ER 1009

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Media Rights Capital**                represented by    **Michael Joseph Kump**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Philip Korn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**QED International**                    represented by    **Michael Joseph Kump**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Philip Korn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Neill Blomkamp**                       represented by    **Michael Joseph Kump**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Philip Korn**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/08/2013 | 1 | COMPLAINT against Neil Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. (Filing fee $ 400.). Filed bySteve Wilson Briggs. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Civil Cover Sheet)(vlkS, COURT STAFF) (Filed on 10/8/2013) (Entered: 10/10/2013) |
| 10/08/2013 | 2 | **ADR SCHEDULING ORDER: Case Management Statement due by 1/2/2014. Case Management Conference set for 1/9/2014 02:00 PM. (Attachments: # 1 Standing Order)(vlkS, COURT STAFF) (Filed on 10/8/2013) (Entered: 10/10/2013)** |
| 10/10/2013 | 3 | REPORT on the filing of an action regarding copyright infringement (cc: form mailed to register). (vlkS, COURT STAFF) (Filed on 10/10/2013) Modified on 10/11/2013 (jlmS, COURT STAFF). (Entered: 10/10/2013) |
| 10/15/2013 | 4 | Summons Issued as to Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (vlk, COURT STAFF) (Filed on 10/15/2013) (Entered: 10/15/2013) |
| 11/27/2013 | 5 | NOTICE of Appearance by Michael Joseph Kump *For Defendants* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 11/27/2013) (Entered: |

| | | 11/27/2013) |
|---|---|---|
| 11/27/2013 | 6 | NOTICE of Appearance by Gregory Philip Korn *For Defendants* (Attachments: # 1 Certificate/Proof of Service)(Korn, Gregory) (Filed on 11/27/2013) (Entered: 11/27/2013) |
| 11/27/2013 | 7 | *DEFENDANTS' ANSWER to Complaint and Affirmative Defenses to Complaint for Copyright Infringement* byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 11/27/2013) (Entered: 11/27/2013) |
| 11/27/2013 | 8 | Certificate of Interested Entities identifying corporate parent Media Rights Capital II, L.P. by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 11/27/2013) Modified on 11/29/2013 (vlkS, COURT STAFF). (Entered: 11/27/2013) |
| 11/27/2013 | 9 | Corporate Disclosure Statement of Defendants by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 11/27/2013) Modified on 11/29/2013 (vlkS, COURT STAFF). (Entered: 11/27/2013) |
| 12/19/2013 | 10 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 11 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *filed by Neill Blomkamp* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 12 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *filed by QED International, LLC* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 13 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *filed by Tristar Pictures, Inc.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 14 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *filed by Sony Pictures Entertainment Inc.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 15 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *filed by MRC II Distribution Company, L.P.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 16 | Proof of Service re 10 Notice of need of ADR Phone Conference (ADR L.R. 3-5 d) by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Kump, Michael) (Filed on 12/19/2013) Modified on 12/20/2013 (kcS, COURT STAFF). (Entered: 12/19/2013) |
