| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 05 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| STEVE K. WILSON BRIGGS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>KEVIN SPACEY; et al.,<br><br>        Defendants - Appellees,<br><br> and<br><br>SOUND POINT CAPITAL MANAGEMENT, LC,<br><br>        Defendant. | No. 19-15128<br><br>D.C. No. 3:18-cv-04952-VC<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered February 12, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                         FOR THE COURT:

                                         MOLLY C. DWYER<br>
                                         CLERK OF COURT

                                         By: Rhonda Roberts<br>
                                         Deputy Clerk<br>
                                         Ninth Circuit Rule 27-7