| 12/19/2013 | 17 | AMENDED COMPLAINT against Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. Filed bySteve Wilson Briggs. (Attachments: # 1 Part 2, # 2 Part 3)(vlkS, COURT STAFF) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 18 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) (vlkS, COURT STAFF) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 19 | SUMMONS Returned Executed by Steve Wilson Briggs. Neill Blomkamp served on 11/26/2013, answer due 12/17/2013; Media Rights Capital served on 12/5/2013, answer |

| | | due 12/26/2013; QED International served on 12/4/2013, answer due 12/26/2013; Sony Pictures Ent., Inc. served on 11/7/2013, answer due 12/2/2013; Tristar Pictures, Inc. served on 11/7/2013, answer due 12/2/2013. (vlkS, COURT STAFF) (Filed on 12/19/2013) (Entered: 12/19/2013) |
|---|---|---|
| 12/20/2013 | 20 | ADR Clerk's Notice Setting ADR Phone Conference on 1/6/2014 at 10:00 a.m. Pacific time. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (Attachments: # 1 Certificate/Proof of Service)(cmf, COURT STAFF) (Filed on 12/20/2013) (Entered: 12/20/2013) |
| 12/30/2013 | 21 | STIPULATION WITH PROPOSED ORDER re 17 Amended Complaint *re Extension to Answer and Continue January 9, 2014 Case Management Conference* filed by Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Proposed Order to Continue January 9, 2014 Case Management Conference)(Kump, Michael) (Filed on 12/30/2013) (Entered: 12/30/2013) |
| 12/30/2013 | 22 | Declaration of Gregory Korn in Support of 21 STIPULATION WITH PROPOSED ORDER re 17 Amended Complaint *re Extension to Answer and Continue January 9, 2014 Case Management Conference* filed byMedia Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 21 ) (Kump, Michael) (Filed on 12/30/2013) (Entered: 12/30/2013) |
| 01/02/2014 | 23 | **ORDER GRANTING STIPULATION TO CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE by Hon. Phyllis J. Hamilton granting 21 Stipulation. (Attachments: # 1 Certificate/Proof of Service)(nahS, COURT STAFF) (Filed on 1/2/2014) (Entered: 01/02/2014)** |
| 01/02/2014 | | Set Deadlines/Hearings: Case Management Statement due by 1/9/2014. Initial Case Management Conference set for 1/16/2014 02:00 PM. (nahS, COURT STAFF) (Filed on 1/2/2014) (Entered: 01/02/2014) |
| 01/03/2014 | 24 | MOTION for Sanctions filed by Steve Wilson Briggs. Responses due by 1/17/2014. Replies due by 1/24/2014. (vlk, COURT STAFF) (Filed on 1/3/2014) (Entered: 01/06/2014) |
| 01/06/2014 | 25 | AMENDED MOTION for Sanctions filed by Steve Wilson Briggs. Motion Hearing set for 2/19/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 1/21/2014. Replies due by 1/28/2014. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 1/6/2014) (Entered: 01/07/2014) |
| 01/07/2014 | | ADR Remark: ADR Phone Conference held 1/6/2014 with Howard Herman, ADR Program Director. (cmf, COURT STAFF) (Filed on 1/7/2014) (Entered: 01/07/2014) |
| 01/09/2014 | 26 | CASE MANAGEMENT STATEMENT *and Rule 26(f) Report* filed by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/09/2014 | 27 | *Defendants'* ANSWER to Amended Complaint *and Affirmative Defenses* byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/09/2014 | 28 | CASE MANAGEMENT STATEMENT filed by Steve Wilson Briggs. (vlk, COURT STAFF) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/09/2014 | 29 | MOTION for Permission for Electronic Case Filing filed by Steve Wilson Briggs. (Attachments: # 1 Proposed Order)(vlk, COURT STAFF) (Filed on 1/9/2014) (Entered: 01/09/2014) |

| | | |
|---|---|---|
| 01/16/2014 | 30 | Minute Entry: Initial Case Management Conference held on 1/16/2014 before Phyllis J. Hamilton (Date Filed: 1/16/2014). Bench Trial set for 5/18/2015 08:30 AM before Hon. Phyllis J. Hamilton. Final Pretrial Conference set for 4/30/2015 02:00 PM. (Court Reporter Not Reported.) (Attachments: # 1 Certificate/Proof of Service) (nahS, COURT STAFF) (Date Filed: 1/16/2014) (Entered: 01/17/2014) |
| 01/17/2014 | 31 | **CASE MANAGEMENT AND PRETRIAL ORDER re 30 Case Management Conference - Initial. Signed by Judge Phyllis J. Hamilton on 1/17/14. (Attachments: # 1 Certificate/Proof of Service)(nahS, COURT STAFF) (Filed on 1/17/2014) (Entered: 01/17/2014)** |
| 01/23/2014 | 32 | Answer to Amended Complaint 17 Amended Complaint *(Answer Filed By Media Rights Capital II, L.P.)* byMedia Rights Capital. (Attachments: # 1 Certificate/Proof of Service PROOF OF SERVICE)(Kump, Michael) (Filed on 1/23/2014) (Entered: 01/23/2014) |
| 01/23/2014 | 33 | Certificate of Interested Entities by Media Rights Capital identifying other affiliate MRC II Distribution Company L.P. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/23/2014) Modified on 1/24/2014 (vlkS, COURT STAFF). (Entered: 01/23/2014) |
| 01/23/2014 | 34 | Certificate of Interested Entities by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. *CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MEDIA RIGHTS CAPITAL II, L.P.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/23/2014) (Entered: 01/23/2014) |
| 04/08/2014 | 35 | MOTION For a Further CMC and Continuance of Case Management and Pretrial Order Deadlines filed by Steve Wilson Briggs. Motion Hearing set for 5/14/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 4/22/2014. Replies due by 4/29/2014. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 4/8/2014) (Entered: 04/08/2014) |
| 04/09/2014 | 36 | **ORDER by Judge Hamilton granting in part and denying in part 35 Motion for further case management conference and Motion to continue pretrial dates. (pjhlc1, COURT STAFF) (Filed on 4/9/2014) (Additional attachment(s) added on 4/10/2014: # 1 Certificate/Proof of Service) (nahS, COURT STAFF). (Entered: 04/09/2014)** |
| 04/17/2014 | 37 | Minute Entry: Further Case Management Conference held on 4/17/2014 before Judge Phyllis J. Hamilton (Date Filed: 4/17/2014). Discovery due by 6/17/2014. Motions due by 7/30/2014. (Court Reporter: Not Reported.) (Attachments: # 1 Certificate/Proof of Service) (nahS, COURT STAFF) (Date Filed: 4/17/2014) Modified on 4/21/2014 (jlmS, COURT STAFF). (Entered: 04/18/2014) |
| 04/17/2014 | 38 | **FIRST NOTICE OF FILING OF MOTION FOR SUMMARY JUDGMENT re 37 Case Management Conference - Further. Signed by Judge Phyllis J. Hamilton on 4/17/14. (Attachments: # 1 Certificate/Proof of Service)(nahS, COURT STAFF) (Filed on 4/17/2014) (Entered: 04/18/2014)** |
| 04/25/2014 | 39 | MOTION for Permission for Electronic Case Filing filed by Steve Wilson Briggs. (Attachments: # 1 Proposed Order)(vlk, COURT STAFF) (Filed on 4/25/2014) (Entered: 04/29/2014) |
| 04/25/2014 | 40 | Declaration in Support of 39 MOTION for Permission for Electronic Case Filing filed bySteve Wilson Briggs. (Related document(s) 39 ) (vlk, COURT STAFF) (Filed on 4/25/2014) (Entered: 04/29/2014) |
| 04/29/2014 | 41 | **ORDER by Judge Phyllis J. Hamilton finding as moot 39 Motion for Permission for Electronic Case Filing; granting 29 Motion for Permission for Electronic Case Filing** |

| | | (Attachments: # **1** Certificate/Proof of Service) (nah, COURT STAFF) (Filed on 4/29/2014) (Entered: 04/29/2014) |
|---|---|---|
| 05/16/2014 | 42 | **See document 43 for attachment.**<br>NOTICE of Rebuttal to Defendants' Expert Report of Jeff Rovin by Steve Kenyatta Wilson Briggs (vlk, COURT STAFF) (Filed on 5/16/2014) Modified on 5/16/2014 (vlk, COURT STAFF). Modified on 5/16/2014 (vlk, COURT STAFF). (Entered: 05/16/2014) |
| 05/16/2014 | 43 | NOTICE of Rebuttal to Defendants' Expert Report of Jeff Rovin by Steve Kenyatta Wilson Briggs (vlk, COURT STAFF) (Filed on 5/16/2014) (Entered: 05/16/2014) |
| 05/16/2014 | 44 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 43 Notice (Other) (vlk, COURT STAFF) (Filed on 5/16/2014) (Entered: 05/16/2014) |
| 06/12/2014 | 45 | MOTION To Disqualify Export Report of Jeff Rovin filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 7/23/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 6/26/2014. Replies due by 7/3/2014. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 6/12/2014) (Entered: 06/13/2014) |
| 06/12/2014 | 46 | **Document STRICKEN per 49 Order.**<br>MOTION for Leave to File a Second Amended Complaint filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 6/12/2014) Modified on 6/17/2014 (vlkS, COURT STAFF). (Entered: 06/13/2014) |
| 06/12/2014 | 47 | Amended Rebuttal to Defendants' "Export Report of Jeff Rovin" by Steve Kenyatta Wilson Briggs (vlkS, COURT STAFF) (Filed on 6/12/2014) (Entered: 06/13/2014) |
| 06/12/2014 | 48 | Correction by Steve Kenyatta Wilson Briggs re 43 Notice (vlkS, COURT STAFF) (Filed on 6/12/2014) (Entered: 06/13/2014) |
| 06/16/2014 | 49 | **ORDER by Hon. Phyllis J. Hamilton STRIKING 46 Motion for Leave to File.(nah, COURT STAFF) (Filed on 6/16/2014) (Entered: 06/16/2014)** |
| 06/26/2014 | 50 | RESPONSE (re 45 MOTION To disqualify Export Report of Jeff Rovin ) filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Declaration of Jeff Rovin in Opposition to Motion to Disqualify Expert Report, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Korn, Gregory) (Filed on 6/26/2014) (Entered: 06/26/2014) |
| 07/09/2014 | 51 | MOTION to Compel Production of Documents filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 8/13/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 7/23/2014. Replies due by 7/30/2014. (vlkS, COURT STAFF) (Filed on 7/9/2014) (Additional attachment(s) added on 8/31/2015: # 1 Corrected attachment) (vlkS, COURT STAFF). (Entered: 07/10/2014) |
| 07/09/2014 | 52 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 51 MOTION to Compel (vlkS, COURT STAFF) (Filed on 7/9/2014) (Entered: 07/10/2014) |
| 07/10/2014 | 53 | Amended MOTION to Compel *Production of Documents* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 8/20/2014 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 7/24/2014. Replies due by 7/31/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit A -Blomkamp Articles, # 3 Exhibit B - Tenley Titles, # 4 Exhibit C -Plaintiff Interrogatories)(Wilson Briggs, Steve) (Filed on 7/10/2014) (Entered: 07/10/2014) |
| 07/10/2014 | 54 | Notice of Withdrawal of Motion *Notice of Motion and Motion to Compel Production of Documents; and Memorandum and Points and Authorities* (Wilson Briggs, Steve) (Filed on 7/10/2014) (Entered: 07/10/2014) |

| 07/11/2014 | 55 | **ORDER REFERRING CASE to Magistrate Judge for Discovery purposes. Signed by Judge Phyllis J. Hamilton on 7/11/14. (nahS, COURT STAFF) (Filed on 7/11/2014) (Entered: 07/11/2014)** |
|---|---|---|
| 07/14/2014 | 56 | ERRATA re 53 *Correction Concerning Motion to Compel and Proposed Order,* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/14/2014) Modified on 7/15/2014 (jlmS, COURT STAFF). (Entered: 07/14/2014) |
| 07/15/2014 | 57 | **NOTICE OF REFERRAL AND ORDER REGARDING DISCOVERY PROCEDURES. See order for deadlines regarding Plaintiff's pending amended motion to compel. Signed by Judge Laurel Beeler on 7/15/2014. (Attachments: # 1 Standing Order)(lblc2, COURT STAFF) (Filed on 7/15/2014) (Entered: 07/15/2014)** |
| 07/17/2014 | 58 | **ORDER re 45 MOTION To disqualify Export Report of Jeff Rovin filed by Steve Kenyatta Wilson Briggs. Signed by Judge Hamilton on 7/17/2014. (pjhlc1, COURT STAFF) (Filed on 7/17/2014) (Entered: 07/17/2014)** |
| 07/18/2014 | 59 | MOTION for Leave to File *Amended Notice of Motion and Motion to File a Second Amended Complaint* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex A Butterfly Driver, # 3 Exhibit Ex B Elysium, # 4 Exhibit Exhibits C-Z and AA-DD)(Wilson Briggs, Steve) (Filed on 7/18/2014) (Entered: 07/18/2014) |
| 07/18/2014 | 60 | Notice of Withdrawal of Motion *for Leave to File Amended Notice of Motion and Motion to File a Second Amended Complaint* (Wilson Briggs, Steve) (Filed on 7/18/2014) (Entered: 07/18/2014) |
| 07/18/2014 | 61 | Second MOTION for Leave to File *Second Amended Complaint* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Exhibit Exhibit A - Butterfly Driver, # 3 Exhibit Exhibit B - Elysium, # 4 Exhibit Exhibit C-Z and AA-DD, # 5 Proposed Order Proposed Order)(Wilson Briggs, Steve) (Filed on 7/18/2014) (Entered: 07/18/2014) |
| 07/25/2014 | 62 | RESPONSE (re 53 Amended MOTION to Compel *Production of Documents* ) *and Declaration of Gregory Korn in Support Thereof* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Korn, Gregory) (Filed on 7/25/2014) (Entered: 07/25/2014) |
| 07/30/2014 | 63 | MOTION for Summary Judgment filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 9/3/2014 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 8/13/2014. Replies due by 8/20/2014. (Attachments: # 1 Proposed Order proposed order, # 2 Exhibit Exhibit A Butterfly Driver, # 3 Exhibit Exhibit B Elysium, # 4 Exhibit Exhibit C Copyright reg, # 5 Exhibit Exhibit D email of script, # 6 Exhibit Exhibit E WGA reg, # 7 Exhibit Exhibit F query letters, # 8 Exhibit Exhibit G Philly logline, # 9 Exhibit Exhibit H Slamdance, # 10 Exhibit Exhibit I Ibktip, # 11 Exhibit Exhibit J TriggerStreet 1, # 12 Exhibit Exhibit K TriggerStreet 2, # 13 Exhibit Exhibit L TriggerStreet 3, # 14 Exhibit Exhibit M website logline, # 15 Exhibit Exhibit N Uber Headache, # 16 Exhibit Exhibit O signed declarations)(Wilson Briggs, Steve) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 64 | MOTION for Summary Judgment *Memorandum of Points and Authorities* filed by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. Motion Hearing set for 9/3/2014 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 8/13/2014. Replies due by 8/20/2014. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service [of Exhibit 2 to the Declaration of Gregory Korn)(Kump, Michael) (Filed on 7/30/2014) Modified on 8/13/2014 (kcS, COURT STAFF). (Entered: 07/30/2014) |
| 07/30/2014 | 65 | Declaration of Neill Blomkamp in Support of 64 MOTION for Summary Judgment |

| | | |
|---|---|---|
| | | *Memorandum of Points and Authorities* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 64 ) (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 66 | Declaration of Gregory Korn in Support of 64 MOTION for Summary Judgment *Memorandum of Points and Authorities* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 64 ) (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 67 | Declaration of Jeff Rovin in Support of 64 MOTION for Summary Judgment *Memorandum of Points and Authorities* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 64 ) (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 68 | NOTICE by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. re 64 MOTION for Summary Judgment *Memorandum of Points and Authorities [OF MANUAL FILING OF EXHIBIT 2 - MOTION PICTURE ELYSIUM IN DVD FORMAT]* (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 69 | NOTICE by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. *TO PLAINTIFF RE: APRIL 17, 2014 FIRST NOTICE OF FILING OF MOTION FOR SUMMARY JUDGMENT* (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 70 | EXHIBIT 2 in Support of 66 Declaration filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (vlkS, COURT STAFF) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 08/01/2014 | 71 | RESPONSE (re 61 Second MOTION for Leave to File *Second Amended Complaint* ) *AND DECLARATION OF GREGORY KORN IN SUPPORT THEREOF* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Korn, Gregory) (Filed on 8/1/2014) (Entered: 08/01/2014) |
| 08/01/2014 | 72 | CLERK'S NOTICE. The court sets a short telephone conference call regarding Mr. Briggs's pending motion to compel for Thursday, August 7, 2014 at 11 a.m. Mr. Briggs and Defendants' counsel must email their direct-dial telephone numbers to lbpo@cand.uscourts.gov. If there are any issues regarding the timing of this conference call, the parties must call the court's chambers at 415-522-4660 to work out another time. Discovery Hearing set for 8/7/2014 11:00 AM in Courtroom C, 15th Floor, San Francisco before Magistrate Judge Laurel Beeler. (lblc2, COURT STAFF) (Filed on 8/1/2014) (Entered: 08/01/2014) |
| 08/04/2014 | 73 | **ORDER re 63 MOTION for Summary Judgment filed by Steve Kenyatta Wilson Briggs. Signed by Judge Hamilton on 8/4/2014. (pjhlc1, COURT STAFF) (Filed on 8/4/2014) (Entered: 08/04/2014)** |
| 08/06/2014 | 74 | Declaration of Steve Wilson Briggs in Support of 17 *for authentication in support of FAC* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/6/2014) Modified on 8/7/2014 (vlkS, COURT STAFF). (Entered: 08/06/2014) |
| 08/06/2014 | 75 | Declaration of Steve Wilson Briggs in Support of 30 *authentication in support of motion for summary judgment* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/6/2014) Modified on 8/7/2014 (vlkS, COURT STAFF). (Entered: 08/06/2014) |
| 08/06/2014 | 76 | Request for Judicial Notice in Support of 17 *Plaintiff's Motion For Summary Judgment - and FAC* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit 1 Exhibit B - Elysium Script, # 2 Exhibit 2 Exhibit C -Copyright Reg, # 3 Exhibit 2 Exhibit D MRC |

| | | |
|---|---|---|
| | | exec(s) do marketing interview, # 4 Exhibit 4 Exhibit E MRC website markets Elysium, # 5 Exhibit 5 Exhibit F NYT article about MRC's ethics concerns, # 6 Exhibit 6 Exhibit G - first few pages of script in email, # 7 Exhibit 7 Exhibit H - WGA registration, # 8 Exhibit 8 Exhibit J -Piladelphia logine, # 9 Exhibit 9 Exhibit K -Slamdance, # 10 Exhibit 10 Exhibit L -Inktip emails, # 11 Exhibit 11 Exhibit M -TriggerStreet emails, # 12 Exhibit 12 Exhibit N -TS member Tom Gilman emails, # 13 Exhibit 13 Exhibit O -TS member Jason Beck emails, # 14 Exhibit 14 Exhibit P -TS member Bob Thielke emails, # 15 Exhibit 15 Exhibit Q -logline posted on old personal website, # 16 Exhibit 16 Exhibit R - Jody Foster discusses extreme set secrecy on Elysium, # 17 Exhibit 17 Jodie Foster says her role was originally written for a man, # 18 Exhibit 18 Exhibit T -email to Kinsella Weitzman, # 19 Exhibit 19 Exhibit U -Hollywood Accounting, # 20 Exhibit 20 Exhibit V -Loeb says Sony Pictures lacks transparency, # 21 Exhibit 21 Exhibit 21-TriggerStreet 50 best, # 22 Exhibit Exhibit 22 -TS 100,000 mebers)(Wilson Briggs, Steve) (Filed on 8/6/2014) Modified on 8/7/2014 (vlkS, COURT STAFF). (Entered: 08/06/2014) |
| 08/07/2014 | 77 | Minute Entry: Discovery Hearing held on 8/7/2014 before Judge Laurel Beeler (Date Filed: 8/7/2014). (FTR Recording: 11-58 a.m. - 12:02 p.m.) (Attachments: # 1 Certificate/Proof of Service) (wsn, COURT STAFF) (Date Filed: 8/7/2014) (Entered: 08/07/2014) |
| 08/07/2014 | 78 | **ORDER REGARDING 53 PLAINTIFF'S JULY 10, 2014 MOTION TO COMPEL. Signed by Magistrate Judge Laurel Beeler on 8/7/2014.(lblc2, COURT STAFF) (Filed on 8/7/2014) (Entered: 08/07/2014)** |
| 08/12/2014 | 79 | RESPONSE (re 64 MOTION for Summary Judgment ) *Opposition Brief* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit genetic reprogramming, # 2 Exhibit millions of $ to live on Uberopolis, # 3 Exhibit commoners long for treatments on Uberopolis, # 4 Exhibit more treatments available on Sky Town, # 5 Exhibit the poor long for medicine from Uberopolis, # 6 Exhibit F -plot points, # 7 Exhibit G -Syd Field, # 8 Exhibit H -Syd Field's plot points, # 9 Exhibit I -more Syd Field's plot points, # 10 Exhibit J -more Syd Field's plot points, # 11 Exhibit K -more Syd Field's plot points, # 12 Exhibit L -Inciting Incident, # 13 Exhibit M -more inciting incident, # 14 Exhibit N -Law360 article, # 15 Exhibit O -Examiner.com article, # 16 Exhibit P -The Wrap article) (Wilson Briggs, Steve) (Filed on 8/12/2014) (Entered: 08/12/2014) |
| 08/13/2014 | 80 | Declaration of Steve Wilson Briggs *to authenticate and support attachment to 79 brief in opposition to Defendant's Motion for Summary Judgment* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/13/2014) Modified on 8/14/2014 (kcS, COURT STAFF). (Entered: 08/13/2014) |
| 08/13/2014 | 81 | Request for Judicial Notice *for exhibits attached to 79 Brief In Opposition To Defendants' Motion for Summary Judgment* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Wilson Briggs, Steve) (Filed on 8/13/2014) Modified on 8/14/2014 (kcS, COURT STAFF). (Entered: 08/13/2014) |
| 08/13/2014 | 82 | RESPONSE (re 63 MOTION for Summary Judgment ) filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Kump, Michael) (Filed on 8/13/2014) (Entered: 08/13/2014) |
| 08/20/2014 | 83 | **ORDER by Judge Hamilton denying 61 Motion for Leave to File (pjhlc1, COURT STAFF) (Filed on 8/20/2014) (Entered: 08/20/2014)** |
| 08/20/2014 | 84 | REPLY (re 64 MOTION for Summary Judgment ) filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Korn, |

| | | Gregory) (Filed on 8/20/2014) (Entered: 08/20/2014) |
|---|---|---|
| 09/03/2014 | 85 | Minute Entry: Motion Hearing held on 9/3/2014 before Phyllis J. Hamilton (Date Filed: 9/3/2014) re 64 MOTION for Summary Judgment filed by Media Rights Capital, Neill Blomkamp, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc., 63 MOTION for Summary Judgment filed by Steve Kenyatta Wilson Briggs. (Court Reporter Kelly Polvi.) (nahS, COURT STAFF) (Date Filed: 9/3/2014) (Entered: 09/03/2014) |
| 10/03/2014 | 86 | **ORDER by Judge Hamilton denying 45 Motion to Exclude Expert; denying 63 Plaintiff's Motion for Summary Judgment; granting 64 Defendants' Motion for Summary Judgment (pjhlc1, COURT STAFF) (Filed on 10/3/2014) (Entered: 10/03/2014)** |
| 10/03/2014 | 87 | **JUDGMENT. Signed by Judge Hamilton on 10/3/2014. (pjhlc1, COURT STAFF) (Filed on 10/3/2014) (Entered: 10/03/2014)** |
| 10/31/2014 | 88 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Steve Kenyatta Wilson Briggs. Appeal of Judgment 87 , Order on Motion for Summary Judgment, 86 (Filing fee: $505.00, Receipt no. 44611011957.) (vlkS, COURT STAFF) (Filed on 10/31/2014) Modified on 11/6/2014 (vlkS, COURT STAFF). (Entered: 10/31/2014) |
| 10/31/2014 | | USCA Appeal Fees received $ 505.00 receipt number 44611011957 re 88 Notice of Appeal, filed by Steve Kenyatta Wilson Briggs. (cjlS, COURT STAFF) (Filed on 10/31/2014) (Entered: 11/10/2014) |
| 11/03/2014 | 89 | USCA Case Number 14-17175 Ninth Circuit Court of Appeals for 88 Notice of Appeal filed by Steve Kenyatta Wilson Briggs. (cjlS, COURT STAFF) (Filed on 11/3/2014) (Entered: 11/03/2014) |
| 11/04/2014 | 90 | ORDER of USCA as to 88 Notice of Appeal filed by Steve Kenyatta Wilson Briggs re filing fees (vlk, COURT STAFF) (Filed on 11/4/2014) (Entered: 11/05/2014) |
| 11/05/2014 | 91 | TRANSCRIPT ORDER by Steve Kenyatta Wilson Briggs for Court Reporter Kelly Polvi. (Wilson Briggs, Steve) (Filed on 11/5/2014) (Entered: 11/05/2014) |
| 11/05/2014 | 92 | RESPONSE TO 90 USCA ORDER by Steve Kenyatta Wilson Briggs . (Attachments: # 1 Exhibit receipt for docketing fees)(Wilson Briggs, Steve) (Filed on 11/5/2014) Modified on 11/6/2014 (vlkS, COURT STAFF). (Entered: 11/05/2014) |
| 12/06/2014 | 93 | Transcript of Proceedings held on 09/03/14, before Judge Phyllis J. Hamilton. Court Reporter Kelly Polvi, Telephone number 503.779.7406; email kpolvi@comcast.net. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 91 Transcript Order ) Release of Transcript Restriction set for 3/6/2015. (Related documents(s) 91 ) (Polvi, Kelly) (Filed on 12/6/2014) (Entered: 12/06/2014) |
| 12/08/2017 | 94 | **Judicial Referral for Purpose of Determining Relationship of Cases 13-cv-4679-PJH and 17-cv-6552-VC. Signed by Judge Vince Chhabria on 12/8/2017. (knm, COURT STAFF) (Filed on 12/8/2017) (Entered: 12/08/2017)** |
| 12/14/2017 | 95 | CLERK'S NOTICE. The Court has determined that Cases 13-4679 PJH and 17-6552 VC are not related and no reassignment shall occur. (dtmS, COURT STAFF) (Filed on 12/14/2017) (Entered: 12/14/2017) |
| 03/01/2018 | 96 | USCA Memorandum, Affirmed, as to 88 Notice of Appeal, filed by Steve Kenyatta |

| | | Wilson Briggs. (cjlS, COURT STAFF) (Filed on 3/1/2018) (Entered: 03/02/2018) |
|---|---|---|
| 04/16/2018 | 97 | MANDATE of USCA as to 88 Notice of Appeal, filed by Steve Kenyatta Wilson Briggs. (cjlS, COURT STAFF) (Filed on 4/16/2018) (Entered: 04/16/2018) |
| 04/16/2018 | 98 | CLERK'S Letter Spreading Mandate to Pro Se Party. (cjlS, COURT STAFF) (Filed on 4/16/2018) (Entered: 04/16/2018) |
| 07/11/2018 | 99 | USCA Case Number 18-63 U.S. Supreme Court. (cjlS, COURT STAFF) (Filed on 7/11/2018) (Entered: 07/12/2018) |
| 10/02/2018 | 100 | ORDER of U.S. Supreme Court: DENYING petition for a writ of certiorari as to 99 USCA Case Number (cpS, COURT STAFF) (Filed on 10/2/2018) (Entered: 10/02/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/29/2018 11:12:04 | | | |
| **PACER Login:** | Koralfoster0116:4624215:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:13-cv-04679-PJH |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |